# In the United States District Court
# for the Southern District of Georgia
# Savannah Division

| THE MAYOR AND ALDERMEN OF THE CITY OF SAVANNAH, GEORGIA | ) ) ) | |
|---|---|---|
| v. | ) ) ) | CV |
| 3M COMPANY, et al. | ) | |

**DISCLOSURE STATEMENT
OF PARTIES AND INTERVENORS**

In accordance with Federal Rule of Civil Procedure 7.1 and Local Rule 7.1.1, I hereby certify:

1) I am counsel for the following parties and intervenors:

| NAME | PARTY DESIGNATION |
|---|---|
| 3M COMPANY | DEFENDANT |
|  |  |
|  |  |
|  |  |
|  |  |

2) This is a full and complete list of officers, directors, and trustees of the above-identified parties and intervenors:

| NAME | TITLE |
|---|---|
| SEE ATTACHED |  |
|  |  |
|  |  |
|  |  |
|  |  |

3) This is a full and complete list of all other persons, associations of persons, firms, partnerships, subsidiaries and parent corporations, and organizations which have a financial interest in, or another interest which could be substantially affected by, the outcome of this case, including any parent or publicly-held corporation that holds ten percent (10%) or more of a party's stock (if no such individual or entity, state NONE):

| NAME | TITLE/RELATIONSHIP |
|---|---|
| SEE ATTACHED |  |
|  |  |
|  |  |

rev. 11/2022

1

|  |  |
|---|---|
|  |  |
|  |  |

4) **If jurisdiction is based on diversity of citizenship, counsel must also provide the following disclosure.** This is a full and complete list of every individual or entity whose citizenship is attributable to a party or intervenor:

| NAME | RELATIONSHIP | CITIZENSHIP |
|---|---|---|
| N/A |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

03/14/2025

Date

Charles G. Spalding, Jr.

Digitally signed by Charles G. Spalding, Jr.
Date: 2025.03.14 14:15:21 -04'00'

Signature of Attorney of Record

Charles G. Spalding, Jr.

Printed Name

2) This is a full and complete list of officers, directors, and trustees of the above-identified parties and intervenors:

**Board of Directors**

| Name | Title |
|---|---|
| Bill Brown | Chairman of the Board and Chief Executive Officer |
| David P. Bozeman | |
| Thomas K. Brown | |
| Audrey Choi | |
| Anne H. Chow | |
| David B. Dillon | |
| James R. Fitterling | |
| Amy E. Hood | |
| Suzan Kereere | |
| Gregory R. Page | |
| Pedro Pizarro | |
| Thomas Sweet | |

**Officers**

| Name | Title |
|---|---|
| Bill Brown | Chairman of the Board and Chief Executive Officer |
| John Banovetz | Executive Vice President, Chief Technology Officer and Environmental Responsibility |
| Wendy Bauer | Group President, Transportation & Electronics |
| Karina Chavez | Group President, Consumer |
| Torie Clarke | Executive Vice President, Chief Public Affairs Officer |
| Zoe Dickson | Executive Vice President, Chief Human Resources Officer |
| Peter Gibbons | Group President, Enterprise Supply Chain |
| Chris Goralski | Group President, Safety & Industrial |
| Anurag Maheshwari | Executive Vice President, Chief Financial Officer |
| Mark Murphy | Executive Vice President, Chief Information and Digital Officer |
| Kevin Rhodes | Executive Vice President, Chief Legal Affairs Officer and Secretary |
| Michael F. Roman | Executive Advisor to the Board |
| Asraf Bhugaloo | Senior Vice President, General Auditor |
| Ore Owodunni | Senior Vice President, Treasurer |
| Michael A. Duran | Senior Vice President, Chief Ethics & Compliance Officer |
| Theresa E. Reinseth | Senior Vice President, Corporate Controller and Chief Accounting Officer |
| Yen Florczak | Assistant Secretary |

3) This is a full and complete list of all other persons, associations of persons, firms, partnerships, subsidiaries and parent corporations, and organizations which have a financial interest in, or another interest which could be substantially affected by, the outcome of this case, including any parent or publicly-held corporation that holds ten percent (10%) or more of a party's stock (if no such individual or entity, state NONE):

| Name | Relationship |
|---|---|
| 3M (East) AG | Subsidiary |
| 3M (Proprietary) Ltd | Subsidiary |
| 3M (Schweiz) GmbH | Subsidiary |
| 3M a/s | Subsidiary |
| 3M APAC RDC PTE. LTD. | Subsidiary |
| 3M Arabia Advanced Trading Company One Person Company | Subsidiary |
| 3M Argentina Stock Company, Commercial, Industrial, Financial Real Property and Farming Corporation | Subsidiary |
| 3M Asia Holding B.V. | Subsidiary |
| 3M Asia Pacific UK Holding Ltd | Subsidiary |
| 3M Asset Management GmbH | Subsidiary |
| 3M Australia Pty. Ltd. | Subsidiary |
| 3M Belgium BV | Subsidiary |
| 3M Bricolage et Batiment | Subsidiary |
| 3M Canada Company - Compagnie 3M Canada | Subsidiary |
| 3M Canada Holdings Ltd. | Subsidiary |
| 3M Central American Management Company, S. DE R.L. | Subsidiary |
| 3M Cesko, spol. s.r.o. | Subsidiary |
| 3M Chemical Operations LLC | Subsidiary |
| 3M Chile S.A. | Subsidiary |
| 3M China Limited | Subsidiary |
| 3M Clubs of the United States, Inc. | Subsidiary |
| 3M Colombia S.A. | Subsidiary |
| 3M Consulting (Guangzhou) Co., Ltd. | Subsidiary |
| 3M Deutschland GmbH | Subsidiary |
| 3M do Brasil Ltda. | Subsidiary |
| 3M Dominicana, S.r.l. | Subsidiary |
| 3M El Salvador, Sociedad Anonima de Capital Variable | Subsidiary |
| 3M EMEA GmbH | Subsidiary |
| 3M Employees' Benefits Trust Association | Subsidiary |
| 3M Espana, S.L. | Subsidiary |
| 3M Fall Protection Company | Subsidiary |
| 3M Film Construction (Shanghai) Co., Ltd. | Subsidiary |

| Name | Relationship |
|---|---|
| 3M Financial Management Company | Subsidiary |
| 3M Foreign Holding LLC | Subsidiary |
| 3M France S.A.S. | Subsidiary |
| 3M Global Capital Limited | Subsidiary |
| 3M Global Channel Services, Inc. | Subsidiary |
| 3M Global Holding B.V. | Subsidiary |
| 3M Global Service Center Management Company | Subsidiary |
| 3M GLOBAL TECHNOLOGY CENTER LLP | Subsidiary |
| 3M Global Trading, Inc. | Subsidiary |
| 3M Guatemala, Sociedad Anonima | Subsidiary |
| 3M Gulf Limited | Subsidiary |
| 3M Health Care Limited | Subsidiary |
| 3M Holding Company B.V. | Subsidiary |
| 3M Hong Kong Limited | Subsidiary |
| 3M Hungária Trade Limited Liability Company | Subsidiary |
| 3M Importadora, S.A. | Subsidiary |
| 3M India Limited | Subsidiary |
| 3M Innovation (Thailand) Limited | Subsidiary |
| 3M Innovation Singapore Pte. Ltd. | Subsidiary |
| 3M Innovative Properties Company | Subsidiary |
| 3M Inovasyon Urunleri Sanayi ve Ticaret Limited Sirketi | Subsidiary |
| 3M Interamerica, LLC | Subsidiary |
| 3M Intermediate Acquisitions B.V. | Subsidiary |
| 3M International Company | Subsidiary |
| 3M International Group B.V. | Subsidiary |
| 3M International Holding B.V. | Subsidiary |
| 3M International Investments B.V. | Subsidiary |
| 3M International Trading (Cheng Du) Co., Ltd. | Subsidiary |
| 3M International Trading (Shanghai) Co., Ltd. | Subsidiary |
| 3M International Trading (Shenzhen) Co., Ltd. | Subsidiary |
| 3M International Trading (Tianjin) Co., Ltd. | Subsidiary |
| 3M International Trading B.V. | Subsidiary |
| 3M Investments (China) Co., Ltd. | Subsidiary |
| 3M Ireland Limited | Subsidiary |
| 3M Israel Ltd. | Subsidiary |
| 3M ITALIA s.r.l. | Subsidiary |
| 3M Japan Holdings G.K. | Subsidiary |
| 3M Japan Innovation Limited | Subsidiary |

| Name | Relationship |
|---|---|
| 3M Japan Limited | Subsidiary |
| 3M Japan Products Limited | Subsidiary |
| 3M Kenya Ltd | Subsidiary |
| 3M Korea Co., Ltd | Subsidiary |
| 3M Lanka (Private) Limited | Subsidiary |
| 3M Latin American Regional Distribution Center S.A. (LARDC) | Subsidiary |
| 3M Malaysia Sdn. Bhd. | Subsidiary |
| 3M Manaus Industria de Produtos Quimicos Ltda. | Subsidiary |
| 3M Manufacturera Venezuela, S.A. | Subsidiary |
| 3M Material Technology (Guangzhou) Co., Ltd. | Subsidiary |
| 3M Material Technology (Hefei) Co., Ltd. | Subsidiary |
| 3M Material Technology (Suzhou) Co., Ltd. | Subsidiary |
| 3M Mexico, Sociedad Anonima de Capital Variable | Subsidiary |
| 3M Minnesota Mining & Manufacturing Nigeria Ltd | Subsidiary |
| 3M Nederland B.V. | Subsidiary |
| 3M Nederland Holding B.V. | Subsidiary |
| 3M New Zealand Limited | Subsidiary |
| 3M New Zealand Trustee Limited | Subsidiary |
| 3M Norge A/S | Subsidiary |
| 3M Occupational Safety LLC | Subsidiary |
| 3M Open Fund | Subsidiary |
| 3M Osterreich Gesellschaft m.b.H. | Subsidiary |
| 3M Pakistan (Private) Limited | Subsidiary |
| 3M Panama Pacifico S. de R.L. | Subsidiary |
| 3M Pension Trust e.V | Subsidiary |
| 3M Pension Trustees Limited | Subsidiary |
| 3M Peru, Sociedad Anonima | Subsidiary |
| 3M Philippines (Export), Inc. | Subsidiary |
| 3M Philippines, Inc. | Subsidiary |
| 3M Phoenix Limited | Subsidiary |
| 3M Poland Manufacturing Spółka z ograniczoną odpowiedzialnością | Subsidiary |
| 3M Poland Spolka z ograniczona odpowiedzialnoscia | Subsidiary |
| 3M Precision Grinding GmbH | Subsidiary |
| 3M Products Limited | Subsidiary |
| 3M Puerto Rico, Inc. | Subsidiary |
| 3M Real Estate GmbH & Co KG | Subsidiary |
| 3M Real Estate Management GmbH | Subsidiary |
| 3M Sanayi Ve Ticaret A.S. | Subsidiary |

| Name | Relationship |
|---|---|
| 3M Seremban (Malaysia) Sdn. Bhd. | Subsidiary |
| 3M Service Center APAC, Inc. | Subsidiary |
| 3M Service Center EMEA Sp. z o.o. | Subsidiary |
| 3M Servicios Mexico, S. de R.L. de C.V. | Subsidiary |
| 3M Singapore Pte. Ltd. | Subsidiary |
| 3M Slovensko s.r.o. | Subsidiary |
| 3M South Africa (Proprietary) Limited | Subsidiary |
| 3M South Asia Manufacturing Private Limited | Subsidiary |
| 3M Specialty Materials (Shanghai) Co., Ltd. | Subsidiary |
| 3M Svenska Aktiebolag | Subsidiary |
| 3M Taiwan Limited | Subsidiary |
| 3M Taiwan Optronics Corporation | Subsidiary |
| 3M Technical Ceramics Canada ULC | Subsidiary |
| 3M Technical Ceramics Clarkston LLC | Subsidiary |
| 3M Technical Ceramics, Inc. | Subsidiary |
| 3M TECHNOLOGIES (S) PTE LTD | Subsidiary |
| 3M Thailand Limited | Subsidiary |
| 3M Touch Systems, Inc. | Subsidiary |
| 3M UK Holdings Limited | Subsidiary |
| 3M Ukraine LLC | Subsidiary |
| 3M United Kingdom Public Limited Company | Subsidiary |
| 3M Vietnam Limited | Subsidiary |
| 3M West Europe B.V. | Subsidiary |
| 3M Wroclaw spolka z ograniczona odpowiedzialnoscia | Subsidiary |
| Aearo Canada Limited/Aearo Canada Limitee | Subsidiary |
| Aearo Holding LLC | Subsidiary |
| Aearo Intermediate LLC | Subsidiary |
| Aearo LLC | Subsidiary |
| Aearo Mexico Holding Corp. | Subsidiary |
| Aearo Technologies De Baja, S.A.de C.V. | Subsidiary |
| Aearo Technologies de Mexico, S.A. de C.V. | Subsidiary |
| Aearo Technologies LLC | Subsidiary |
| Aearo Trading Company (Shenzhen) Ltd. | Subsidiary |
| Cabot Safety Intermediate LLC | Subsidiary |
| Capital Safety Global Holdings Limited | Subsidiary |
| CAPITAL SAFETY GROUP - Banská Bystrica, s.r.o. | Subsidiary |
| Capital Safety Group Canada ULC | Subsidiary |
| Ceradyne Cayman Holdings, Inc. | Subsidiary |

| Name | Relationship |
|---|---|
| D B Industries, LLC | Subsidiary |
| Dyneon GmbH | Subsidiary |
| Edumex, S.A. De C.V. | Subsidiary |
| Edusa Corporation | Subsidiary |
| Eknäs Industristad AB | Subsidiary |
| EMFI SAS | Subsidiary |
| Fall Protection Group Inc. | Subsidiary |
| Figgie (G.B.) Limited | Subsidiary |
| Figgie (U.K.) Limited | Subsidiary |
| Figgie Sportswear (U.K.) Limited | Subsidiary |
| Figgie Sportswear Limited | Subsidiary |
| Fondation d'entreprise 3M France | Subsidiary |
| Fondazione 3M | Subsidiary |
| Fundacion 3M | Subsidiary |
| Infrared Systems Group Ltd. | Subsidiary |
| Kinetic Safety, LLC | Subsidiary |
| Kolors Kevarkian S.A. | Subsidiary |
| Lotum S.A. | Subsidiary |
| Manufacturas Digitales, S.A. de C.V. | Subsidiary |
| Masking SRL | Subsidiary |
| Meguiar's Deutschland GmbH | Subsidiary |
| Meguiar's Holland B.V. | Subsidiary |
| Meguiar's Trading Limited | Subsidiary |
| Meguiar's, Inc. | Subsidiary |
| Minnesota Mining and Manufacturing Company | Subsidiary |
| MTI PolyFab Inc. | Subsidiary |
| North Alabama Real Property Holdings, LLC | Subsidiary |
| P.T. 3M Indonesia | Subsidiary |
| Pensionskasse der 3M Firmen in der Schweiz | Subsidiary |
| PT. 3M Indonesia Importama | Subsidiary |
| Scott Health & Safety Limited | Subsidiary |
| Scott Technologies, Inc. | Subsidiary |
| SemEquip, Inc. | Subsidiary |
| SOA Logistics S.A.S. | Subsidiary |
| Sociedade Previdenciaria 3M - Preveme | Subsidiary |
| Sociedade Previdenciaria 3M - Preveme II | Subsidiary |
| Sun Abrasives Company Limited | Subsidiary |
| Suomen 3M Oy | Subsidiary |

| Name | Relationship |
|---|---|
| Three M Global Service Center Costa Rica, Sociedad de Responsabilidad Limitada | Subsidiary |
| Tres M Costa Rica Sociedad Anonima | Subsidiary |
| Two Harbors Insurance Company | Subsidiary |
| Wendt (India) Limited | Subsidiary |
| Wendt GmbH | Subsidiary |
| Winterthur Technology (Taicang) Co., Ltd. | Subsidiary |
| Woodtrail Estates, LLC | Subsidiary |
| Yamanaka Advanced Materials, Inc. | Subsidiary |