# Sulfonated Perfluorochemical Release Estimation

## Second Draft Final Report

*submitted to*

## 3M Specialty Materials

*submitted by*

**Duane A. Tolle and David V. Spitzley**

**Battelle Memorial Institute**
**505 King Ave.**
**Columbus, Ohio 43201**

August 9, 1999

**06 141822**

CONFIDENTIAL - SUBJECT TO AFFF MDL
PROTECTIVE ORDER

3M_AFFF_MDL00019199

**BUSINESS SENSITIVE**

Second Draft Final Report

# Executive Summary

## Introduction and Objectives

The 3M company is committed to a product stewardship policy that encourages safe and environmentally responsible practices in the development, manufacture, distribution, use and disposal of 3M products. The company has recently introduced a corporate initiative called Life Cycle Management (LCM) to assure an awareness of potential impacts at every stage of the life cycle. One step in LCM is to obtain good information on releases.

3M has been producing sulfonyl-based FCs for over 40 years using the Electro-Chemical Fluorination (ECF) process. The basic building block of these products and the highest production volume fluorochemical (FC) manufactured by 3M is perfluorooctanesulfonyl fluoride (POSF). The chemical or enzymatic hydrolysis of POSF results in perfluorooctane sulfonic acid (PFOS). It is strongly believed that PFOS is the ultimate degradation product from POSF-derived FCs and will persist in that form.

A comprehensive plan titled "Exposure Assessment for Fluorochemical Products: Program Overview and Status" has been prepared by Battelle for the assessment of potential environmental exposure pathways associated with the manufacture, use, and disposition of 3M's FC products. The first of six main components of this project plan is the Release Estimation Task discussed in this report.

The overall objective of the Release Estimation Task is to characterize potential sources of FC releases across the full product life cycle, including: manufacturing of compounds by 3M, distribution and conversion stages (supply chain) where the FCs are sold and/or incorporated into products, commercial and residential consumer use of the products, and waste disposal or recovery of used products. The detailed objectives are:
- to make reliable estimates of the most important FC releases to the environment that may result in human and ecological exposure,
- to perform screening for identifying the most important FCs based on pounds of PFOS-equivalents and FC solids,
- to provide release estimates that will serve as the basis for further analysis of fate, transport, and exposure, including multimedia fate modeling using the fugacity principle
- to conduct preliminary modeling of potential FC releases from landfills and wastewater treatment plants (WWTPs), and
- to determine additional studies needed to fill data gaps and evaluate microbial degradation.

The results from the Release Estimation Task can be used for a variety of purposes in other tasks in 3M's overall program. Some examples of the potential uses by other tasks include: providing input data for fate and exposure modeling needed for risk assessment, determining locations for empirical sampling, substantiating results from empirical sample analysis, selecting highest priority FC products for measurements of physical-

**06 141823**

CONFIDENTIAL - SUBJECT TO AFFF MDL
PROTECTIVE ORDER                                   3M_AFFF_MDL00019200

**BUSINESS SENSITIVE**

Second Draft Final Report

chemical properties, and selecting landfills and publicly-owned treatment works (POTWs) for environmental release modeling.

The release estimates in this report are expected to change as additional information is collected. Pathways initially identified as important may require additional sampling and monitoring to determine the extent of exposure. **Product release estimates used in this report are based on conservative, worst case assumptions about process losses at supply chain facilities, which are often based on operator experience or engineering estimates rather than laboratory tests and which can result in wide ranges in estimated release calculations.**

### Screening for Key FC Products

During an initial review of data supplied by 3M for 72 FC products in six different business units, a screening process was developed to narrow this list to the products considered key for an environmental release evaluation from a total 3M standpoint in the U.S. The screening process used 1997 sales data for the U.S. to identify 19 key products that contribute > 1% of total 3M FC solids or > 1% of total 3M PFOS-equivalents. The 19 chemically different products selected, which include 21 product codes, collectively represent approximately 85% of FC Solids and 87% of PFOS-equivalents for the total 1997 sales of FC compounds. The 21 screened product codes are as follows:

| Business Unit | Product Codes |
|---|---|
| Aftermarket/Consumer | (FC-129, FC-430, FC-1861) |
| Apparel | (FC-3573/FC-3573N, FC-248, FC-461) |
| Carpet | (FC-364, FC-365, FC-398, FC-1367) |
| Home Textiles | (FC-247, FC-248, FX-1380, FC-280, FX-1801, FC-1861, FC-461) |
| Paper and Packaging | (FC-807, FC-809, FC-807A, FC-845) |
| Performance Chemicals | (FC-129, FC-170C, FC-430, FC-138) |

The three products with the largest quantity of PFOS equivalents sold in 1997 are FC-807, FC-809, and FC-1367.

Since the screening process involved identification of products sold in the U.S. during 1997 that contribute > 1% of total 3M FC solids or > 1% of total 3M PFOS-equivalents, Lightwater™ was not determined to be one of the 19 key products. Although the quantities of FC solids and PFOS-equivalents in aqueous film forming foams (AFFF) products sold in 1997 are less than one percent, the method of use as fire fighting foams involves complete release to the environment. Thus, these products will be evaluated as part of a separate 3M task.

### 3M Manufacturing Releases

In a continuing effort to characterize emissions from manufacturing, Decatur process engineers have provided estimates of FC emissions for the 3M manufacturing facility at

**06 141824**

CONFIDENTIAL - SUBJECT TO AFFF MDL
PROTECTIVE ORDER

3M_AFFF_MDL00019201

**BUSINESS SENSITIVE**

Second Draft Final Report

Decatur, Alabama. Engineering calculations, 3M information systems, and air emission models were used to identify and quantify current emission levels. 3M manufacturing emissions are primarily associated with a few key steps in the early stages of POSF manufacturing and purification and therefore are not attributed to any one product. Based on the information from Decatur engineers, it is clear that the Decatur manufacturing facility is a substantial source of PFOS equivalents released to the environment. However, ongoing engineering activities at the Decatur facility have substantially reduced FC wastewater emissions from the levels for 1997. Total losses at the Decatur facility are approximately 1,130,000 pounds of PFOS equivalents, but about half of these losses are disposed of by incineration.

### Aftermarket/Consumer Products

Four supply chain facilities located in four states (MI, WI, IN, MN) account for all of the 1997 sales of key Aftermarket/Consumer products. The key FC products purchased by one or more of these four primary Aftermarket/Consumer manufacturers, in decreasing quantity of PFOS equivalents are FC-1861, FC-138/228, and FC-129.

The majority of the wastewater releases of PFOS equivalents from the four manufacturers using key Aftermarket/Consumer products are associated with Mix Tank operation. The highest estimated percent loss in wastewater from this process is 6.2%, which is associated with process startup and shutdown.

Loses of FCs during use of spray can products by residential consumers depends on transfer efficiency, size and shape of the object being coated, and accuracy of the applicator. It is roughly estimated that transfer efficiency across all sizes and shapes of applications is 66%, which means that 34% of product expelled from the can is lost as waste.

Spray cans used to apply treatments in the home are expected to retain a small fraction of the product material at the time of disposal. Based on information for non-food spray cans in general, up to 12.5% of the original contents may remain in spray cans at the time of disposal. Bulk product containers for commercial care are expected to retain 2.9% of product, which is lost during container cleaning and disposal. It is estimated that 34% of the spray can containers will be recycled, with residual product material in the can released as wastewater. Containers that are not recycled are sent to landfills.

Carpets with commercial care FC treatments used by professional carpet steam cleaners are expected to show similar wear patterns to carpets with mill applied treatments. Thus, it is expected that 50% of the FC treatment will be lost over the nine-year life of the carpet due to walking and vacuuming, while an additional 45% of the FC treatment will be lost in steam cleaning throughout the carpet life.

Garments treated with home-applied products are assumed to wear in a similar manner to textile mill applied treatments. Thus, 73% of these treatments are expected to wash off during garment cleaning over a two-year life span.

**06 141825**

**Battelle**
*The Business of Innovation.*

CONFIDENTIAL - SUBJECT TO AFFF MDL
PROTECTIVE ORDER

3M_AFFF_MDL00019202

**BUSINESS SENSITIVE**

Second Draft Final Report

Any remaining FCs on coated products at the end of their useful life are assumed to be disposed of at the national averages for landfill disposal (83%) and incineration (17%).

## Apparel Products

The six supply chain facilities purchasing the greatest quantities of PFOS equivalents for Apparel products during 1997 are located in four states (GA, SC, NC, and MI). These customers account for 56%, 73% and 41% of 1997 product sales of FC-3573, FC-248, and FC-461, respectively. The majority of the PFOS equivalents sold to these six supply chain facilities are associated with FC-248.

The majority of the wastewater releases of PFOS equivalents from the six manufacturers using key Apparel products are associated with the processes Product Distribution and Application. The highest estimated percent loss in wastewater from these processes is 9.3%, which is associated with application to leather products. The majority of the solid waste releases of PFOS equivalents from the six manufacturers using key Apparel products are associated with the process of cutting and sewing garmets, which involves an estimated loss to solid waste of 10% for both cloth and leather garments.

Assuming that consumers own and regularly use FC-treated cloth apparel for an average of two years and launder the garment an average of every two weeks, 3M laboratory tests suggest that 73% of the initial treatment will be lost during consumer laundering over the total life span of the garment. It is anticipated that the vast majority of this loss is in wastewater and not in dryer lint.

Leather products, including any remaining treatment, are disposed of after use. Based on national averages for municipal waste, 83% of these products will be sent to landfill and 17% will be incinerated.

## Carpet Products

The six supply chain facilities purchasing the greatest quantities of PFOS equivalents for Carpet products during 1997 (> 70% of key Carpet product sales) are located in two states (FL and GA). The key FC products purchased by one or more of these manufacturers, in decreasing quantity of PFOS equivalents are FC-1367, FC-365, and FC-364/FC-398. Releases of PFOS equivalents from these manufacturers are primarily in the form of wastewater releases. The largest wastewater release rate from these manufacturers is an estimated loss of 25% which is released during the carpet fiber dyeing process (FC-365 and FC-364) and co-application to finished carpet (FC-1367).

The quantities of PFOS equivalents released from carpets made in 1997 during use by the end consumer are larger over the total life of the carpet than the quantities lost during the supply chain manufacturing processes in 1997. However, the releases from end use customers during carpet cleaning, foot traffic, and vacuuming are spread over the 12-year average life of a carpet and the residential end use customers are distributed throughout the U.S. approximately according to number of households in an area. The FC Carpet product contributing the greatest releases of PFOS equivalents during the end use stage is the one sold in the largest volume, FC-1367. Releases of PFOS equivalents from FC

**06 141826**

CONFIDENTIAL - SUBJECT TO AFFF MDL
PROTECTIVE ORDER                                    3M_AFFF_MDL00019203

BUSINESS SENSITIVE

Second Draft Final Report

Carpet products during the end use stage are about equally distributed between wastewater (47%) and solid waste (53%).

## Home Textiles Products

The 19 supply chain facilities identified as the locations with the highest sales receipts of PFOS equivalents for Home Textiles products during 1997 are located in six states (CT, NC, MA, SC, NH, GA). These customers account for between 21% and 97% of the priority Home Textile products, depending on the product examined.

The key FC products purchased by one or more of the 19 primary Home Textiles manufacturers, in decreasing quantity of PFOS equivalents are FC-247, FX-1801, FC-824/FC-138 (tie), FC-248, FC-280, FC-461, and FC-1861. Wastewater releases of PFOS equivalents from the manufacturers making woven products are estimated to be a maximum of 9.9% from Unused or Non-Recovered Bath Mix following application. Supply Chain facilities producing non-woven products either pad apply product or add product directly to an extrusion mix. As was the case for woven products, the highest estimated percent loss from these processes is 9.9% associated with pad application. Solid waste releases of PFOS equivalents from the manufacturers making woven products are estimated to be a maximum of 4.9% from one of four processes.

Based on data for production of clothing, it is estimated that 10% of the PFOS equivalents used in woven fabrics for upholstery (FC-247, FX-1380) are lost during cutting and sewing.

Nonwoven medical fabrics and HEPA filters are typically single use products that are used for a very brief period and then disposed of, so the majority (>99.999%) of the PFOS equivalents will go with the solid waste.

It is assumed that used Home Textile products are disposed of according to the national averages for municipal solid waste sent to incinerators (17%) and landfills (83%).

## Paper and Packaging Products

The six supply chain facilities purchasing the greatest quantities of PFOS equivalents for Paper and Packaging products during 1997 (> 70% of key Paper and Packaging product sales) are located in five states (MI, ME, AL, WI, and OH). The key FC products purchased by one or more of these paper manufacturers, in decreasing quantity of PFOS equivalents are FC-807, FC-809, FC-845, and FC-807A. Releases of PFOS equivalents from these paper manufacturers are primarily in the form of wastewater releases from the make down tank. Approximately 1% of the total run volume is lost as wastewater.

Losses of FCs during converting and end use of treated paper products are very small. During the making of paper products, converters dispose of about 3% of input paper products treated with FCs as solid waste. Extremely small percentages of PFOS equivalents are expected to adhere to package contents during the end use stage. It is estimated that 0.004% of FC-807 and 0.00003% of FC-845 are potentially transferred from the package to the contents. However, up to 6.5 % of microwave popcorn package

06 141827

CONFIDENTIAL - SUBJECT TO AFFF MDL
PROTECTIVE ORDER
3M_AFFF_MDL00019204

BUSINESS SENSITIVE

Second Draft Final Report

treatments may be lost during consumer use. Studies are underway to confirm these values.

Based on the 1997 national averages for solid waste disposal of paper products, about 17% are incinerated. FCs in paper products sent to the incinerator are completely destroyed. Scotchban™ treated end-products are not recovered for recycling as part of solid waste recycling programs. Therefore, all products not incinerated are expected to go directly to municipal waste landfills. This means that 83% of the product material remaining after consumer use will be sent to a landfill as solid waste.

## Performance Chemical Products

The eight supply chain facilities purchasing the greatest quantities of PFOS equivalents for Performance Chemical products during 1997 are located in eight states (TN, WI, CT, NH, CO, TX, NJ, and GA) and account for all of the 1997 sales of key Performance Chemical products. The key FC products purchased by one or more of these eight manufacturers, in decreasing quantity of PFOS equivalents, are FC-129, FC-430, FX-12, and FC-170C.

Performance Chemical products are used in a wide variety of products and industries. Based on surrogate release estimates compiled from information on other product lines and available data sources, the highest estimated percent loss from processes in supply chain facilities for key Performance Chemical products is 7.7%, which is associated with loss in wastewater from the startup and shutdown of mixing and blending operations.

The consumer practices and other actives that govern end use of Performance Chemical products are not currently well understood. It is assumed that negligible quantities of FCs are released during use. Any remaining FCs are disposed of with the product, according to national averages for landfill disposal (83%) and incineration (17%).

## Summary

The five key FC products sold in the largest quantity in declining order of PFOS equivalents are FC-807, FC-809, FC-1367, FC-845, and FC-247. FC-807, FC-809, and FC-845 are part of the Paper and Packaging Business Unit. FC-1367 is part of the Carpeting Business Unit. FC-247 is part of the Home Textiles Business Unit.

The two largest PFOS loss rates for the 19 key products in all supply chain facilities are associated with the Carpeting, Apparel, and Home Textiles Business Units. The largest loss rate across all of the supply chain facilities handling key FC products is an estimated 25% for FC-365 and FC-364 during the dyeing process for carpet fiber and an estimated 25% for FC-1367 during co-application on carpets. The second largest loss rate across all of the supply chain facilities handling key FC products is an estimated 10% lost in solid waste during the Cutting and Sewing process for garments and upholstery, respectively, in the Apparel and Home Textile supply chain facilities.

The largest release rates during the End Use/Disposal Stages of the life cycle for the 19 key products in all supply chain facilities are associated with the Aftermarket/Consumer,

06 141828

CONFIDENTIAL - SUBJECT TO AFFF MDL
PROTECTIVE ORDER                                                          3M_AFFF_MDL00019205

**BUSINESS SENSITIVE**

Second Draft Final Report

Paper and Packaging, and Performance Chemicals Business Units. When the key products are evaluated for each of these three business units as a whole, greater than 85% of the FC products are released during the end use stage (includes releases in the home and upon final disposition).

The inventory data provide estimated quantities of PFOS-equivalents released as air emissions, water emissions, or solid waste for site-specific locations throughout the supply chain stage of the life cycle. PFOS equivalent release estimates were calculated at 48 of the major release locations for supply chain facilities handling the 19 key FC products. The top nine cities with the largest combined PFOS equivalent releases in all media for these 48 supply chain locations are (1) Dalton, GA, (2) Pensacola, FL, (3) Belle Mead, NJ, (4) Sturtevant, WI, (5) Augusta, GA, (6) Memphis, TN, (7) Parchment, MI, (8) Windsor Locks, CT, and (9) Jay, ME.

A summary of the life cycle release estimates based on 1997 sales of 3M FCs in the U.S. is shown in the table below. The release estimates are presented as PFOS-equivalents, which do not include residuals that may be in the products. The U.S. release estimates are broken down by life cycle stage (e.g., 3M manufacturing, supply chain facilities, end use consumers, and disposal) and media of release (e.g., air, water, or solid waste). The manufacturing releases are for the U.S. only, and do not include 3M's facility in Antwerp, Belgium. These estimates are an indication of release to the environment, but not necessarily human exposure.

Although the release estimates in the following summary table can give an indication of the potential for environmental releases, most of the water and solid releases indicated in the table are released, respectively, to a WWTP or a landfill and not directly to the environment. One exception is the water release estimates for the 3M manufacturing facilities in the U.S., these water releases are for treated wastewater released to the environment from an IWTP. Considering the qualifications listed in the footnotes, some tentative conclusions from the summary table include:

- The greatest potential for release to the environment from FC products in the Paper and Packaging and Performance Chemical Business Units is in disposal.

- Paper and Packaging FC products dominate the potential for release to the environment from disposal.

- The greatest potential for release to the environment from FC products in the Carpet, Apparel, and Aftermarket Consumer Business Units is during end use by the consumer.

- The majority of the FCs released in air come from 3M manufacturing facilities.

**06 141829**

CONFIDENTIAL - SUBJECT TO AFFF MDL
PROTECTIVE ORDER                                                    3M_AFFF_MDL00019206

**BUSINESS SENSITIVE**

Second Draft Final Report

## Summary of Estimated Releases of FCs Based on 1997 Sales in the U.S. (PFOS equivalents[1] in lbs./yr)[2]

| 3M Business Unit (BU) | Release Form | Supply Chain Processing (3M customers) | End Use (Consumers) | Disposal | BU Total | 3M Mfg. in U.S.[3, 4] |
|---|---|---|---|---|---|---|
| Aftermarket/ | Air | 0 | 3,300 | 0 | 3,300 | |
| Consumer | Water | 5,500 | 19,000 | 350 | 25,000 | |
| | Solid | 2 | 26,000 | 16,000 | 42,000 | |
| | *% of BU Total* | *8%* | *69%* | *23%* | | |
| Apparel | Air | 0 | 0 | 0 | 0 | |
| | Water | 4,300 | 42,000 | 0 | 46,000 | |
| | Solid | 13,000 | 44 | 15,000 | 28,000 | |
| | *% of BU Total* | *23%* | *57%* | *20%* | | |
| Carpet | Air | 2,600 | 0 | 0 | 2,600 | |
| | Water | 44,000 | 120,000 | 0 | 160,000 | |
| | Solid | 17,000 | 140,000 | 12,000 | 170,000 | |
| | *% of BU Total* | *19%* | *78%* | *4%* | | |
| Home Textiles | Air | 0 | 0 | 0 | 0 | |
| | Water | 25,000 | 0 | 0 | 25,000 | |
| | Solid | 29,000 | 28,000 | 88,000 | 150,000 | |
| | *% of BU Total* | *31%* | *16%* | *50%* | | |
| Paper and | Air | 0 | 0 | 0 | 0 | |
| Packaging | Water | 16,000 | 0 | 0 | 16,000 | |
| | Solid | 0 | 9,900 | 800,000 | 810,000 | |
| | *% of BU Total* | *2%* | *1%* | *97%* | | |
| Performance | Air | 0 | 0 | 0 | 0 | |
| Chemicals | Water | 18,000 | 0 | 0 | 18,000 | |
| | Solid | 16 | 0 | 120,000 | 120,000 | |
| | *% of BU Total* | *13%* | *0%* | *87%* | | |
| **Total for All** | *Air* | 2,600 | 3,300 | 0 | 5,900 | 90,000 |
| **BUs Combined** | *Water* | 110,000 | 180,000 | 350 | 290,000 | 10,000 |
| | *Solid*[5] | 59,000 | 200,000 | 1,100,000 | 1,300,000 | - |
| | *Landfill* | | | | | 400,000 |
| | *Incineration*[6] | | | | | 660,000 |

(1) PFOS equivalents do not always include all residuals that may be present in the products
(2) These estimates are an indication of release to the environment, not necessarily human exposure
(3) These estimates are based on manufacturing data for 1997-1999 and do not include releases from 3M
   manufacturing facilities in Antwerp
(4) 3M manufacturing emissions are primarily associated with a few key steps in the early stages of POSF
   manufacturing and purification and therefore are not attributed to any one product
(5) Solid releases from manufacturing are subcategorized into landfill waste and incinerated waste. Production and use
   data are not subcategorized.
(6) FCs undergo complete thermal destruction during incineration, so no FCs are released to the environment in
   emissions from the incinerator

**06 141830**

**Battelle**
*The Business of Innovation.*

August 9, 1999

Page ix

**BUSINESS SENSITIVE**

Second Draft Final Report

## Table of Contents

EXECUTIVE SUMMARY ........................................................................................... II
    INTRODUCTION AND OBJECTIVES ............................................................................ II
    SCREENING FOR KEY FC PRODUCTS ...................................................................... III
    3M MANUFACTURING RELEASES ............................................................................ III
    AFTERMARKET/CONSUMER PRODUCTS ................................................................. IV
    APPAREL PRODUCTS .............................................................................................. V
    CARPET PRODUCTS ............................................................................................... V
    HOME TEXTILES PRODUCTS ................................................................................... VI
    PAPER AND PACKAGING PRODUCTS ....................................................................... VI
    PERFORMANCE CHEMICAL PRODUCTS .................................................................. VII
    SUMMARY ........................................................................................................... VII

GLOSSARY ......................................................................................................... XIII

ACRONYMS AND ABBREVIATIONS ...................................................................... XIV

A.   INTRODUCTION AND OBJECTIVES ..................................................................... 1

B.   SCREENING FOR KEY FC PRODUCTS ................................................................. 4

C.   3M MANUFACTURING FACILITY RELEASES ...................................................... 7
    RELEASE CHARACTERIZATION ................................................................................ 9
    AIR ..................................................................................................................... 10
    WASTEWATER ...................................................................................................... 10
    WASTE ................................................................................................................ 11

D.   GENERAL ASSUMPTIONS AND DATA SOURCES FOR BUSINESS UNIT
CALCULATIONS ........................................................................................................ 12

E.   AFTERMARKET/CONSUMER PRODUCT RELEASE CALCULATIONS ................. 13
    CUSTOMER LOCATIONS ........................................................................................ 13
    BUSINESS UNIT ASSUMPTIONS ............................................................................. 13
    PROCESS LOSS CALCULATIONS ............................................................................. 14
        *Product Distribution* ....................................................................................... 14
        *Mix Tank* ....................................................................................................... 15
        *Filling* ............................................................................................................ 15
        *Water Bath* .................................................................................................... 16
        *Application* ..................................................................................................... 16
        *Drying* ........................................................................................................... 18
        *Commercial Spray Gun Cleaning* ................................................................... 18
        *Container Disposal* ......................................................................................... 18
        *Coated Product Use* ....................................................................................... 19
        *Coated Product Disposal* ................................................................................ 20

F.   APPAREL PRODUCT RELEASE CALCULATIONS .............................................. 20
    CUSTOMER LOCATIONS ........................................................................................ 20
    BUSINESS UNIT ASSUMPTIONS ............................................................................. 21
    PROCESS LOSS CALCULATIONS ............................................................................. 21
        *Product Distribution, Application and Garment Production* .............................. 21
        *Consumer Laundering/Use* ............................................................................. 22
        *Disposal* ........................................................................................................ 24

G.   CARPET PRODUCT RELEASE CALCULATIONS ................................................ 24

06 141831

CONFIDENTIAL - SUBJECT TO AFFF MDL
PROTECTIVE ORDER

3M_AFFF_MDL00019208

**BUSINESS SENSITIVE**

Second Draft Final Report

CUSTOMER LOCATIONS ................................................................................ 24
BUSINESS UNIT ASSUMPTIONS ................................................................. 25
PROCESS LOSS CALCULATIONS .................................................................. 25
*Transportation Container Cleaning* ......................................................... 25
*Application* ................................................................................................. 26
*Shearing* ..................................................................................................... 27
*Retail Sample Mfg.* .................................................................................... 29
*Installation* ................................................................................................. 29
*Carpet Use/Cleaning* .................................................................................. 29
*Disposal* ...................................................................................................... 30

**H.   HOME TEXTILES PRODUCT RELEASE CALCULATIONS** .................. 31

CUSTOMER LOCATIONS ................................................................................ 31
BUSINESS UNIT ASSUMPTIONS ................................................................. 31
PROCESS LOSS CALCULATIONS .................................................................. 33
*Woven Textile Production* ......................................................................... 33
*Nonwovens Production* .............................................................................. 33
*Upholstery Cutting and Sewing* ............................................................... 34
*Use* ............................................................................................................... 34
*Disposal* ...................................................................................................... 35

**I.   PAPER AND PACKAGING PRODUCT RELEASE CALCULATIONS** ........... 36

CUSTOMER LOCATIONS AND PRODUCT END-USES ................................ 36
BUSINESS UNIT ASSUMPTIONS ................................................................. 37
PROCESS LOSS CALCULATIONS .................................................................. 38
*Losses during Tote/Drum Recovery* ......................................................... 38
*Application* ................................................................................................. 38
*Drying* ......................................................................................................... 39
*Cutting/Trimming* ...................................................................................... 40
*Package Converting* ................................................................................... 40
*Package Filling and Handling* .................................................................. 40
*End Use Consumer* ..................................................................................... 40
*Ultimate Disposal of Paper and Packaging Products* .............................. 41

**J.   PERFORMANCE CHEMICALS PRODUCT RELEASE CALCULATIONS** ......... 42

CUSTOMER LOCATIONS ................................................................................ 42
BUSINESS UNIT ASSUMPTIONS ................................................................. 42
PROCESS LOSS CALCULATIONS .................................................................. 43
*Product Distribution* ................................................................................. 43
*Mixing/Blending* ........................................................................................ 43
*Filling* ......................................................................................................... 44
*Quality Control* ......................................................................................... 45
*Use* ............................................................................................................... 45
*Product Disposal* ....................................................................................... 45

**K.   IMPORTANT FINDINGS AND CONCLUSIONS** .................................. 46

3M MANUFACTURING FACILITY RELEASES ............................................. 46
AFTERMARKET/CONSUMER PRODUCTS .................................................. 46
APPAREL PRODUCTS ..................................................................................... 48
CARPET PRODUCTS ........................................................................................ 49
HOME TEXTILES PRODUCTS ....................................................................... 50
PAPER AND PACKAGING PRODUCTS ......................................................... 51
PERFORMANCE CHEMICAL PRODUCTS ..................................................... 52
SUMMARY ........................................................................................................ 53

**L.   REFERENCES** ......................................................................................... 57

06 141832

CONFIDENTIAL - SUBJECT TO AFFF MDL
PROTECTIVE ORDER

3M_AFFF_MDL00019209

**BUSINESS SENSITIVE**

Second Draft Final Report

# Appendices

APPENDIX A. COMPLETE LIST OF 3M FLUOROCHEMICAL PRODUCTS ............................ A-1

APPENDIX B. AFTERMARKET/CONSUMER RELEASE ESTIMATES.............................B-1

APPENDIX C. APPAREL RELEASE ESTIMATES .......................................................... C-1

APPENDIX D. CARPET RELEASE ESTIMATES ........................................................... D-1

APPENDIX E. HOME TEXTILES RELEASE ESTIMATES.................................................E-1

APPENDIX F. PAPER AND PACKAGING RELEASE ESTIMATES.................................F-1

APPENDIX G. PERFORMANCE CHEMICAL RELEASE ESTIMATES ............................ G-1

APPENDIX H. LIFE CYCLE FLOW DIAGRAMS FOR RELEASE ESTIMATES....................... H-1

## Tables

TABLE 1. KEY 3M FC PRODUCTS IDENTIFIED BY SCREENING OF 1997 U.S. SALES DATA[A] ......................... 5

TABLE 2. ESTIMATED CURRENT ANNUAL RELEASES OF PFOS EQUIVALENTS AT THE DECATUR
MANUFACTURING PLANT................................................................................. 9

TABLE 3. MAJOR AFTERMARKET/CONSUMER CUSTOMER LOCATIONS ...................................... 13

TABLE 4. 3M SPRAY CAN END-PRODUCTS.................................................................. 16

TABLE 5. MAJOR APPAREL CUSTOMER LOCATIONS ...................................................... 20

TABLE 6. PERCENTAGE FC LOSSES FROM PROCESSES IN THE APPAREL AND LEATHER LIFE CYCLE ...... 22

TABLE 7. MAJOR CARPET CUSTOMERS ...................................................................... 24

TABLE 8. LOSS ESTIMATES FOR APPLICATION OF FCS TO CARPET PRODUCTS............................ 26

TABLE 9. SHEARING LOSS CALCULATION INPUT VALUES ................................................ 28

TABLE 10. PERCENTAGE LOSS DURING SHEARING, BY ORIGINAL APPLICATION METHOD .................. 28

TABLE 11. PERCENTAGE LOSS DURING SHEARING, FOR INDIVIDUAL FCS .................................. 29

TABLE 12. MAJOR HOME TEXTILE CUSTOMER LOCATIONS ................................................ 32

TABLE 13. LOSS ESTIMATES FOR PRODUCTION OF TREATED WOVEN PRODUCTS ......................... 33

TABLE 14. MAJOR PAPER AND PACKAGING SUPPLY-CHAIN CUSTOMERS................................. 36

TABLE 15. END USES OF PAPER AND PACKAGING PRODUCTS.............................................. 37

TABLE 16. MAJOR PERFORMANCE CHEMICAL CUSTOMER LOCATIONS ................................... 42

TABLE 17. CONSUMER END-PRODUCTS CONTAINING PERFORMANCE CHEMICALS....................... 45

TABLE 18. PRIMARY SUPPLY-CHAIN LOCATIONS INCLUDED IN RELEASE ESTIMATES FOR 3M FC PRODUCTS
BASED ON 1997 U.S. SALES................................................................................ 54

TABLE 19. SUMMARY OF ESTIMATED RELEASES OF FCS BASED ON 1997 SALES IN THE U.S. (PFOS
EQUIVALENTS[1] IN LBS./YR)[2] ...................................................................... 56

## Figures

FIGURE 1. APPAREL TREATMENT REMAINING WITH TIME ................................................ 23

FIGURE 2. PROFILE OF REMAINING CARPET TREATMENT OVER TIME ..................................... 31

## 06 141833

Battelle
The Business of Innovation.

CONFIDENTIAL - SUBJECT TO AFFF MDL
PROTECTIVE ORDER                                    3M_AFFF_MDL00019210

**BUSINESS SENSITIVE**

Second Draft Final Report

# Glossary

**Customer:** Company or facility that accepts product shipped from 3M manufacturing operations and performs processing for further use. Processing done by customers can include dilution or other mixing, application, re-packaging, etc. Both 3M clients and contract manufacturers are considered customers, however, distributors are generally not considered customers.

**End-Product:** Finished goods used by consumers. Examples of end-products include treated garments, french-fry containers, installed carpeting, stain-resistant furniture, spray cans, alkaline cleaners, etc.

**End-Product Mixture:** Generally applicable to liquid end-products only, the end-product mixture is the combination of chemicals required to produce the desired end-product. In many cases end-products contain a mixture of sulfonated perfluorochemicals, solvents, and other active and inactive ingredients. End-product mixtures are assumed to be uniform mixtures of all ingredients. An example of an end-product mixture is the home care fabric protector (Red Can) mixture which contains 1.5% (by weight) FC-1860.

**Product (or Product Material):** Material shipped from 3M sulfonated perfluorochemical-manufacturing facilities (e.g. Decatur, AL) to customer facilities (customers include both 3M clients and contract manufacturers). Products are typically referred to using product codes, such as FC-807, FX-1801, FC-170C, etc.

**06 141834**

**Battelle**
*The Business of Innovation.*

August 9, 1999

Page xiii

**BUSINESS SENSITIVE**

Second Draft Final Report

# Acronyms and Abbreviations

| | |
|---|---|
| AFFF | aqueous film forming foams |
| BU | business unit (3M) |
| ECF | electro-chemical fluorination |
| FC | fluorochemical |
| HEPA | high-efficiency particulate air (filters) |
| LCM | life cycle management |
| N-EtFOSA | N-ethyl perfluorooctane sulfonamide |
| N-EtFOSE | N-ethyl perfluorooctane sulfonamidoethyl alcohol |
| N-MeFOSA | N-methyl perfluorooctane sulfonamide |
| N-MeFOSE | N-methyl perfluorooctane sulfonamidoethyl alcohol |
| PFHS | perfluorohexane sulfonate |
| PFOS | perfluorooctane sulfonic acid |
| PFOSA | perfluorooctanesulfonamide |
| PFOSAA | perfluorooctane sulfonamido (ethyl)acetate |
| POSF | perfluorooctanesulfonyl fluoride |
| POTW | publicly-owned treatment works |
| SAEFL | Swiss Agency for the Environment, Forests and Landscape |
| WWTP | wastewater treatment plants |

06 141835

**Battelle**
*The Business of Innovation.*

CONFIDENTIAL - SUBJECT TO AFFF MDL
PROTECTIVE ORDER

3M_AFFF_MDL00019212

Second Draft Final Report

**BUSINESS SENSITIVE**

# A. <u>Introduction and Objectives</u>

The 3M company is committed to a product stewardship policy that encourages safe and environmentally responsible practices in the development, manufacture, distribution, use and disposal of 3M products. Over the years, 3M has established a leadership role in pollution prevention, and the company has recently introduced a corporate initiative called Life Cycle Management (LCM) to assure an awareness of potential impacts at every stage of the life cycle. One step in LCM is to obtain good information on releases.

3M has been producing sulfonyl-based FCs for over 40 years using the Electro-Chemical Fluorination (ECF) process (3M Environmental Laboratory, 1999). The basic building block of these products and the highest production volume FC manufactured by 3M is perfluorooctanesulfonyl fluoride (POSF). POSF is used to make a diverse variety of FC products. The chemical or enzymatic hydrolysis of POSF results in perfluorooctane sulfonic acid (PFOS). Based on current information from 3M, PFOS (and/or its salts) is believed to be the ultimate degradation product in the ambient environment of all POSF-based products. The length of time to ultimate degradation is variable, with some fluoropolymers apparently stable for hundreds of years. PFOS cannot be degraded to smaller molecular components unless high temperature incineration is used.

Because of the stability of PFOS and the ability of PFOS to be a marker for tracing all POSF-based products these FCs are often described in terms of "PFOS equivalents," when discussing product volumes and FC release or discharge levels. "PFOS equivalents" is defined as the mass of PFOS molecules that would be formed after complete degradation of the FC products. The PFOS equivalent(s) is the weight of $C_8F_{17}SO_2$ present in a product. The assumption of complete breakdown to PFOS of each sulfonated perfluorochemical product and residual is a "worst-case" assumption. The amount of time required for the FC polymers to break down completely into PFOS varies considerably between different FC polymers. PFOS appears to be the end result of both microbial and vertebrate metabolism of POSF-based products.

06 141836

CONFIDENTIAL - SUBJECT TO AFFF MDL
PROTECTIVE ORDER                                                          3M_AFFF_MDL00019213

**BUSINESS SENSITIVE**

Second Draft Final Report

For ease in comparing release data, releases are also described in terms of "PFOS equivalents." Again, the assumption of complete breakdown to PFOS of each sulfonated perfluorochemical product and residual and the complete release of that product and residual is a "worst-case" assumption.

FC products contain some small portion of unreacted FC chemicals. These unreacted or partially reacted starting materials or intermediates, which are carried forward to the final product, are termed residuals. In addition to POSF, the residuals typically include N-ethyl (or N-methyl) perfluorooctane sulfonamide (N-EtFOSA or N-MeFOSA) and N-ethyl (or N-methyl) perfluorooctane sulfonamidoethyl alcohol (N-EtFOSE or N-MeFOSE alcohol). These residuals are typically present in 3M FC products at a concentration of 1% or less. Since the residuals are often more environmentally mobile than the larger polymer products, they are of special interest from an environmental release standpoint. The release estimates in this report are limited to total FC solids (FC product weight) and PFOS equivalents. This report does not include releases of individual residuals, because there is currently insufficient information on properties of residuals and processes at supply chain facilities and end user locations to estimate these releases. Since the volatility and water solubility of residuals are considerably different from the fluoropolymers, manufacturing and supply chain facility processes that involve high temperature and/or water washes will affect the relative release rates of residuals and fluoropolymers.

A comprehensive plan titled "Exposure Assessment for Fluorochemical Products: Program Overview and Status" has been prepared for the assessment of potential environmental exposure pathways associated with the manufacture, use, and disposition of 3M's FC products. The first of six main components of this project plan is the Release Estimation Task discussed in this report.

**06 141837**

CONFIDENTIAL - SUBJECT TO AFFF MDL
PROTECTIVE ORDER

3M_AFFF_MDL00019214

**BUSINESS SENSITIVE**

Second Draft Final Report

The overall objective of the Release Estimation Task is to characterize potential sources of FC releases across the full product life cycle, including:

- the manufacturing stage where the compounds are first synthesized by 3M,
- the distribution and conversion stages (supply chain) where the FCs are sold and/or incorporated into products such as packaging and textiles,
- the commercial and residential end use consumer of the products, and
- the waste disposal or recovery of used products, including modeling of releases from landfills or wastewater treatment plants.

The detailed objectives for the Release Estimation Task are:

- to make reliable estimates of the most important FC releases to the environment that may result in human and ecological exposure,
- to perform screening for identifying the most important FCs based on pounds of PFOS-equivalents and FC solids,
- to provide release estimates that will serve as the basis for further analysis of fate, transport, and exposure, including multimedia fate modeling using the fugacity principle,
- to conduct preliminary modeling of potential FC releases from landfills and wastewater treatment plants (WWTPs), and
- to determine additional studies needed to fill data gaps and evaluate microbial degradation.

The results from the Release Estimation Task can be used for a variety of purposes in other tasks in 3M's overall program. Some examples of these uses include:

- Release estimates can be used for fate and exposure modeling, which is needed for human and ecological risk assessment
- Release estimates and locations can be used to determine locations for empirical sampling, such as the multi-city sampling program initiated by Battelle
- Release estimates can be used to substantiate results from empirical sample analysis
- The highest priority FC products from release evaluation can be selected for laboratory measurements of physical-chemical properties

06 141838

CONFIDENTIAL - SUBJECT TO AFFF MDL
PROTECTIVE ORDER                    3M_AFFF_MDL00019215

**BUSINESS SENSITIVE**

Second Draft Final Report

- Release estimates can be used to select landfills and POTWs for modeling

# B. Screening for Key FC Products

During an initial review of data supplied by 3M for 72 FC products in six different business units, a screening process was developed to narrow this list to the products considered key for an environmental release evaluation from a total 3M standpoint in the U.S. A full list of the 72 FC products is shown in Appendix A. The volume-based screening process used 1997 sales data for the U.S. to identify 19 key products that contribute > 1% of total 3M FC solids <u>or</u> > 1% of total 3M PFOS-equivalents. The 19 chemically different products selected, which include 21 product codes (Table 1), collectively represent approximately 85% of FC Solids and 87% of PFOS-equivalents for the total 1997 sales of FC compounds. The 21 screened product codes are as follows:

| Business Unit | Product Codes |
|---|---|
| **Aftermarket/consumer** | (FC-129, FC-430, FC-228, FC-1861) |
| **Apparel** | (FC-3573/FC-3573N, FC-248, FC-461) |
| **Carpet** | (FC-364, FC-365, FC-398, FC-1367) |
| **Home Textiles** | (FC-247, FC-248, FX-1380, FC-280, FX-1801, FC-1861, FC-461) |
| **Paper and Packaging** | (FC-807, FC-809, FC-807A, FC-845) |
| **Performance Chemicals** | (FC-129, FC-170C, FC-430, FC-138) |

The quantities of product, FC solids, PFOS equivalents, and product descriptions for each of these 21 FC product codes are shown in Table 1 sorted by quantity of PFOS. The following two pairs of product codes have the same chemistry: FC-138/FC-228 and FC398/FC-364. The three products with the largest quantity of PFOS equivalents sold in 1997 are FC-807, FC-809, and FC-1367.

**06 141839**

CONFIDENTIAL - SUBJECT TO AFFF MDL
PROTECTIVE ORDER                    3M_AFFF_MDL00019216

06 141840

Page 5

Second Draft Final Report

## BUSINESS SENSITIVE

### Table 1. Key 3M FC Products Identified by Screening of 1997 U.S. Sales Data[a]

| Product Code | Major Business Unit | PFOS eqv. (lbs.) | FC Solids (lbs.) | Residuals in PFOS eqv. (lbs.)[b] | Product (lbs.) | End-Product Description |
|---|---|---|---|---|---|---|
| FC-807 | Paper and Packaging | 350,000 | 450,000 | 12,000 | 1,360,000 | 807 Family, Grease and oil resistant coating (Scotchban) |
| FC-809 | Paper and Packaging | 320,000 | 410,000 | 11,000 | 1,242,000 | 807 Family, Grease and oil resistant coating (Scotchban) |
| FC-1367 | Carpet | 260,000 | 410,000 | 50,000 | 2,586,000 | Carpet treatment |
| FC-845 | Paper and Packaging | 210,000 | 370,000 | 9,600 | 1,125,000 | 845 Family, Grease and oil resistant coating (Scotchban) |
| FC-247 | Home Textiles | 180,000 | 300,000 | 21,000 | 1,058,650 | Upholstery, home fashions, and automotive product |
| FC-807A | Paper and Packaging | 120,000 | 150,000 | 4,700 | 729,000 | 807 Family, Grease and oil resistant coating |
| FC-365 | Carpet | 98,000 | 170,000 | 1,300 | 853,000 | Carpet fiber treatment |
| FC-248 | Apparel | 79,000 | 200,000 | 12,000 | 661,250 | Home fashions (including napkins); Apparel stain repellent- school uniforms |
| FC-138/FC-228 | Performance Chemicals | 73,000 | 130,000 | 6,800 | 487,000 | Carpet and textile spot cleaner |
| FC-129 | Performance Chemicals | 66,000 | 85,000 | NA | 168,400 | Floor Finishes; Alkaline cleaner, floor polish, denture cleaner |
| FC-1861 | Aftermarket/Consumer | 39,000 | 94,000 | 1,800 | 786,520 | Upholstery; Protective aftermarket chemical |
| FX-1801 | Home Textiles | 36,000 | 37,000 | NA | 37,000 | Nonwovens- medical fabrics and outdoor funiture |
| FC-364/FC-398 | Home Textiles | 35,000 | 110,000 | 820 | 510,000 | Carpet fiber and topical treatment |
| FC-430 | Performance Chemicals | 28,000 | 130,000 | NA | 130,011 | Coating additive; Film Protector (photogard, discontinued in 1998) |
| FX-1380 | Home Textiles | 24,000 | 39,000 | 3,800 | 144,120 | Automotive carpeting |
| FX-12 | Performance Chemicals | 24,000 | 26,000 | NA | 26,000 | Insecticide, Intermediate |

**Battelle**
*The Business of Innovation.*

August 9, 1999

CONFIDENTIAL - SUBJECT TO AFFF MDL PROTECTIVE ORDER

3M_AFFF_MDL00019217

**BUSINESS SENSITIVE**

Second Draft Final Report

## Table 1. Continued[(a)]

| Product Code | Major Business Unit | PFOS eqv. (lbs.) | FC Solids (lbs.) | Residuals in PFOS eqv. (lbs.)[(b)] | Product (lbs.) | End-Product Description |
|---|---|---|---|---|---|---|
| FC-824 | Home Textiles | 24,000 | 38,000 | NA | 100,000 | Nonwovens- medical fabrics |
| FC-280 | Home Textiles | 20,000 | 51,000 | NA | 157,000 | Nonwovens- medical fabrics and apparel |
| FC-170C | Performance Chemicals | 18,000 | 42,000 | NA | 52,000 | Floor polish, coating additives |
| FC-461 | Apparel | 17,000 | 39,000 | 440 | 142,620 | Apparel repellent; Home fashions (including napkins) and small use in upholstery |
| FC-3573 | Apparel | 2,000 | 59,000 | 3,400 | 198,000 | Leather product |
| **21 products** | | 2,020,000 | 3,340,000 | 139,000 | 12,600,000 | |
| *Percentage of Total for 1997 Sales* | | *89%* | *87%* | *92%* | *61%* | |

(a) Listed in decreasing quantity of PFOS equivalents
(b) Residuals are assumed to be 100% PFOS equivalents; NA = not available;
% is for total with known PFOS equivalents

**Battelle**
The Business of Innovation.

August 9, 1999

Page 6

06 141841

**BUSINESS SENSITIVE**

Second Draft Final Report

Since the screening process involved identification of products sold in the U.S. during 1997 that contribute > 1% of total 3M FC solids <u>or</u> > 1% of total 3M PFOS-equivalents, Lightwater™ was not determined to be one of the 19 key products. Although the quantities of FC solids and PFOS-equivalents in aqueous film forming foams (AFFF) products sold in 1997 are less than one percent, the method of use as fire fighting foams involves complete release to the environment. Thus, these products will be evaluated as part of a separate 3M task.

## C. 3M Manufacturing Facility Releases

The release of sulfonated perfluorochemicals into the environment begins with the manufacturing process. Some releases, such as discharge of wastewater or disposal of off-spec products, can be anticipated and controls provided. Other losses can occur during any of the steps required to produce the fluorochemicals and manufacture the product.

The greatest production of the parent fluorochemical product, POSF, occurs at the Decatur, Alabama plant. Here POSF is created in electrochemical cells and undergoes numerous steps to convert it into final products. PFOS containing salts are also manufactured at the facility. Because of its production volume, the Decatur facility has been the focus of manufacturing release studies.

The manufacturing process for sulfonated perfluorochemicals is complicated. There are more than 600 intermediate manufacturing steps associated with the production of POSF and POSF-based products. This translates into hundreds of process steps that require venting or that generate wastewater or solid waste. Although the manufacturing process attempts to capture, reuse, and recycle most fluorochemicals as desired product material, until recently, the unique chemistries created in each step of the process could not be analyzed precisely to confirm exactly what happens and to quantify amounts. The manufacturing process is dynamic, with rapidly changing matrices and many process steps. Ongoing process optimization activities continuously change the emissions profile. Many sulfonated perfluorochemicals in the losses likely exist at sub-ppm levels.

**Battelle**
*The Business of Innovation.*

August 9, 1999

P-   7

**06 141842**

CONFIDENTIAL - SUBJECT TO AFFF MDL
PROTECTIVE ORDER

3M_AFFF_MDL00019219

Second Draft Final Report

**BUSINESS SENSITIVE**

Progress has been made in analytical techniques. In 1997, analytical laboratory techniques and methods could quantitatively identify the presence of only one fluorochemical analyte in a wastewater matrix; in 1999, analytical techniques and methods exist to quantitatively identify more than 30 fluorochemical analytes in a wastewater matrix. Advanced field monitoring technology has been developed based on Fourier Transform Infrared spectroscopy (FTIR). This field tool has been used to detect where losses to air are occurring during the manufacturing process and to evaluate whether a process change or a control technology can decrease the release.

One goal of improving analytical techniques is to be able to characterize the major processes contributing to the discharge of fluorochemicals, to evaluate the effectiveness of fluorochemical removal technologies, and to provide better estimates of the amounts and kinds of fluorochemicals released during manufacturing processes and waste treatment. Environmental sampling has helped to target the analytes on which method development efforts should focus.

Information currently available on losses during manufacturing processes at Decatur is derived from engineering calculations, air emissions modeling, and limited testing. An overall site materials balance was developed in the mid-1990's using the amount of POSF-based solids initially created in the electrochemical cell and the amount of POSF contained in final products sold. The difference was an estimate of *total* losses occurring during processing. The emission factors derived from this balance are used to calculate losses from production throughput for any year. They are the basis for the estimates in Table 2.

The estimates in Table 2 reflect the most current information available and combine data derived from several sources: information from the mid-90s site balance and better information from 1997,1998 and 1999. Several changes in waste disposal and processing have been implemented since the mid-1990s. Wastewater sludges that were once land applied on site are now sent to a municipal landfill for disposal. Off-spec materials that

**Battelle**
*The Business of Innovation*

**06 141843**

CONFIDENTIAL - SUBJECT TO AFFF MDL
PROTECTIVE ORDER

3M_AFFF_MDL00019220

**BUSINESS SENSITIVE**

Second Draft Final Report

**Table 2. Estimated Current Annual Releases of PFOS Equivalents at the Decatur Manufacturing Plant**

| Environmental Medium | Estimated PFOS Equivalents (lbs./year) |
|---|---|
| Air Emissions | 86,000 |
| Waste Stream Losses | |
|     Wastes to Incineration | 600,000 |
|     Wastes to Landfills | 380,000 |
|     Wastes to Recycling | 57,000 |
| Total Waste Stream Losses | 1,037,000 |
| Losses to River after Wastewater Treatment | 10,200 |
| Total Losses | 1,130,000 |

were discharged to wastewater are now shipped off-site to be incinerated. Since the existing emission factors did not provide an understanding of the final disposition of the waste material, more current information (wastewater testing, waste disposal records, process models and other sources) were used to estimate releases as a result of the manufacture of POSF-based materials. More explanation of the estimates and efforts currently underway in air, wastewater and waste management follow.

## *Release Characterization*

Updating material balances for the manufacturing process is an ongoing effort of the process engineers. Today, process engineers use a model (Emission Master) of process steps to calculate air emissions. New information is being compiled to aid with model operation and loss calculations. The effort to determine physical/chemical properties for sulfonated perfluorochemicals will improve model inputs and waste stream calculations. Analytical technology is improving understanding of process chemistry. Process material balances are being entered into an electronic reporting system that will make retrieval and reporting for the complex and changing product mix easier.

Data from the process engineers' available material balances in the plant's reporting system have been used to supplement the earlier site balance in estimating air emissions. Initial reports from this system indicate that most site waste and air emissions result from

**Battelle**
*The Business of Innovation.*

August 9, 1999

Page 9

**06 141844**

CONFIDENTIAL - SUBJECT TO AFFF MDL PROTECTIVE ORDER

**BUSINESS SENSITIVE**

Second Draft Final Report

fewer than 10 key intermediate steps in the early stages of POSF production. Process experts are examining these steps for ways to reduce or eliminate the impurities and losses generated in the steps. By the end of 1999, the Decatur plant will install a discotherm. The unit heats the process materials, vaporizing and capturing the fluorochemicals. It will significantly reduce the organofluorides in the wastewater. This technology will operate to reduce emissions and waste at the source. It will make it easier to segregate waste streams and recycle fluorochemical wastes back into the process.

### Air

3M engineers are currently reviewing specific process steps to determine what air emissions testing is feasible and appropriate. They have determined that testing of complex batch-processing systems is currently infeasible due to quickly changing process conditions, venting pressures, and difficulty in isolating processes. Any emissions testing will require modifications to process vents and mitigation of potential safety hazards. About 80 separate venting points are associated with the equipment used to make sulfonated perfluorochemicals.

### Wastewater

Analytical methods for wastewater have been developed during the past year to better characterize the losses from the site. The first testing of wastewater for specific fluorochemicals occurred at Decatur early in 1998. The testing was limited and reflected operating conditions for a relatively short period of time (24 hour composite samples of influent and effluent for one week.) The compounds that were identified in the wastewater were: a diester of EtFOSE alcohol, EtFOSE alcohol, MeFOSE alcohol, PFOS, PFOSA, PFOSAA, and PFHS.

**06 141845**

**Battelle**
*The Business of Innovation.*

CONFIDENTIAL - SUBJECT TO AFFF MDL
PROTECTIVE ORDER

3M_AFFF_MDL00019222

Second Draft Final Report

**BUSINESS SENSITIVE**

Data for the wastewater estimate reflects the effects of an interim carbon adsorption treatment system installed in 1998 as part of wastewater treatment. This treatment system is a pilot project that treats the largest single source of fluorochemical-containing wastewater in order to evaluate its effectiveness in removing PFOS and other sulfonated perfluorochemicals from the wastewater. Comparison of the results from sampling done in February 1998 with sampling done in the end of 1998 indicates the quantity of PFOS discharged to the Tennessee River declined by about half. In addition to the carbon adsorption system, administrative changes were made in off-spec product discharge procedures that also contributed to the reduction in PFOS content of the discharge to the river.

The success of this interim system is being incorporated into plans for a permanent upgrade of the wastewater treatment system. The long term goal of wastewater treatment at the plant is to utilize source control and end-of-pipe treatment to remove most sulfonated perfluorochemicals from wastewater prior to discharge to the river.

## Waste

An effort to identify all waste streams and their disposal methods is underway. Existing waste tracking is done on a site basis, so it is difficult to distinguish the particular streams with POSF chemistry. The mid-1990s emission estimates did not distinguish final disposal of the material lost from production so site records were used in combination with the existing emission estimates to create a current picture of potential releases resulting from disposal. A review of plant records has been completed to determine primary waste disposal locations for the site. According to Decatur plant records, currently 59% of the wastes are sent to incinerators, 36% of the wastes are disposed in hazardous waste and non-hazardous waste landfills, and approximately 6% is sent as byproduct solvent for recycling as cleaning solvent, and then incinerated. Recycled solvents are mostly generated from reactor cleaning and may contain residual amounts of sulfonated perfluorochemicals. The above ratios were used to estimate the waste disposal

06 141846

CONFIDENTIAL - SUBJECT TO AFFF MDL
PROTECTIVE ORDER

3M_AFFF_MDL00019223

BUSINESS SENSITIVE

Second Draft Final Report

amounts in Table 2. A majority of the landfilled wastes are sent to a hazardous waste landfill. Approximately 10% of the landfilled waste, 40,000 pounds of POSF per year, is currently estimated to be sent to a municipal landfill in Decatur.

## D. <u>General Assumptions and Data Sources for Business Unit Calculations</u>

General assumptions for all six business unit product release calculations include:

- All data provided by the product line were determined using a consistent approach within each business unit, unless otherwise noted.
- The release estimates are based on conservative, worst case assumptions about process losses at supply chain facilities, which are often based on operator experience or engineering estimates rather than laboratory tests.
- When estimates are based on mixtures containing product material, it is assumed that complete uniform mixing has taken place.
- Modeling and calculations by 3M and Battelle indicate that FCs sent to incinerators are completely destroyed. Thus, the estimates of environmental releases from disposal of solid wastes assume that any FCs sent to commercial or public incinerators have zero release to the environment.

Data sources for estimation of releases associated with the life cycle of FCs came from a variety of 3M and other sources. The primary 3M source was a binder titled "Draft Exposure Assessment Plans" (3M, 1998), including several updates. Once the key products were identified by the screening process described earlier, interviews were conducted with 3M experts in each business unit to fill in data gaps that were not included in the 3M binder. In some cases, published literature was obtained on release rates for similar activities, when the data available from 3M experts and the binder was not sufficiently complete to make release estimates. Finally, the initial release estimates were reviewed with business units and other 3M staff and revised as needed.

06 141847

**Battelle**
*The Business of Innovation*

CONFIDENTIAL - SUBJECT TO AFFF MDL
PROTECTIVE ORDER

3M_AFFF_MDL00019224

Second Draft Final Report

**BUSINESS SENSITIVE**

# E. Aftermarket/Consumer Product Release Calculations

## *Customer Locations*

The specific customers selected for examination in this analysis are the major contract manufacturers (1997) that handle the products identified as priorities in the Aftermarket/Consumer business. The specific locations examined and volumes of priority products consumed are shown in Table 3. These manufacturers account for all of the 1997 use of priority products. These products are unique in the FC business as they remain in the control of 3M through the supply chain. Detailed tables of release estimates for Aftermarket/ Consumer products by process step are presented in Appendix B.

**Table 3. Major Aftermarket/Consumer Customer Locations**

| Customer | City | State | Product | 1997 Sales (lbs.) | |
|---|---|---|---|---|---|
| | | | | Product | PFOS eqv. |
| Supply Chain AC-1 | Holland | MI | FC-138/FC-228 | 11,000 | 1,700 |
| Supply Chain AC-2 | Prairie du Chien | WI | FC-138/FC-228 | 180,000 | 27,000 |
| Supply Chain AC-3 | Elkhart | IN | FC-138/FC-228 | 38,000 | 5,600 |
| Supply Chain AC-3 | Elkhart | IN | FC-1861 | 310,000 | 15,000 |
| Supply Chain AC-4 | Foley | MN | FC-1861 | 460,000 | 23,000 |
| Supply Chain AC-3 | Elkhart | IN | FC-129 | 52 | 21 |
| Supply Chain AC-1 | Holland | MI | FC-129 | 1,200 | 490 |
| Supply Chain AC-2 | Prairie du Chien | WI | FC-129 | 52 | 21 |

(source: "*Draft Exposure Assessment Plans*" 3M, 1998)

## *Business Unit Assumptions*

The following assumptions were made to facilitate release calculations for the Aftermarket/Consumer Business Unit:

1. One inch of product material will remain in transportation containers at the time of cleaning.

2. All product is transported to contract manufacturers in standard drums that are rinsed and reused.

3. A typical processing facility utilizes a mix tank no smaller than 1,000 gal.

**06 141848**

CONFIDENTIAL - SUBJECT TO AFFF MDL
PROTECTIVE ORDER
3M_AFFF_MDL00019225

**BUSINESS SENSITIVE**

Second Draft Final Report

4. Quality control testing of mix batches requires the removal of 1 gal or less from the total mix tank volume.

5. Product remaining at the end of run, and not used in additional batches, will be sent out with the facility hazardous waste. This is typically no more than 60 gal.

6. Run volume is typically no smaller than 10,000 lbs per run.

7. Customer mixing/dilution of FC-1861 for use in commercial care results in the loss of much less than one percent of material annually.

8. The filling of containers (including spray cans and commercial care containers) results in only minor losses of end-product mixture, totaling less than one percent per year.

9. Quality control testing of finished goods results in the loss of less than one percent of end-product per year.

10. Red and Mauve spray can end-products are applied in high transfer efficiency settings (e.g. large, flat targets) or low transfer efficiency settings (e.g. small, irregular targets) with about equal frequency (i.e. 50/50).

11. Blue and Purple can end-products are always applied in high transfer efficiency settings (e.g. large flat targets).

12. Between 5 and 12.5% of spray can contents may remain in the can when it is considered "empty".

## *Process Loss Calculations*

### Product Distribution

The percentage of material lost during transportation container cleaning was calculated based on the assumption that containers are considered empty when less than one inch of chemical remains. Also assuming:

- Standard 55 gal drums are used, drum inside height is 34.75 inches (per Perry's Chemical Engineers' Handbook, 6th Ed., pg. 7-42).

- All product is transported in drums that are rinsed and reused.

Losses can be calculated as:

**06 141849**

**Battelle**
*The Business of Innovation.*

August 9, 1999

Page 14

CONFIDENTIAL - SUBJECT TO AFFF MDL
PROTECTIVE ORDER

3M_AFFF_MDL00019226

**BUSINESS SENSITIVE**

Second Draft Final Report

$$x_1 = \frac{\text{height of fluid remaining in drum when empty (inches)}}{\text{inside drum height (inches)}} \times 100\% = \frac{1}{34.75} \times 100\% = 2.9\%$$

## Mix Tank

Assume:

- Standard agitation system with diameter equal to height (Geankoplis C., Transport Processes and Unit Operations, 1993)
- Each run uses at least 10,000 lbs of end-product mixture
- Tank total volume is at least 1,000 gal. (approximately 4.5 ft. height, 10,000-lbs. capacity).
- One gal. per tank (approx. 10 lbs.) removed for quality testing is eventually sent to wastewater.
- 60 gal, one inch in the bottom of tank, (620 lbs.) lost in tank cleaning at the end of each run.
- FC product represents 33% of end-product mixture (i.e. 1% solids in final product)

Using these assumptions the following losses are calculated:

*Mix Tank Quality Control*

$$\text{Quality control sample losses} = \frac{\text{sample size (gal.)}}{\text{tank capacity (gal.)}} \times 100\% = \frac{1\,\text{gal.}}{10,000\,\text{gal.}} = 0.1\%$$

*Process Startup/Shutdown*

$$\text{Startup/Shutdown losses} = \frac{\text{sent to sewer (lbs.)}}{\text{average run (lbs.)}} \times 100\% = \frac{620\,\text{lbs.}}{10,000\,\text{lbs.}} = 6.2\%$$

It is assumed that the dilution of FC-1861 results in the loss of much less than 1% of material annually.

## Filling

Less than one percent of material is expected to be lost during container filling (0.5%). It is assumed that these wastes are part of the facility wastewater.

**06 141850**

**Battelle**
*The Business of Innovation.*

CONFIDENTIAL - SUBJECT TO AFFF MDL PROTECTIVE ORDER

**BUSINESS SENSITIVE**

Second Draft Final Report

## Water Bath

Assuming one out of every 10,000 cans fails the water bath test and is disposed of as solid waste, losses at this step are 0.01%.

## Application

### Spray Can Products (Red Can, Blue Can, Purple Can, Mauve Can)

These products are sold for application by consumers in a household setting. Each end-product is designed for application to a specific type of product as indicated in Table 4.

**Table 4. 3M Spray Can End-Products**

| End-Product | Use |
| --- | --- |
| Red Can | Fabric Protector |
| Blue Can | Rug and Carpet Protector |
| Purple Can | Rug and Carpet Cleaner |
| Mauve Can | Fabric and Upholstery Cleaner |

The transfer efficiency (the amount of active ingredient deposited on the desired object) of spray can products is highly dependant on the size and shape of the object being coated. Spraying large, flat objects will generally result in less waste. Spraying smaller or irregular shaped objects will result in more waste. For example, spraying a carpet or large upholstered chair would result in less waste than spraying smaller objects such as a shoe or tie. The following two examples illustrate the potential losses during the spraying of objects at both ends of this spectrum.

*Example A: 14 oz Fabric Protector to protect necktie (2.5 in by 60 in or 150 in$^2$)*
Assumptions:

- product applied according to directions for temperature, agitation, distance from object

- one application

- no loss of active ingredient except as overspray (no loss to air, no short fall, no operator mistakes, etc)

**06 141851**

CONFIDENTIAL - SUBJECT TO AFFF MDL
PROTECTIVE ORDER    3M_AFFF_MDL00019228

**BUSINESS SENSITIVE**

Second Draft Final Report

- spray pattern at recommended distance from can to object is 8 inches in diameter and roughly circular (covers about 480 $in^2$ along a 60 inch path)

Estimated Transfer Efficiency:

150/480 x 100 = 31% efficiency

*Example B: 14 oz Fabric Protector to treat back of raincoat (24 in by 60 in or 1440 $in^2$)*
Assumptions:

- product applied according to directions for temperature, agitation, distance from object
- one application
- no loss of active ingredient except as overspray (no loss to air, no short fall, no operator mistakes etc)
- spray pattern at recommended distance from can to object is 8 inches in diameter and roughly circular (covers about 480 $in^2$ along a 60 inch path)

Estimated Transfer Efficiency:

480/480 x 100 = as much as 100% efficiency for each of three passes.

It is assumed that the Blue Can and the Purple Can are always applied to large flat surfaces and thus the transfer efficiency is consistently near 100%. However the Red and Mauve Can products are applied to various types of surfaces. For the purposes of estimating overall releases from application it is assumed that approximately half of these fall into the low efficiency category and the other half are high efficiency. This would mean transfer efficiency across all applications of 66%. In other words, 34% of product expelled from the can is lost as waste. Additionally, some product is also lost when the can is disposed of. These losses are discussed in detail in the section on container disposal.

Other End-Product Applications

Other Aftermarket/Consumer end-products include the following:

**06 141852**

**Battelle**
*The Business of Innovation.*

August 9, 1999

Page 17

CONFIDENTIAL - SUBJECT TO AFFF MDL
PROTECTIVE ORDER

**BUSINESS SENSITIVE**

Second Draft Final Report

- Carpet and Upholstery Protector
- Carpet and Upholstery Protector Concentrate
- Carpet Spray Cleaner
- Liquid Carpet Stain Remover
- Carpet Protector with Stain Release
- Bonnet Cleaner
- Stainsafe™
- Automotive Upholstery and Carpet Cleaner

These end-products are generally applied in settings that provide especially high transfer efficiency, e.g. carpets, couches, etc. It is assumed that these end-products will generally achieve 100% transfer efficiency and therefore negligible losses are expected during application. Losses from the cleaning of the equipment used for application of the Stainsafe™ product are discussed below.

**Drying**

Negligible losses (0.0001%) are expected during product drying.

**Commercial Spray Gun Cleaning**

Only a small portion (1%) of the product is lost when the Stainsafe™ commercial application devices are cleaned.

**Container Disposal**

Spray cans used to apply treatments in the home are expected to retain a small fraction of the end-product mixture at the time of disposal. ASTM indicates that for low viscosity, non-food products up to 1/8 (12.5%) of the original contents may remain in spray cans at the time of disposal (ASTM D-3097, 1998). This is considered the worst case for spray cans. Bulk end-product (commercial care cleaners, etc.) containers are expected to retain product in a manner consistent with shipping containers. This means that 2.9% of product is lost in the cleaning and disposal of these containers. It is expected that some of the spray can containers will be recycled according to the national average for steel

**Battelle**
*The Business of Innovation*

August 9, 1999

Page 18

**06 141853**

CONFIDENTIAL - SUBJECT TO AFFF MDL
PROTECTIVE ORDER

3M_AFFF_MDL00019230

Second Draft Final Report

BUSINESS SENSITIVE

aerosol containers (34%, Steel Recycling Institute, 1999). The residual product material in the can is expected to be released as wastewater during the recycling operations. Containers that are not recycled are sent to municipal solid waste landfills or incinerated according to national averages. Modeling and calculations by 3M and Battelle indicate that FCs sent to incinerators are completely destroyed. Thus, the estimates of environmental releases from disposal of solid wastes assume that any FCs sent to commercial or public incinerators have zero release to the environment. It is assumed that no steel containers are incinerated.

### Coated Product Use

Carpets with commercial care treatments used by professional carpet steam cleaners are expected to show similar wear patterns to carpets with mill applied treatments. Using what is known about mill-applied carpet treatments it is expected that 50% of the treatment will be lost over the nine-year life of the carpet due to walking and vacuuming. While an additional 45% of the treatment will be lost in steam cleaning throughout the carpet life. For additional discussion of carpet treatment over time see the section of this report on the Carpet business unit.

Garments treated with home-applied products are assumed to wear in a similar manner to textile mill applied treatments. As discussed in the section on Apparel products, 73% of these treatments are expected to wash off during garment cleaning over a two-year life span.

Furniture and upholstery (both home and automotive) treated by consumers with spray-on products are expected to wear similar to pre-applied treatments. As discussed in the section on Home Textiles approximately 53% of furniture treatments are expected to wear off during use. Automotive upholstery treatments are expected to wear in a similar manner to home furnishings.

**06 141854**

**Battelle**
*The Business of Innovation.*

CONFIDENTIAL - SUBJECT TO AFFF MDL
PROTECTIVE ORDER

3M_AFFF_MDL00019231

BUSINESS SENSITIVE

Second Draft Final Report

### Coated Product Disposal

Any remaining FC is disposed of with the coated product at the end of its useful life, according to national averages for landfill disposal (83%) and incineration (17%) (US EPA, 1998). Modeling and calculations by 3M and Battelle indicate that FCs sent to incinerators are completely destroyed. Thus, the estimates of environmental releases from disposal of solid wastes assume that any FCs sent to commercial or public incinerators have zero release to the environment. Recycling of coated products was not considered in this analysis.

## F. Apparel Product Release Calculations

### *Customer Locations*

The specific customers selected for examination in this analysis are the major customers (1997) for the products identified as priorities in the Apparel business. The specific customer locations examined and volumes of priority products consumed are shown in Table 5. These customers account for 56%, 73% and 41% of 1997 sales of FC-3573, FC-248 and FC-461 in the Apparel business, respectively. An additional category, "Other", is included in the detailed analysis by process step (Appendix C) to account for the remaining sales volume.

**Table 5. Major Apparel Customer Locations**

| | | | | 1997 Sales (lbs.) | |
|---|---|---|---|---|---|
| Customer | City | State | Product | Product | PFOS eqv. |
| Supply Chain A-1 | Augusta | GA | FC-248 | 240,000 | 28,000 |
| Supply Chain A-2 | Spartanburg | SC | FC-248 | 58,000 | 6,900 |
| Supply Chain A-3 | Lumberton | NC | FC-248 | 46,000 | 5,500 |
| Supply Chain A-4 | Society Hill | SC | FC-248 | 41,000 | 4,800 |
| Supply Chain A-5 | Greensboro | NC | FC-248 | 41,000 | 4,800 |
| Supply Chain A-6 | Grand Rapids | MI | FC-3573 | 110,000 | 1,100 |
| Supply Chain A-1 | Augusta | GA | FC-461 | 23,000 | 2,700 |
| Supply Chain A-2 | Spartanburg | SC | FC-461 | 10,000 | 1,200 |
| Supply Chain A-7 | Spartanburg | SC | FC-461 | 660 | 78 |

(source: "*Draft Exposure Assessment Plans*" 3M, 1998)

**06 141855**

CONFIDENTIAL - SUBJECT TO AFFF MDL
PROTECTIVE ORDER

3M_AFFF_MDL00019232

**BUSINESS SENSITIVE**

Second Draft Final Report

## Business Unit Assumptions

The following assumptions were made to facilitate release calculations for the Apparel Business Unit:

1. The product distribution releases (drum residue and spills) for apparel and leather products are expected to be similar to releases reported for home textiles products (i.e. 0.75% of total product).

2. Product distribution and application combined result in the release of 5% and 10% of apparel and leather products, respectively.

3. Mechanical processing and roll sizing of apparel and leather products results in releases similar to releases reported for shearing and face finishing of home textile products (i.e. 4.7% average across application types).

4. Quality control is expected to remove approximately 3% of end-product for testing and eventual disposal.

5. The process of cutting and sewing to produce apparel and leather end-products results in the loss of no more than 10% of the initial material, as suggested by the American Textile Partnership, Textile Resource Conservation project.

6. Consumers own outerwear for an average of 3-5 years, with washing, or equivalent wear, taking place once a year.

7. Consumers own casual and work wear for an average of two years, washing once every two weeks.

8. Consumers own leather products for an average of 3 years, releasing approximately 1% of fluorochemical treatment every year due to wear and abrasion of the leather.

## Process Loss Calculations

### Product Distribution, Application and Garment Production

It is assumed that the wastes provided in the *Draft Exposure Assessment Plans* document (3M, 1998) labeled as *product adhering to inside of drum*, *spills*, *unused application mix*, *second quality fabric/leather*, *color samples*, *lab samples*, and *cutting scraps* all originate from processes in the same facility. The total percentages accounted for by these wastes were divided between the major apparel processes based on the general trends indicated in the Home Textiles assessment plan. This means that application accounts for a majority of wastewater emissions (this breakdown is shown in Table 6).

**06 141856**

CONFIDENTIAL - SUBJECT TO AFFF MDL
PROTECTIVE ORDER                                    3M_AFFF_MDL00019233

**BUSINESS SENSITIVE**

Second Draft Final Report

The process of producing garments involves the cutting and sewing of treated textiles. This process results in solid wastes in the form of cutting scraps. It was assumed that men's cotton slacks were representative of the types of garments manufactured using treated fabrics. The production of cotton slacks has been shown to result in the loss of 10% of fabric (AMTEX, 1994). This value is shown in Table 6 under the heading Cut and Sew Garment.

**Table 6. Percentage FC Losses from Processes in the Apparel and Leather Life Cycle**

| Process | Apparel | Leather |
|---|---|---|
| Product Distribution | 0.75% | 0.75% |
| Application | 4.3% | 9.3% |
| Total Waste Water Sources | 5.0% | 10% |
| Mechanical Processing/Roll Sizing | 4.6% | 4.6% |
| QC Lab | 3.0% | 3.0% |
| Cut and Sew Garment | 10% | 10% |
| Total Solid Waste Sources | 18% | 18% |

## Consumer Laundering/Use

### Casual and Workwear Garments

Losses during consumer laundering of workwear and casual garments are based on the following assumptions:

- Consumers will own and use the apparel item regularly for two years (104 weeks)
- Apparel is laundered once every two weeks

Using these assumptions and data provided by 3M laboratory personnel, the profile of treatment remaining over time shown in Figure 1 was developed. Based on this profile, 73% of the initial treatment will be lost during consumer laundering. These losses are assumed to be part of the laundry wastewater, however, testing of laundry effluent and dryer lint could be used to determine the fate of these losses.

**06 141857**

CONFIDENTIAL - SUBJECT TO AFFF MDL
PROTECTIVE ORDER

3M_AFFF_MDL00019234

BUSINESS SENSITIVE

Second Draft Final Report

## Outerwear Garments

Outerwear garments are expected to follow the same pattern of release with washing as the casual and workwear garments. However, outerwear is washed much less frequently, only 5 times over the life of the garment, and therefore losses over the life of the garments are expected to account for only 51% of the initial treatments.



**Figure 1. Apparel Treatment Remaining with Time**

## Leather Products

However, the situation is slightly different for leather end-products, it is assumed that releases occur only with abrasion of the leather and products are kept by consumers for 3 years. Based on conversations with experts at the Leather Industries Research Laboratory and the Footwear Industries of America Research Laboratory, it is assumed that 1% of leather material will wear off of end-products per year. Under these conditions, 2.9% of the initial treatment would be worn off over the life of the end-product.

06 141858

Battelle
*The Business of Innovation.*

CONFIDENTIAL - SUBJECT TO AFFF MDL
PROTECTIVE ORDER

3M_AFFF_MDL00019235

**BUSINESS SENSITIVE**

Second Draft Final Report

## Disposal

Garments and leather end-products, including any remaining treatment, are disposed of after use. Recycling is not considered a disposal option for Apparel end-products. Based on national averages for municipal waste, 83% will be sent to landfill and 17% will be incinerated (US EPA, 1998). Modeling and calculations by 3M and Battelle indicate that FCs sent to incinerators are completely destroyed. Thus, the estimates of environmental releases from disposal of solid wastes assume that any FCs sent to commercial or public incinerators have zero release to the environment.

# G. Carpet Product Release Calculations

## Customer Locations

The specific customer locations selected for examination in this analysis were identified as the highest volume customers for the Carpet business and account for greater than 70% of the sales of the products identified as priorities. The customer locations and sales volume used as a basis for determining release locations are shown in Table 7. These customers account for 100% of the sales of FC-364, FC-365, and FC-398, and 85% of the sales of FC-1367. An additional category, "Other", is included in the detailed analysis in Appendix D to account for the remaining minor customers of FC-1367.

**Table 7. Major Carpet Customers**

| Customer | City | State | Product | 1997 Sales (lbs.) | |
|---|---|---|---|---|---|
| | | | | Product | PFOS eqv. |
| Supply Chain C-1 | Pensacola | FL | FC-364/FC-398 | 280,000 | 19,000 |
| Supply Chain C-1 | Pensacola | FL | FC-365 | 850,000 | 98,000 |
| Supply Chain C-2 | Dalton | GA | FC-364/FC-398 | 240,000 | 16,000 |
| Supply Chain C-2 | Dalton | GA | FC-1367 | 360,000 | 36,000 |
| Supply Chain C-3 | Dalton | GA | FC-1367 | 390,000 | 39,000 |
| Supply Chain C-4 | Dalton | GA | FC-1367 | 260,000 | 26,000 |
| Supply Chain C-5 | Dalton | GA | FC-1367 | 210,000 | 21,000 |
| Supply Chain C-6 | Dalton | GA | FC-1367 | 990,000 | 99,000 |

(source: "*Draft Exposure Assessment Plans*" 3M, 1998)

**06 141859**

CONFIDENTIAL - SUBJECT TO AFFF MDL
PROTECTIVE ORDER                    3M_AFFF_MDL00019236

**BUSINESS SENSITIVE**

Second Draft Final Report

## *Business Unit Assumptions*

The following assumptions were made to facilitate release calculations for the Carpet Business Unit:

1. One inch of product material will remain in transportation containers at the time of cleaning.

2. 50% of product is transported in standard totes with the remainder in standard drums.

3. Loss estimates provided by 3M are based on specific knowledge of product use and handling practice.

4. The information provided on solids in shearing waste is based on waste for total quantities sold in 1997.

5. On average, one out of every 200 sq. yd of carpet produced in the US is used or consumed in the production of retail samples.

6. The information provided on consumer carpet care is based on knowledge of average US consumer activity.

## *Process Loss Calculations*

### <u>Transportation Container Cleaning</u>

The percentage of material lost during transportation container cleaning was calculated based on the fact that containers are considered empty when less than one inch of chemical remains.

Assuming:

- Standard 55 gal drums are used, drum inside height is 34.75 inches (*Perry's Chemical Engineers' Handbook*, 6th Ed.).

- Standard 500 gal (aprox.) totes are used, inside height is 84 inches (*Perry's Chemical Engineers' Handbook*, 6th Ed.).

- 50% of product is transported in totes.

**06 141860**

CONFIDENTIAL - SUBJECT TO AFFF MDL
PROTECTIVE ORDER                                                    3M_AFFF_MDL00019237

**BUSINESS SENSITIVE**

Second Draft Final Report

Losses can be calculated as:

$$x_1 = \frac{\text{height of fluid remaining in drum when empty (inches)}}{\text{inside drum height (inches)}} \times 100\% = \frac{1}{34.75} \times 100\% = 2.9\%$$

$$x_2 = \frac{\text{height of fluid remaining in tote when empty (inches)}}{\text{inside tote height (inches)}} \times 100\% = \frac{1}{84} \times 100\% = 1.2\%$$

$$x = 50\% \, x_2 + 50\% \, x_1 = 1.4 + 0.6 = 2\%$$

Where,
$x_1$ = percentage of product transported in drums that is lost
$x_2$ = percentage of product transported in totes that is lost
$x$ = overall percentage of product lost during container cleaning

## Application

Application losses were taken directly as provided in the *Draft Exposure Assessment Plans* document (3M, 1998). These loss estimates are provided for reference in Table 8.

The following assumptions apply to the data shown in Table 8:

- Utilize "worst-case" scenario data, i.e. when a range of data are provided the high estimate is used.
- Treatment losses of $<<1\% = 0.0001\%$
- Treatment losses of $<1\% = 0.5\%$
- Treatment losses of $<2\% = 1.5\%$

**Table 8. Loss Estimates for Application of FCs to Carpet Products**

| Process Step | Loss Estimates (% of input material) | | |
|---|---|---|---|
| | to Air | to Water | to Solid |
| Fiber Treatment | 0.0001% | 0.5% | 3.0% |
| Tufting and Dyeing | - | 25% | - |
| Spray Application | 2.0% | 5.0% | 2.0% |
| Foam Application | - | 1.5% | 0.5% |
| Co-Application | - | 5.0% | 0.5% |
| Co-Application (FC-1367) | - | 25% | 0.5% |

(source: *"Draft Exposure Assessment Plans"* 3M, 1998)

**06 141861**

**Battelle**
*The Business of Innovation.*

CONFIDENTIAL - SUBJECT TO AFFF MDL
PROTECTIVE ORDER

3M_AFFF_MDL00019238

**BUSINESS SENSITIVE**

Second Draft Final Report

## Shearing

The percentage of product lost during shearing was calculated based on information provided in the *Draft Exposure Assessment Plans* document (3M, 1998). The following information was taken from the page on waste disposal:

The FC portion of shearing waste is as follows:

> Fiber Treatments (FC-364/FC-365)
>> - Approximately 2,000 lbs. of solids in shearing waste
>
> Topical Treatments (mainly FC-1367)
>> - Approximately 32,000 lbs. of solids in shearing waste
>> - Switching from spraying and foaming to co-application would reduce this amount by up to 80% because the treatment is evenly distributed on the fiber.

This information was used as the basis for the following equations.

eqn. 1) $x_1 \sum m_{1,i} f_i = 2{,}000 \text{ lbs.}$

> Where,
>
> $x_1$ = fraction of fiber applied product lost during shearing
>
> $m_{1,i}$ = mass of fiber applied product (i) in carpet prior to shearing
>
> $f_i$ = fraction of solids in product (i)
>
> $m_{1,i}$ and $f_i$ are known

eqn. 2) $x_4 \left( \sum m_{2,i} f_i + \sum m_{3,i} f_i + \sum m_{4,i} f_i \right) = 0.2 \, (32{,}000 \text{ lbs.})$

> Where,
>
> $x_4$ = fraction of co-applied product lost during shearing
>
> $m_{2,i}$ = mass of spray applied product (i) in carpet prior to shearing
>
> $m_{3,i}$ = mass of foam applied product (i) in carpet prior to shearing
>
> $m_{4,i}$ = mass of co-applied product (i) in carpet prior to shearing
>
> $f_i$ = as above
>
> $m_{2,i}$, $m_{3,i}$, $m_{4,i}$, and $f_i$ are known

**06 141862**

**Battelle**
*The Business of Innovation.*

CONFIDENTIAL - SUBJECT TO AFFF MDL PROTECTIVE ORDER          3M_AFFF_MDL00019239

Second Draft Final Report

BUSINESS SENSITIVE

eqn. 3) $x_2 \sum m_{2,i} f_i + x_3 \sum m_{3,i} f_i + x_4 \sum m_{4,i} f_i = 32,000$ lbs.

Where,

$x_2$ = fraction of foam applied product lost during shearing

$x_3$ = fraction of foam applied product lost during shearing

$x_4$ = as above

$m_{2,i}$ = as above

$m_{3,i}$ = as above

$m_{4,i}$ = as above

$x_4$ as determined in equation 2

assume $x_2 = x_3$

The values shown in Table 9 were used in solving equations 1-3. The resulting losses are shown in Table 10.

Table 9. Shearing Loss Calculation Input Values

| FC | $f_i$ | $m_{1i}$ | $m_{2i}$ | $m_{3i}$ | $m_{4i}$ |
|----|-------|----------|----------|----------|----------|
| FC-364 | 24% | 193,259 | - | - | - |
| FC-365 | 23% | 599,455 | - | - | - |
| FC-398 | 24% | - | 54,907 | 164,721 | - |
| FC-1367 | 41% | - | 1,239,205 | 982,011 | 116,906 |

Note: Input values are the mass of product in the carpet at the end of the previous process stage.

Table 10. Percentage Loss during Shearing, by Original Application Method

| Original Application Method | Percentage Lost during Shearing |
|-----------------------------|--------------------------------|
| Fiber Applied ($x_1$) | 1.0% |
| Spray Applied ($x_2$) | 3.2% |
| Foam Applied ($x_3$) | 3.2% |
| Co-Applied ($x_4$) | 0.6% |

The percentage of individual product material lost during shearing was determined, based on data in Tables 9 and 10, using equation 4.

eqn. 4) $x_i = \dfrac{x_1 m_{1,i} + x_2 m_{2,i} + x_3 m_{3,i} + x_4 m_{4l,i}}{m_{1,i} + m_{2,i} + m_{3,i} + m_{4,i}}$

Where,

$x_i$ = fraction of product (i) in carpet lost during shearing

06 141863

CONFIDENTIAL - SUBJECT TO AFFF MDL
PROTECTIVE ORDER

3M_AFFF_MDL00019240

BUSINESS SENSITIVE

Second Draft Final Report

other variables as above

Table 11 provides the loss values calculated using equation 4 that are used in determining the releases from the Shearing process stage.

**Table 11. Percentage Loss during Shearing, for Individual FCs**

| FC | Percentage Lost during Shearing ($x_i$) |
|----|------------------------------------------|
| FC-364 | 1.0% |
| FC-365 | 1.0% |
| FC-398 | 3.2% |
| FC-1367 | 3.1% |

### Retail Sample Mfg.

A small amount of treated carpet material is used to produce display samples for retail locations. It is assumed that one out of every 200 sq. yd. of carpet is lost to the production of these samples. This includes any cutting and trimming waste from the sample manufacturing process as well as the material that becomes part of the sample. Samples are disposed of as solid waste when they are no longer of use to retailers. This results in the loss of 0.5% of the treated carpet manufactured.

### Installation

The *Draft Exposure Assessment Plans* document (3M, 1998) provides a range of possible values for scrap generated in the installation process (2 – 5%). Utilizing a "worst-case" approach, it is assumed that 5% of treated material will be lost as scrap during carpet installation.

### Carpet Use/Cleaning

Assumptions on the vacuuming, wear and cleaning patterns for carpets are based on information provided in the *Draft Exposure Assessment Plans* document (3M, 1998). These assumptions are considered temporary estimates pending the availability of results of analytical testing on carpets. The specific assumptions regarding carpet use and cleaning are as follows:

**06 141864**

CONFIDENTIAL - SUBJECT TO AFFF MDL
PROTECTIVE ORDER                                                    3M_AFFF_MDL00019241

**BUSINESS SENSITIVE**

Second Draft Final Report

- Carpets lose 10% of their treatment annually to vacuuming and foot traffic. These losses are believed to occur as treated fibers are lost from the carpet. These releases enter the environment in the solid media.
- An additional 30% of the treatment is lost every three years when the carpet is steam cleaned (note, this analysis does not take into account any potential re-treatment of the carpet as part of professional steam cleaning). It is assumed that these losses are part of the steam cleaning wastewater.
- Carpets will be kept for 12 years before being discarded. It is assumed that the above statements will apply for all 12 years of the carpet life.

These assumptions are the basis for the profile of treatment remaining over time shown in Figure 2. With this profile, 94% of the treatment will be lost over 12 years, 45% during four steam cleanings and 50% due to foot traffic and vacuuming.

## Disposal

It is assumed that used carpets are sent to municipal landfills and incinerators according the national average for municipal waste (17% incineration, US EPA, 1998). Modeling and calculations by 3M and Battelle indicate that FCs sent to incinerators are completely destroyed. Thus, the estimates of environmental releases from disposal of solid wastes assume that any FCs sent to commercial or public incinerators have zero release to the environment.

Although recycling of used carpeting continues to increase in importance, recent US EPA data suggest that only 1% of carpets and rugs are currently collected for recycling (US EPA, 1998). This disposal option was not considered in this analysis.

**06 141865**

CONFIDENTIAL - SUBJECT TO AFFF MDL
PROTECTIVE ORDER                                          3M_AFFF_MDL00019242

Second Draft Final Report                    **BUSINESS SENSITIVE**



Figure 2. Profile of Remaining Carpet Treatment over Time

# H. Home Textiles Product Release Calculations

## Customer Locations

The specific customer locations selected for examination in this analysis were identified as the locations (by city) with the highest sales receipts of FCs for 1997. The specific locations and volumes of priority products consumed are shown in Table 12. These customers account for between 21% and 97% of the priority Home Textile products, depending on the product examined. An additional category, "Other", is included in the detailed analysis by product (Appendix E) to account for the remaining sales volume.

## Business Unit Assumptions

The following assumptions were made to facilitate release calculations for the Home Textiles Business Unit:

**06 141866**

CONFIDENTIAL - SUBJECT TO AFFF MDL
PROTECTIVE ORDER                                          3M_AFFF_MDL00019243

**BUSINESS SENSITIVE**

Second Draft Final Report

1. Loss estimates provided by 3M are correctly segregated into the media (air, water, solid) in which they will be released from the facility.

2. Loss estimates provided by 3M are based on specific knowledge of use and handling practices.

3. Losses, as a percentage of input, from product distribution and startup/shutdown excesses in the production of topically treated nonwoven end-products are similar to those provided for woven end-products.

4. On average, 0.4% of extruded nonwoven end product is lost during the extrusion process. As suggested by (Boustead, 1997).

5. The process of cutting and sewing to produce upholstered furniture results in the loss of no more than 5% of the initial material.

6. Typical nonwoven medical products are single (or short) use products that are used and replaced frequently.

7. The release of fluorochemical from filter media during their use is not expected.

**Table 12. Major Home Textile Customer Locations**

| Customer | City | State | Product | 1997 Sales (lbs.) Product | PFOS eqv. |
|---|---|---|---|---|---|
| Supply Chain HT-1 | Windsor Locks | CT | FC-280 | 130,000 | 16,000 |
| Supply Chain HT-2 | Roxboro | NC | FC-247 | 87,000 | 14,000 |
| Supply Chain HT-2 | Roxboro | NC | FX-1380 | 20,000 | 3,500 |
| Supply Chain HT-3 | Burlington | NC | FC-247 | 19,000 | 3,100 |
| Supply Chain HT-4 | Burlington | NC | FC-247 | 30,000 | 4,900 |
| Supply Chain HT-5 | Burlington | NC | FC-247 | 30,000 | 4,900 |
| Supply Chain HT-6 | Fall River | MA | FC-247 | 29,000 | 4,700 |
| Supply Chain HT-7 | Fall River | MA | FC-247 | 36,000 | 6,000 |
| Supply Chain HT-8 | Gaffney | SC | FC-247 | 72,000 | 12,000 |
| Supply Chain HT-9 | West Groton | MA | FC-824 | 48,000 | 12,000 |
| Supply Chain HT-10 | Sumter | SC | FC-247 | 56,000 | 9,200 |
| Supply Chain HT-11 | Albemarle | NC | FC-247 | 41,000 | 6,700 |
| Supply Chain HT-11 | Albemarle | NC | FX-1380 | 9,600 | 1,600 |
| Supply Chain HT-12 | Inman | SC | FC-247 | 50,000 | 8,200 |
| Supply Chain HT-13 | Spartanburg | SC | FC-247 | 45,000 | 7,300 |
| Supply Chain HT-14 | Rochester | NH | FC-824 | 31,000 | 7,400 |
| Supply Chain HT-15 | Social Circle | GA | FX-1801 | 36,000 | 35,000 |
| Supply Chain HT-16 | High Point | NC | FC-824 | 13,000 | 3,100 |
| Supply Chain HT-17 | unknown | - | FC-248 | 22,000 | 6,100 |
| Supply Chain HT-18 | unknown | - | FC-248 | 13,000 | 3,700 |
| Supply Chain HT-7 | Fall River | MA | FC-1861 | 12,000 | 580 |
| Supply Chain HT-19 | unknown | - | FC-461 | 5,800 | 670 |

(source: 3M Protective Chemicals Division, 1/18/99)

**06 141867**

**Battelle**
*The Business of Innovation*

CONFIDENTIAL - SUBJECT TO AFFF MDL
PROTECTIVE ORDER

3M_AFFF_MDL00019244

Second Draft Final Report

**BUSINESS SENSITIVE**

## *Process Loss Calculations*

### Woven Textile Production

Home Textiles products are divided into two categories in the *Draft Exposure Assessment Plans* document (3M, 1998). The Home Furnishings, Home Fashions and Automotive category (referred to here as woven end-products) includes products for use on mainly woven home goods (upholstery, etc.). Products in the Nonwovens category are used for filter media and medical fabrics.

Data were provided in the *Draft Exposure Assessment Plans* document (3M, 1998) on the expected losses from processes related to treating and producing woven end-products. These loss estimates were used as provided and are shown in Table 13 for reference.

### Table 13. Loss Estimates for Production of Treated Woven Products

| Process Step | Loss Estimates (% of input material) | | |
| --- | --- | --- | --- |
| | Spray Application | Pad Application | Foam Application |
| Losses to Water | | | |
| Product Distribution[a] | 0.75% | 0.75% | 0.75% |
| Startup/shutdown excess | 0.25% | 0.25% | 0.25% |
| Unused or non-recovered bath mix | 2.0% | 9.9% | 9.9% |
| Losses to Solids | | | |
| Shearing and face finishing | 4.9% | 4.5% | 4.5% |
| Unrecoverable, off quality fabric | 2.9% | 2.5% | 2.5% |
| Seam cut-outs | 0.46% | 0.43% | 0.43% |
| Quality/SQC samples | 0.46% | 0.43% | 0.43% |

(a) Data provided for the processes "residual in shipping containers" and "spills; poor handling" has been combined into "Product Distribution" for consistency with other business units.
Note: Data were provided in lbs./300 lbs. and were converted to percentages for use in this analysis
(source: *"Draft Exposure Assessment Plans"* 3M, 1998)

### Nonwovens Production

FC products applied to nonwoven textiles are assumed to have identical losses during distribution and startup/shutdown as woven applied products. Products applied using the pad application process are also expected to have identical losses for the remaining application steps. However, a unique application process, extrusion, is used for applying one product (FX-1801) to nonwovens.

**06 141868**

**Battelle**
*The Business of Innovation*

August 9, 1999

Page 33

CONFIDENTIAL - SUBJECT TO AFFF MDL
PROTECTIVE ORDER

3M_AFFF_MDL00019245

**BUSINESS SENSITIVE**

Second Draft Final Report

Based on data in existing Battelle databases, it is believed that approximately 0.4% of input material is lost in the extrusion process. This value includes only losses of off-spec material and does not take into account any losses that occur during the treatment process.

## Upholstery Cutting and Sewing

Large volumes of treated textiles are used as upholstery in the production of household furniture. While no information was available on the specific processes used in the cutting and sewing of upholstery, Home Textiles representatives were able to estimate that no more than 5% of material would be lost in this operation.

## Use

### Upholstered Furniture

Little specific data are available on the levels of treatment remaining on residential or commercial furniture over time. However, 3M has conducted a study of the levels of treatment remaining on treated automotive upholstery over time. In this study taxicab upholstery (100% polyester) was treated prior to use. After the vehicles had been in service for 50-85,000 miles, the upholstery was removed and tested for fluorine level remaining. The results showed that on average 70% of the treatment remained (values ranged from 60-75%). These results are expected to represent a worst case scenario for products treated with FCs. Upholstery in taxicabs is clearly subjected to much higher levels of wear and cleaning than would be expected for most other residential or commercial upholstery. Using this study as a worst case, no more than 30% of upholstery treatments are expected to be released during product use. A survey of consumer practices combined with product testing could be used to determine a better residential estimate.

### Medical Fabrics

Medical fabrics are typically single use end-products that are used for a very brief period and then disposed of. It is assumed that a negligible quantity (0.0001%) of FC will be lost during this brief use.

**06 141869**

CONFIDENTIAL - SUBJECT TO AFFF MDL PROTECTIVE ORDER                    3M_AFFF_MDL00019246

Second Draft Final Report

**BUSINESS SENSITIVE**

Filter Media

FC products are used in high efficiency particulate air (HEPA) filters. These filters are used in various situations requiring the removal of fine contaminates from air streams. It is not expected that HEPA filters would experience friction, abrasion or other mechanical action that would result in the loss of material during use. Therefore, it is assumed that negligible material (0.0001%) will be lost in the use of HEPA filters.

Compound

Approximately 36,000 lbs. of FX-1801 sold in 1997 were used in the production of treated, pelletized polymer resin. This resin is produced in a process called compounding and is then used to produce finished goods, such as medical fabrics and filter media. It is assumed that due to the low concentrations of FCs present (typically less than 1%) these end-products will release a negligible quantity of product during use.

**Disposal**

Product used in the treatment of medical fabrics is expected to become part of a medical waste stream after use. Although specific estimates were not available, at least 60% of medical waste is believed to be incinerated (Hyland, 1993). It is assumed that other Home Textiles end-products are incinerated according to the national average for municipal solid waste (17% incineration, US EPA, 1998). Modeling and calculations by 3M and Battelle indicate that FCs sent to incinerators are completely destroyed. Thus, the estimates of environmental releases from disposal of solid wastes assume that any FCs sent to commercial or public incinerators have zero release to the environment.

The remaining end-products are sent directly to municipal landfills. Recycling is not considered a viable option for these products.

**06 141870**

CONFIDENTIAL - SUBJECT TO AFFF MDL
PROTECTIVE ORDER                                             3M_AFFF_MDL00019247

Second Draft Final Report

**BUSINESS SENSITIVE**

# I. Paper and Packaging Product Release Calculations

## Customer Locations and Product End-Uses

The specific customer locations selected for examination in this analysis were identified as the highest volume customers for Paper and Packaging business and account for greater than 70% of the sales of the products identified as priorities. The customer locations and sales volume used as a basis for determining release locations are shown in Table 14. These customers account for 74% of the sales of the FC-807 family and 72% of sales in the FC-845 family. An additional category, "Other", is included in the detailed analysis by process step (Appendix F) to account for the approximately 55 other minor customers of Paper and Packaging products.

### Table 14. Major Paper and Packaging Supply-Chain Customers

| Customer | City | State | Product | 1997 Sales (lbs.) Product | PFOS eqv. |
|---|---|---|---|---|---|
| Supply Chain PP-1 | Parchment | MI | FC-807 | 290,000 | 74,000 |
| | | | FC-809 | 250,000 | 64,000 |
| | | | FC-807A | 150,000 | 25,000 |
| | | | FC-845 | 290,000 | 56,000 |
| Supply Chain PP-2 | Jay | ME | FC-807 | 270,000 | 70,000 |
| | | | FC-809 | 230,000 | 60,000 |
| | | | FC-807A | 140,000 | 23,000 |
| | | | FC-845 | 120,000 | 22,000 |
| Supply Chain PP-3 | Mobile | AL | FC-807 | 200,000 | 51,000 |
| | | | FC-809 | 170,000 | 44,000 |
| | | | FC-807A | 100,000 | 17,000 |
| | | | FC-845 | 120,000 | 23,000 |
| Supply Chain PP-4 | Rhinelander | WI | FC-807 | 100,000 | 27,000 |
| | | | FC-809 | 89,000 | 23,000 |
| | | | FC-807A | 54,000 | 8,900 |
| | | | FC-845 | 48,000 | 9,200 |
| Supply Chain PP-5 | Rittman | OH | FC-807 | 140,000 | 37,000 |
| | | | FC-809 | 120,000 | 32,000 |
| | | | FC-807A | 75,000 | 12,000 |
| | | | FC-845 | 100,000 | 20,000 |
| Supply Chain PP-6 | Kaukauna | WI | FC-807 | 28,000 | 7,200 |
| | | | FC-809 | 24,000 | 6,200 |
| | | | FC-807A | 15,000 | 2,400 |
| | | | FC-845 | 100,000 | 20,000 |

(source: *"Draft Exposure Assessment Plans"* 3M, 1998)

**06 141871**

CONFIDENTIAL - SUBJECT TO AFFF MDL
PROTECTIVE ORDER                                                              3M_AFFF_MDL00019248

**BUSINESS SENSITIVE**

Second Draft Final Report

Paper and Packaging products are sold under the trade name Scotchban™ and are used in a wide variety of paper and paperboard products. Potential end-uses include microwave popcorn bags, theater popcorn bags, fry boxes/bags, fast food sandwich wrappers, pizza box liners, fast food chicken boxes, bakery boxes, butter boxes/wraps, paper plates, candy wrappers, cookie bags, and onion ring cartons. For this analysis four categories of end-uses are considered as shown in Table 15.

**Table 15. End Uses of Paper and Packaging Products**

| End-Use | FC-807 family (lbs./yr.) | FC-845 family (lbs./yr.) |
|---|---|---|
| Pet Food Packaging | 420,000 | 180,000 |
| Food Service | 250,000 | 150,000 |
| Microwave Popcorn Bags | 190,000 | - |
| Other Uses | 91,000 | 45,000 |

(source: *3M Paper and Packaging Products, 12/1/98*)

## Business Unit Assumptions

The following assumptions were made to facilitate release calculations for the Paper and Packaging Business Unit:

1. Approximately 10 lbs. (0.92 gal) of product remains in the transportation totes at the time of cleaning.
2. A typical run of end-product mixture will require 800 gal of product, of which 8 gal is sent to wastewater at the end-of-run.
3. Much less than one percent of total product is lost during size press operation.
4. Slightly less than one percent of total product material is lost during operation of clay coating and calendar stack equipment.
5. Almost no product material is lost during paper drying.
6. End user activity (e.g. handling empty containers be food service personnel) does not result in the release of an appreciable quantity of fluorochemicals.
7. Approximately 100 nano-grams of FC-807 product per gram of paper is transferred to package contents during typical product use. However, this value may be much higher for microwave popcorn bags – near 130,000 ng/g.

**06 141872**

CONFIDENTIAL - SUBJECT TO AFFF MDL PROTECTIVE ORDER

3M_AFFF_MDL00019249

**BUSINESS SENSITIVE**

Second Draft Final Report

8. Approximately 10 nano-grams of FC-845 product per gram of paper is transferred to package contents during use.

9. Paper and packaging end-products are recycled, incinerated and landfilled according to national averages for similar products.

## Process Loss Calculations

### Losses during Tote/Drum Recovery

The *Tote/Drum Recovery Cycle* diagram provided in the November 3rd update to the *Draft Exposure Assessment Plans* document (3M, 1998) indicates approximately 10 lbs. of product are lost in the cleaning of each tote.

It is assumed that:

- Standard 275-300 gal (aprox.) totes are used.
- The density of Paper and Packaging FC products is approximately 9.2 lb./gal
- Waste generated in the cleaning process is sent to the facility sewer.
- Losses due to spills/accidents are negligible.

Total weight of product in each tote = 2500 lbs.

Percentage of material lost during tote recovery = 10 lbs./2500 lbs. = 0.4%

It is assumed that 0.4% of material is lost regardless of the type of transportation container used.

### Application

The application processes involved in the paper and packaging industry are well understood and FC release estimates are currently based on expert opinion and understanding. However, additional site specific studies are recommended to more completely characterize use of these products due to their significant volume.

**06 141873**

**Battelle**
*The Business of Innovation*

August 9, 1999

Page 38

CONFIDENTIAL - SUBJECT TO AFFF MDL PROTECTIVE ORDER

3M_AFFF_MDL00019250

**BUSINESS SENSITIVE**

Second Draft Final Report

## Make Down Tank

According to 3M paper and packaging representatives, approximately 8 gal of tank material is sent to sewer at the end of each run. Tank volume is typically 800 gal. This information indicates that 1% of the total run volume is lost as wastewater.

## Size-Press
*(source: 3M Paper and Packaging Products, 12/29/98)*

Applicators using size-press equipment (approximately 81% by volume of the paper and packaging customers) are highly familiar with the Scotchban™ product and sensitive to expenses related to it's use. These companies go to great lengths to ensure the highest efficiency possible. For this reason, small losses (0.1%) are expected from size-press application.

## Calendar Stack and Clay Coating
*(source: 3M Paper and Packaging Products, 12/29/98)*

Other application processes are used less frequently than the size press (approximately 19% by volume of paper and packaging customers). These applicators are believed to be less demanding on efficiency standards, however financial incentives still constrain product use. It is assumed that less than 1% (0.5%) of products are lost in this process.

## Drying
*(source: 3M Paper and Packaging Products, 12/29/98)*

The Scotchban™ products in the paper and packaging line are mostly water and low boiling point solvents. These ingredients are expected to evaporate during the drying operation at the paper mill. However, a negligible percentage of the polymer (FC-845 family) and the salt (FC-807 family) are expected to evaporate due to their relatively high molecular weight and the low temperature of the dryer (160°-220° F). For this reason it is assumed that losses of FCs in the paper drying stage are 0.0001%.

**06 141874**

CONFIDENTIAL - SUBJECT TO AFFF MDL
PROTECTIVE ORDER     3M_AFFF_MDL00019251

**BUSINESS SENSITIVE**

Second Draft Final Report

### Cutting/Trimming

The Swiss Agency for the Environment, Forests and Landscape (SAEFL) has studied the manufacturer of paper bags in Switzerland and has determined that cutting and trimming results in minimal lost product due to internal recycling efforts. It is assumed that 0.0001% of Scotchban™ products are lost at this stage.

### Package Converting

SAEFL has also studied package conversion operations (including printing, bonding and folding). These studies have shown that 4.8 kg of waste paper (paper not recycled or reused internally) are generated for every 160 kg of paper input to the package converter. Using this data as a representative sample, it is assumed that 3% of input product is lost in the converting process.

### Package Filling and Handling

Package filling and handling involves providing the package to consumers for use, e.g. companies that fill packages, clerks at retail facilities who stock shelves, food service staff who wrap fast food in coated paper, etc. Little data are available on potential losses during these activities. However, due to the nature of these activities (brief handling) and the low concentrations of FCs involved (0.2 – 0.35 wt.%), minimal releases are expected (0.0001%). As additional information is available, this assumption should be re-evaluated.

### End Use Consumer

*(source: 3M Specialty Material Markets Group, 2/11/99)*

It is traditionally estimated that on the order of 100 ng/g paper of the FC-807 family products may transfer to food products. However, studies are currently nearing completion that are expected to reveal that this value is potentially much higher, especially in microwave popcorn bags (near 130,000 ng/g paper). It is further known that FC-807 family products are applied at between 0.2 and 0.25 wt%. This means that

---

**Battelle**
The Business of Innovation

**06 141875**

CONFIDENTIAL - SUBJECT TO AFFF MDL
PROTECTIVE ORDER

3M_AFFF_MDL00019252

**BUSINESS SENSITIVE**

Second Draft Final Report

0.004% of this product is typically lost during the consumer use stage. However, up to 6.5 % of microwave popcorn package treatments may be lost during consumer use.

Less is known about the transfer of FC-845 family products from packages to their contents. However, due to the high molecular weight of the fluoropolymer used in FC-845 products it is theorized that significantly less product will be lost during the use stage. For this reason, it is estimated that on the order of 10 ng/g is transferred to package contents. Studies to determine this value are planned pending the completion of work on FC-807. Given that these products are applied at higher weight percentages (0.3-0.35 wt.%), this means that 0.0003% of FC-845 products are lost at this stage.

Losses from this stage of the product life cycle are considered solid releases as they are expected to adhere to package contents.

### Ultimate Disposal of Paper and Packaging Products

As noted above, it is assumed that paper and packaging products containing FCs are incinerated according to the national average for all municipal solid waste. This means that approximately 17% of paper and packaging products will be incinerated (US EPA, 1998). Modeling and calculations by 3M and Battelle indicate that FCs sent to incinerators are completely destroyed. Thus, the estimates of environmental releases from disposal of solid wastes assume that any FCs sent to commercial or public incinerators have zero release to the environment. Scotchban™ treated end-products are not recovered for recycling as part of solid waste recycling programs. Therefore, all products not incinerated are expected to go directly to municipal waste landfills. This means that 83% of the product material remaining after consumer use will be sent to a landfill as solid waste.

**06 141876**

CONFIDENTIAL - SUBJECT TO AFFF MDL
PROTECTIVE ORDER                                                    3M_AFFF_MDL00019253

**BUSINESS SENSITIVE**

Second Draft Final Report

# J. Performance Chemicals Product Release Calculations

## Customer Locations

The specific customers selected for evaluation in this analysis are the major customers (1997) for the products identified as priorities in the Performance Chemical business. The specific customer locations examined and volumes of priority products consumed are shown in Table 16. These customers account for all of the 1997 sales of priority products.

**Table 16. Major Performance Chemical Customer Locations**

| Customer | City | State | Product | 1997 Sales (lbs.) Product | PFOS eqv. |
|---|---|---|---|---|---|
| Supply Chain PC-1 | Memphis | TN | FC-129 | 85,000 | 33,000 |
| Supply Chain PC-2 | Sturtevant | WI | FC-129 | 85,000 | 33,000 |
| Supply Chain PC-2 | Sturtevant | WI | FC-170C | 4,700 | 1,600 |
| Supply Chian PC-3 | Oakville | CT | FC-170C | 24,000 | 8,200 |
| Supply Chain PC-4 | Merrimack | NH | FC-170C | 24,000 | 8,200 |
| Supply Chain PC-5 | Brighton | CO | FC-430 | 65,000 | 14,000 |
| Supply Chain PC-6 | Wichita Falls | TX | FC-430 | 65,000 | 14,000 |
| Supply Chain PC-7 | Belle Mead | NJ | FC-138 | 260,000 | 39,000 |
| Supply Chain PC-8 | Valdosta | GA | FX-12 | 26,000 | 24,000 |

(source: *3M Specialty Chemicals Division, 12/17/98*)

## Business Unit Assumptions

The following assumptions were made to facilitate release calculations for the Performance Chemicals Business Unit:

1. The processes and unit operations involved in the production of performance chemical liquid end-products (e.g. inks, cleaning products, etc.) are similar to processes involved in the production of other fluorochemical end-products (e.g. home care products). The rate of releases from these processes is also similar.

2. Product is sold in standard 55 gal drums.

3. Facilities that handle performance chemicals typically use multiple batches of end-product mixture with batch size being no smaller than 8,000 lbs.

4. Typical general processing steps involved in the production of performance chemical end-products include mixing/blending (e.g. cold blending), filling, and quality control.

**Battelle**
*The Business of Innovation.*

**06 141877**

CONFIDENTIAL - SUBJECT TO AFFF MDL
PROTECTIVE ORDER

3M_AFFF_MDL00019254

**BUSINESS SENSITIVE**

Second Draft Final Report

5. Use of performance chemical end-products results in release of much less than one percent of fluorochemical material contained in the products.

## Process Loss Calculations

Performance Chemical products are used in an incredible variety of products and industries. Contact between 3M and the customers who purchase these products is more limited than contact with other business units. Tracking the specific processing of any individual product would be a time and information collection intensive process. In the absence of specific process data, the operations involved in the processing of performance chemical products were treated as a series of general steps. Data believed to be typical of processing for these types of chemicals compiled from information on other product lines were used as a surrogate for information on the specific processing of performance chemicals.

### Product Distribution

The percentage of material lost during transportation container cleaning was calculated based on the assumption that containers are considered empty when less than one inch of chemical remains. Also assuming:

- Standard 55 gal drums are used, drum inside height is 34.75 inches (*Perry's Chemical Engineers' Handbook*, 6th Ed.).
- All product is transported in drums that are rinsed and reused.

Losses can be calculated as:

$$x_1 = \frac{\text{height of fluid remaining in drum when empty (inches)}}{\text{inside drum height (inches)}} \times 100\% = \frac{1}{34.75} \times 100\% = 2.9\%$$

### Mixing/Blending

It is assumed that, regardless of end-use, performance chemicals will need to be mixed with solvents and other active ingredients to form an end-product mixture prior to use.

06 141878

CONFIDENTIAL - SUBJECT TO AFFF MDL
PROTECTIVE ORDER                3M_AFFF_MDL00019255

**BUSINESS SENSITIVE**

Second Draft Final Report

The following assumptions regarding mixing are based on data provided by the Aftermarket/Consumer business unit.

- Standard agitation system with diameter equal to height (Geankoplis C., *Transport Processes and Unit Operations*, 1993)
- Each run uses 8,000-80,000 lbs. of end-product mixture (8,000 lbs is used as the worst case value)
- Tank total volume equal to 8,000 gal. (approximately 11 ft. height, 64,000-lbs. capacity).
- One gal. per tank (approx. 10 lbs.) removed for quality testing is eventually sent to wastewater.
- 60 gal, one inch in the bottom of tank, (620 lbs.) lost in tank cleaning at the end of each run.

Using these assumptions the following losses are calculated:

$$\text{Quality control sample losses} = \frac{\text{sample size (lbs.)}}{\text{tank capacity (lbs.)}} \times 100\% = \frac{10 \text{ lbs.}}{8,000 \text{ lbs.}} = 0.13\%$$

$$\text{Startup/Shutdown losses} = \frac{\text{sent to sewer (lbs.)}}{\text{average run (lbs.)}} \times 100\% = \frac{620 \text{ lbs.}}{8,000 \text{ lbs.}} = 7.7\%$$

**Filling**

End-product mixture is assumed to be filled into some type of container for distribution to another supply-chain facility or to consumers. These packages could include cleaner bottles, floor polish bottles, or shipping drums. Negligible losses are expected during the filling (0.0001%) of containers. It is assumed that these wastes are part of the facility wastewater.

**06 141879**

CONFIDENTIAL - SUBJECT TO AFFF MDL
PROTECTIVE ORDER                                                   3M_AFFF_MDL00019256

**BUSINESS SENSITIVE**

Second Draft Final Report

## Quality Control

In the absence of data from supply-chain facilities, it is assumed that one out of every 10,000 containers fails a quality control inspection and is disposed of as solid waste, losses at this step are 0.01%.

## Use

Specific data are not available on the consumer use of performance chemical end-products. A brief list of the types of end-products containing the priority performance chemical products is shown in Table 17.

The consumer practices and other actives that govern product use are not currently well understood. Until specific data are available, it is assumed that negligible quantities of product are released during use.

**Table 17. Consumer End-Products Containing Performance Chemicals**

| Product Code | Use | Percentage of Total Sales |
|---|---|---|
| FC-129 | Alkaline Cleaners (e.g. glass cleaners) | 70% |
| | Floor Polish | 27% |
| | Other (e.g. shampoo, denture cleaner) | 3% |
| FC-170C | Coatings | 91% |
| | Other (e.g. inks) | 9% |
| FC-430 | Coatings | 100% |
| FC-138 | Carpet and Textile Spot Cleaner | 100% |
| FX-12 | Insecticide (e.g. bait stations) | 100% |

## Product Disposal

Any remaining FC is disposed of with the product at the end of its useful life, according to national averages for landfill disposal (83%) and incineration (17%) (US EPA, 1998). Modeling and calculations by 3M and Battelle indicate that FCs sent to incinerators are completely destroyed. Thus, the estimates of environmental releases from disposal of solid wastes assume that any FCs sent to commercial or public incinerators have zero release to the environment. Recycling of products containing performance chemicals was not considered in this analysis

**06 141880**

CONFIDENTIAL - SUBJECT TO AFFF MDL
PROTECTIVE ORDER      3M_AFFF_MDL00019257

**BUSINESS SENSITIVE**

Second Draft Final Report

# K. Important Findings and Conclusions

### *3M Manufacturing Facility Releases*

In a continuing effort to characterize emissions from manufacturing, Decatur process engineers have provided estimates of FC emissions for the 3M manufacturing facility at Decatur, Alabama. Engineering calculations, 3M information systems, and air emission models (e.g., Emission Master) were used to identify and quantify current emission levels. 3M manufacturing emissions are primarily associated with a few key steps in the early stages of POSF manufacturing and purification and therefore are not attributed to any one product. Based on the information from Decatur engineers, it is clear that the Decatur manufacturing facility is a substantial source of PFOS equivalents released to the environment. However, ongoing engineering activities at the Decatur facility have substantially reduced FC wastewater emissions from the levels for 1977. For example, comparison of the results from sampling done in February 1998 with sampling done in the end of 1998 indicates the quantity of PFOS discharged to the Tennessee River declined by about half. Total losses at the Decatur facility are approximately 1,130,000 lbs of PFOS equivalents, but about half of these losses are disposed of by incineration. A majority of the landfilled wastes are sent to a hazardous waste landfill. Approximately 10% of the landfilled waste, 40,000 pounds of POSF per year, is currently estimated to be sent to a municipal landfill in Decatur.

### *Aftermarket/Consumer Products*

The four supply chain facilities purchasing the greatest quantities of PFOS equivalents for Aftermarket/Consumer products during 1997 were considered in this analysis. These manufacturers account for all of the 1997 sales of key Aftermarket/Consumer products. The key FC products purchased by one or more of these four primary Aftermarket/Consumer manufacturers, in decreasing quantity of PFOS equivalents are FC-1861, FC-138/228, and FC-129.

**06 141881**

CONFIDENTIAL - SUBJECT TO AFFF MDL
PROTECTIVE ORDER    3M_AFFF_MDL00019258

**BUSINESS SENSITIVE**

Second Draft Final Report

The most important source of wastewater releases of PFOS equivalents from the four manufacturers using key Aftermarket/Consumer products is associated with Mix Tank operation. The highest estimated percent loss in wastewater from this process is 6.2%, which is associated with process startup and shutdown. The majority of the solid waste releases of PFOS equivalents from the four manufacturers using key Aftermarket/Consumer products are associated with the Water Bath Test. Assuming one out of every 10,000 cans fails the water bath test and is disposed of as solid waste, losses at this step are estimated as 0.01% of total inputs.

Loses of FCs during spraying of Spray Can Products (Red Can, Blue Can, Purple Can, and Mauve Can) by the end use consumer, depends on transfer efficiency, size and shape of the object being coated, and accuracy of the person making the application. Since the Blue and Purple Cans are always applied to large flat surfaces the transfer efficiency should be near 100% assuming no operator mistakes. However, the Red and Mauve Cans are applied to various types of surfaces. For the purposes of estimating overall releases from application it is assumed that approximately half of these fall into the low efficiency category and the other half are high efficiency. This would mean transfer efficiency across all applications of 66%. In other words, 34% of product expelled from the can is lost as waste.

Commercial Care products made with Aftermarket/Consumer FCs are generally applied by professionals in settings that provide especially high transfer efficiency, e.g. carpets, couches, etc. It is assumed that these products will generally achieve 100% transfer efficiency and therefore negligible losses are expected during application.

Spray cans used to apply treatments in the home are expected to retain a small fraction of the product material at the time of disposal. Based on information for non-food spray cans in general, up to 12.5% of the original contents may remain in spray cans at the time of disposal. Bulk product containers for commercial care are expected to retain product in a manner consistent with shipping containers. This means that 2.9% of product is lost in the cleaning and disposal of these bulk containers. It is estimated that 34% of the

06 141882

CONFIDENTIAL - SUBJECT TO AFFF MDL
PROTECTIVE ORDER

3M_AFFF_MDL00019259

BUSINESS SENSITIVE

Second Draft Final Report

spray can containers will be recycled, with residual product material in the can released as wastewater. Containers that are not recycled are sent to municipal solid waste landfills.

Carpets with commercial care treatments used by professional carpet steam cleaners are expected to show similar wear patterns to carpets with mill applied treatments. Thus, it is expected that 50% of the treatment will be lost over the nine-year life of the carpet due to walking and vacuuming, while an additional 45% of the treatment will be lost in steam cleaning throughout the carpet life.

Garments (assumed to be casual or workwear) treated with home-applied products are assumed to wear in a similar manner to textile mill applied treatments. Thus, 73% of these treatments are expected to wash off during garment cleaning over a two-year life span.

Any remaining FCs on coated products are disposed of with the product at the end of its useful life. It is assumed that coated products are disposed of according to national averages for landfill disposal (83%) and incineration (17%).

## Apparel Products

Seven supply chain facilities purchasing large quantities of PFOS equivalents for Apparel products during 1997 are considered in this analysis. These customers account for 56%, 73% and 41% of 1997 sales of FC-3573, FC-248 and FC-461 in the Apparel business, respectively. The majority of the PFOS equivalents sold to these six supply chain facilities are associated with FC-248.

The largest source of wastewater releases of PFOS equivalents from the seven manufacturers using key Apparel products are associated with the processes of applying FC to textiles. The highest estimated percent loss in wastewater from these processes is 9.3%, which is associated with application to leather products. Most of the solid waste releases of PFOS equivalents from the seven manufacturers using key Apparel products

06 141883

CONFIDENTIAL - SUBJECT TO AFFF MDL
PROTECTIVE ORDER                                                    3M_AFFF_MDL00019260

**BUSINESS SENSITIVE**

Second Draft Final Report

are associated with the process of cutting and sewing garments. The highest estimated percent loss in solid waste from this process is 10%, which is associated with cutting and sewing of both cloth and leather garments.

Assuming that consumers own and regularly use FC-treated casual and work apparel for an average of two years and launder the garment an average of every two weeks, 3M laboratory tests for apparel treated with FC at the mill suggest that 73% of the initial treatment will be lost during consumer laundering over the total life span of the garment. It is anticipated that the vast majority of this loss is in wastewater and not in dryer lint.

It is assumed that leather products are not washed and treatment is removed only with abrasion. Abrasion is expected to remove 1% of leather per year, leaving approximately 97% of the initial treatment after 3 years.

Garments and leather products, including any remaining treatment, are disposed of after use. Based on national averages for municipal waste, 83% of these products will be sent to landfill and 17% will be incinerated.

## Carpet Products

The six supply chain facilities purchasing the greatest quantities of PFOS equivalents for Carpet products during 1997 (> 70% of key Carpet product sales) are located in only two cities, one in Pensacola, FL and five in Dalton, GA. The key FC products purchased by one or more of these manufacturers, in decreasing quantity of PFOS equivalents are FC-1367, FC-365, and FC-364/FC-398. Releases of PFOS equivalents from these manufacturers are primarily in the form of wastewater releases. The largest wastewater release rate from these manufacturers is an estimated 25% which is released during carpet fiber dying (FC-365 and FC-364/FC-398) and co-application to finished carpets (FC-1367).

The quantities of PFOS equivalents released from carpets made in 1997 during use by the end consumer are larger over the total life of the carpet than the quantities lost during the

**Battelle**
The Business of Innovation

August 9, 1999

Page 49

06 141884

**BUSINESS SENSITIVE**

Second Draft Final Report

supply chain manufacturing processes in 1997. However, the releases from end use customers during carpet cleaning, foot traffic, and vacuuming are spread over the 12-year average life of a carpet and the residential end use customers are distributed throughout the U.S. approximately according to number of households in an area. Therefore, the FC Carpet product contributing the greatest releases of PFOS equivalents during the end use stage is the one sold in the largest volume, FC-1367. Releases of PFOS equivalents from FC Carpet products during the end use stage are about equally distributed between wastewater (47%) and solid waste (53%). Only about 4% of the PFOS equivalents purchased by supply chain facilities are ultimately disposed of with the used carpet (after 12 years of use).

## Home Textiles Products

The 19 supply chain facilities identified as the locations with the highest sales receipts of PFOS equivalents for Home Textiles products during 1997 are examined in this analysis. In many cases, textile companies operate a number of small facilities spread over a large area. For this reason these facilities account for between 21% and 97% of the priority Home Textile products, depending on the product examined.

The key FC products purchased by one or more of the 19 primary Home Textiles manufacturers, in decreasing quantity of PFOS equivalents are FC-247, FX-1801, FC-824 / FC-1381 (tie), FC-248, FC-280, FC-461, and FC-1861. Releases of PFOS equivalents from the manufacturers making woven products are highest for those using foam and pad application. The highest estimated percent loss in wastewater from these application processes is 9.9% from Unused or Non-Recovered Bath Mix following application. Supply Chain facilities producing non-woven products either pad apply product or add product directly to an extrusion mix. As was the case for woven products, the highest estimated percent loss from these processes is 9.9% associated with pad application.

**06 141885**

CONFIDENTIAL - SUBJECT TO AFFF MDL
PROTECTIVE ORDER                                                    3M_AFFF_MDL00019262

**BUSINESS SENSITIVE**

Second Draft Final Report

Based on data for production of clothing, it is estimated that 10% of the PFOS equivalents used in woven fabrics for upholstery (FC-247, FX-1380) are lost during cutting and sewing.

Medical fabrics, HEPA filters and other non-woven end products are typically single use items that are used for a very brief period and then disposed of, so the majority (>99.999%) of the PFOS equivalents will go with the solid waste.

It is assumed that most used Home Textiles products are incinerated according to the national average (17%) for municipal solid waste. The remaining 83% of these products are sent directly to municipal landfills. Medical products are treated separately. It is assumed that 60% of medical product will be incinerated.

## *Paper and Packaging Products*

The six supply chain facilities purchasing the greatest quantities of PFOS equivalents for Paper and Packaging products during 1997 (> 70% of key Paper and Packaging product sales) are located in: Parchment, MI; Jay, ME; Mobile, AL; Rhinelander, WI; Rittman, OH; and Kaukauna, WI. The key FC products purchased by one or more of these paper manufacturers, in decreasing quantity of PFOS equivalents are FC-807, FC-809, FC-845, and FC-807A. Releases of PFOS equivalents from these paper manufacturers are primarily in the form of wastewater releases from the make down tank. Approximately 1% of the total run volume is lost as wastewater.

Converters (i.e., package fabricators) dispose of paper treated with FCs as solid waste during the making of paper products (e.g., Pet Food Packaging, Food Service, or Microwave Popcorn Bags). It is assumed that 3% of input paper products treated with FCs are lost in the converting process.

Extremely small percentages of PFOS equivalents are expected to adhere to package contents during the end use stage of the paper and packaging product life cycle. It is estimated that 0.004% of FC-807 and 0.00003% of FC-845 are potentially transferred

---

**Battelle**
*The Business of Innovation.*

**06 141886**

CONFIDENTIAL - SUBJECT TO AFFF MDL
PROTECTIVE ORDER

3M_AFFF_MDL00019263

**BUSINESS SENSITIVE**

Second Draft Final Report

from the package to the contents during the end use stage. However, up to 6.5 % of microwave popcorn package treatments may be lost during consumer use. Studies are underway to confirm these values.

Based on the 1997 national averages for solid waste disposal of paper products, about 17% are incinerated. FCs in paper products sent to the incinerator are completely destroyed. Scotchban™ treated end-products are not recovered for recycling as part of solid waste recycling programs. Therefore, all products not incinerated are expected to go directly to municipal waste landfills. This means that 83% of the product material remaining after consumer use will be sent to a landfill as solid waste.

## Performance Chemical Products

The eight supply chain facilities purchasing the greatest quantities of PFOS equivalents for Performance Chemical products during 1997 are considered in this analysis. These customers account for all of the 1997 sales of key Performance Chemical products. The key FC products purchased by one or more of these eight manufacturers, in decreasing quantity of PFOS equivalents, are FC-129, FC-430, FX-12, and FC-170C.

Performance Chemical products are used in a wide variety of products and industries. Data believed to be typical of processing for these types of chemicals compiled from information on other product lines and available data sources were used as a surrogate for information on the specific processing of Performance Chemical products. Based on these surrogate release estimates, the highest estimated percent loss from processes in supply chain facilities for key Performance Chemical products is 7.7%, which is associated with loss in wastewater from the startup and shutdown of the mixing or blending process. Negligible losses (0.0001%) to wastewater are expected during the filling of containers.

The consumer practices and other actives that govern end use of Performance Chemical products are not currently well understood. Until specific data are available, it is assumed that negligible quantities of FCs are released during use. Any remaining FCs

06 141887

CONFIDENTIAL - SUBJECT TO AFFF MDL
PROTECTIVE ORDER                                      3M_AFFF_MDL00019264

Second Draft Final Report

BUSINESS SENSITIVE

are disposed of with the product at the end of its useful life, according to national averages for landfill disposal (83%) and incineration (17%).

## Summary

The five key FC products sold in the largest quantity in declining order of PFOS equivalents are FC-807, FC-809, FC-1367, FC-845, and FC-247. FC-807, FC-809, and FC-845 are part of the Paper and Packaging Business Unit. FC-1367 is part of the Carpeting Business Unit. FC-247 is part of the Home Textiles Business Unit. Release estimates throughout the life cycle have been diagrammed for the three products with the largest PFOS equivalents in Appendix H. These diagrams show at a glance which processes have the largest losses, but they do not indicate the location of those losses.

The two largest PFOS loss rates for the 19 key products in all supply chain facilities are associated with the Carpeting, Apparel, and Home Textiles Business Units. The largest loss rates across all of the supply chain facilities handling the 19 key FC products are an estimated loss of 25% for FC-364 and FC-365 during the dyeing process for carpet fiber and an estimated loss of 25% for FC-1367 during co-application on carpets. The second largest loss rate across all of the supply chain facilities handling the 19 key FC products is an estimated 10% lost in solid waste during the Cutting and Sewing process for garments in the Apparel supply chain facilities.

The largest loss rates during the End Use/Disposal Stages of the life cycle for the 19 key products in all supply chain facilities are associated with the Aftermarket/Consumer, Paper and Packaging, and Performance Chemicals Business Units. Greater than 85% of the FC products are released during the end use stage (includes releases in the home and upon final disposition) for these three business units when the key products are evaluated for each business unit as a whole.

The inventory data provide estimated quantities of PFOS-equivalents released as air emissions, water emissions, or solid waste for site-specific locations throughout the supply chain stage of the life cycle. Table 18 shows PFOS equivalent release estimates at

---

**Battelle**
*The Business of Innovation*

06 141888

CONFIDENTIAL - SUBJECT TO AFFF MDL
PROTECTIVE ORDER

3M_AFFF_MDL00019265

Second Draft Final Report

**BUSINESS SENSITIVE**

**Table 18. Primary Supply-Chain Locations Included in Release Estimates for 3M FC Products Based on 1997 U.S. Sales**

| City | State | Location Code | Estimated Annual Releases (lbs PFOS eqv.) | | |
|------|-------|---------------|------|-------|-------|
| | | | Air | Water | Solid |
| Mobile | AL | Supply Chain PP-3 | 0 | 2,000 | 0 |
| Brighton | CO | Supply Chain PC-5 | 0 | 1,500 | 1 |
| Oakville | CT | Supply Chian PC-3 | 0 | 870 | 1 |
| Windsor Locks | CT | Supply Chain HT-1 | 0 | 1,800 | 1,100 |
| Pensacola | FL | Supply Chain C-1 | 0 | 3,000 | 3,500 |
| Augusta | GA | Supply Chain A-1 | 0 | 1,500 | 2,100 |
| Dalton | GA | Supply Chain C-2 | 780 | 3,200 | 2,500 |
| Dalton | GA | Supply Chain C-3 | 0 | 1,400 | 1,500 |
| Dalton | GA | Supply Chain C-4 | 20 | 930 | 1,000 |
| Dalton | GA | Supply Chain C-5 | 20 | 770 | 840 |
| Dalton | GA | Supply Chain C-6 | 1,200 | 9,200 | 4,500 |
| Dalton | GA | Unknown | 0 | 21,000 | 0 |
| Social Circle | GA | Supply Chain HT-15 | 0 | 1,000 | 0 |
| Valdosta | GA | Supply Chain PC-8 | 0 | 2,500 | 2 |
| Elkhart | IN | Supply Chain AC-3 | 0 | 2,000 | 2 |
| Fall River | MA | Supply Chain HT-6 | 0 | 320 | 350 |
| Fall River | MA | Supply Chain HT-7 | 0 | 700 | 450 |
| West Groton | MA | Supply Chain HT-9 | 0 | 1,300 | 830 |
| Jay | ME | Supply Chain PP-2 | 0 | 2,600 | 0 |
| Grand Rapids | MI | Supply Chain A-6 | 0 | 110 | 75 |
| Holland | MI | Supply Chain AC-1 | 0 | 210 | 0 |
| Parchment | MI | Supply Chain PP-1 | 0 | 3,300 | 0 |
| Foley | MN | Supply Chain AC-4 | 0 | 780 | 0 |
| Albemarle | NC | Supply Chain HT-11 | 0 | 570 | 630 |
| Burlington | NC | Supply Chain HT-3 | 0 | 210 | 230 |
| Burlington | NC | Supply Chain HT-4 | 0 | 340 | 370 |
| Burlington | NC | Supply Chain HT-5 | 0 | 390 | 360 |
| Greensboro | NC | Supply Chain A-5 | 0 | 240 | 340 |
| High Point | NC | Supply Chain HT-16 | 0 | 340 | 220 |
| Lumberton | NC | Supply Chain A-3 | 0 | 270 | 390 |
| Roxboro | NC | Supply Chain HT-2 | 0 | 1,200 | 1,300 |
| Merrimack | NH | Supply Chain PC-4 | 0 | 870 | 1 |
| Rochester | NH | Supply Chain HT-14 | 0 | 790 | 510 |
| Belle Mead | NJ | Supply Chain PC-7 | 0 | 4,100 | 4 |
| Rittman | OH | Supply Chain PP-5 | 0 | 1,900 | 0 |
| Gaffney | SC | Supply Chain HT-8 | 0 | 970 | 890 |
| Inman | SC | Supply Chain HT-12 | 0 | 570 | 630 |
| Society Hill | SC | Supply Chain A-4 | 0 | 240 | 340 |
| Spartanburg | SC | Supply Chain A-2 | 0 | 400 | 570 |
| Spartanburg | SC | Supply Chain A-7 | 0 | 4 | 6 |
| Spartanburg | SC | Supply Chain HT-13 | 0 | 780 | 500 |
| Sumter | SC | Supply Chain HT-10 | 0 | 990 | 630 |
| Memphis | TN | Supply Chain PC-1 | 0 | 3,500 | 3 |
| Wichita Falls | TX | Supply Chain PC-6 | 0 | 1,500 | 1 |
| Kaukauna | WI | Supply Chain PP-6 | 0 | 540 | 0 |
| Prairie du Chien | WI | Supply Chain AC-2 | 0 | 2,500 | 0 |
| Rhinelander | WI | Supply Chain PP-4 | 0 | 1,000 | 0 |
| Sturtevant | WI | Supply Chain PC-2 | 0 | 3,600 | 3 |

**06 141889**

CONFIDENTIAL - SUBJECT TO AFFF MDL
PROTECTIVE ORDER          3M_AFFF_MDL00019266

Second Draft Final Report

**BUSINESS SENSITIVE**

48 of the major release locations for supply chain facilities handling the 19 key FC products determined by screening. The top nine cities with the largest combined PFOS equivalent releases in all media for these 48 supply chain locations are (1) Dalton, GA, (2) Pensacola, FL, (3) Belle Mead, NJ, (4) Sturtevant, WI, (5) Augusta, GA, (6) Memphis, TN, (7) Parchment, MI, (8) Windsor Locks, CT, and (9) Jay, ME.

A summary of the life cycle release estimates based on 1997 sales of 3M FCs in the U.S. is shown in Table 19. The release estimates are presented as PFOS-equivalents, which do not include residuals that may be in the products. The U.S. release estimates are broken down by life cycle stage (e.g., 3M manufacturing, supply chain facilities, end use consumers, and disposal) and media of release (e.g., air, water, or solid waste). The manufacturing releases are for the U.S. only, and do not include 3M's facility in Antwerp, Belgium. These estimates are an indication of release to the environment, but not necessarily human exposure.

Although the release estimates in Table 19 can give an indication of the potential for environmental releases, most of the water and solid releases indicated in the table are released, respectively, to a WWTP or a landfill and not directly to the environment. One exception is the water release estimates for the 3M manufacturing facilities in the U.S., these water releases are for treated wastewater released to the environment from an IWTP. Considering the qualifications listed in the footnotes, some tentative conclusions from Table 19 include:

- The greatest potential for release to the environment from FC products in the Paper and Packaging and Performance Chemical Business Units is in disposal.

- Paper and Packaging FC products dominate the potential for release to the environment from disposal.

- The greatest potential for release to the environment from FC products in the Carpet, Apparel, and Aftermarket Consumer Business Units is during end use by the consumer.

**06 141890**

**Battelle**
*The Business of Innovation*

August 9, 1999

Page 55

CONFIDENTIAL - SUBJECT TO AFFF MDL PROTECTIVE ORDER

Second Draft Final Report

BUSINESS SENSITIVE

- The majority of the FCs released in air come from 3M manufacturing facilities.

**Table 19.  Summary of Estimated Releases of FCs Based on 1997 Sales in the U.S. (PFOS equivalents[1] in lbs./yr)[2]**

| 3M Business Unit (BU) | Release Form | Supply Chain Processing (3M customers) | End Use (Consumers) | Disposal | BU Total | 3M Mfg. in U.S.[3,4] |
|---|---|---|---|---|---|---|
| Aftermarket/ Consumer | Air | 0 | 3,300 | 0 | 3,300 | |
| | Water | 5,500 | 19,000 | 350 | 25,000 | |
| | Solid | 2 | 26,000 | 16,000 | 42,000 | |
| | % of BU Total | 8% | 69% | 23% | | |
| Apparel | Air | 0 | 0 | 0 | 0 | |
| | Water | 4,300 | 42,000 | 0 | 46,000 | |
| | Solid | 13,000 | 44 | 15,000 | 28,000 | |
| | % of BU Total | 23% | 57% | 20% | | |
| Carpet | Air | 2,600 | 0 | 0 | 2,600 | |
| | Water | 44,000 | 120,000 | 0 | 160,000 | |
| | Solid | 17,000 | 140,000 | 12,000 | 170,000 | |
| | % of BU Total | 19% | 78% | 4% | | |
| Home Textiles | Air | 0 | 0 | 0 | 0 | |
| | Water | 25,000 | 0 | 0 | 25,000 | |
| | Solid | 29,000 | 28,000 | 88,000 | 150,000 | |
| | % of BU Total | 31% | 16% | 50% | | |
| Paper and Packaging | Air | 0 | 0 | 0 | 0 | |
| | Water | 16,000 | 0 | 0 | 16,000 | |
| | Solid | 0 | 9,900 | 800,000 | 810,000 | |
| | % of BU Total | 2% | 1% | 97% | | |
| Performance Chemicals | Air | 0 | 0 | 0 | 0 | |
| | Water | 18,000 | 0 | 0 | 18,000 | |
| | Solid | 16 | 0 | 120,000 | 120,000 | |
| | % of BU Total | 13% | 0% | 87% | | |
| Total for All BUs Combined | Air | 2,600 | 3,300 | 0 | 5,900 | 90,000 |
| | Water | 110,000 | 180,000 | 350 | 290,000 | 10,000 |
| | Solid[5] | 59,000 | 200,000 | 1,100,000 | 1,300,000 | - |
| | Landfill | | | | | 400,000 |
| | Incineration[6] | | | | | 660,000 |

(1) PFOS equivalents do not always include all residuals that may be present in the products
(2) These estimates are an indication of release to the environment, not necessarily human exposure
(3) These estimates are based on manufacturing data for 1997-1999 and do not include releases from 3M manufacturing facilities in Antwerp
(4) 3M manufacturing emissions are primarily associated with a few key steps in the early stages of POSF manufacturing and purification and therefore are not attributed to any one product
(5) Solid releases from manufacturing are subcategorized into landfill waste and incinerated waste. Production and use data are not subcategorized.
(6) FCs undergo complete thermal destruction during incineration, so no FCs are released to the environment in emissions from the incinerator

06 141891

CONFIDENTIAL - SUBJECT TO AFFF MDL PROTECTIVE ORDER

3M_AFFF_MDL00019268

Second Draft Final Report

**BUSINESS SENSITIVE**

# L. References

American Society for Testing and Materials (ASTM), 1998. Standard Test Methods.

AMTEX Partnership, 1994. *Process Steps for Men's Cotton Slacks*. Promotional Poster.

Battelle, 1999. Exposure Assessment Plan for Fluorochemical Products: Program Overview and Status. Prepared for 3M Chemical Division by Battelle, Columbus, OH.

Bakker, M. (ed.), 1986. *The Wiley Encyclopedia of Packaging Technology*, John Wiley & Sons: New York.

Consumer Aerosol Products Council, literature

Geankoplis, C. 1993. *Transport Processes and Unit Operations*. Third Edition. Prentice Hall, Englewood Cliffs, NJ.

Hyland, G.R., 1993, *Regulatory Developments Affecting Medical Waste Disposal*, Air and Waste Management Association, 86th Annual Meeting and Exhibition; Denver, CO.

Levinson, S. B., *Application of Paints and Coatings*, Federation of Societies for Coatings Technology: Philadelphia, 1988

3M, 1998. *Draft Exposure Assessment Plans*. Including updates provided on Oct. 12, 1998, Nov. 3, 1998, and Nov. 5, 1998. 3M, Minneapolis, MN.

3M Environmental Laboratory, 1999. *A Review of the Environmental Fate and Effects of Sulfonyl Based Fluorochemicals*. Draft. 3M Environmental Laboratory, Minneapolis, MN, April 12, 1999.

Paul, S.J., *Surface Coatings Science and Technology*, Wiley Interscience Publication: New York, 1985.

Perry, R.H. and D. Green eds. 1984. *Perry's Chemical Engineers' Handbook, 6th Edition*. McGraw-Hill, New York, NY.

Setser's Fine Upholstery. Personal Communication, February 16, 1999. Columbus, OH. (614) 231-2323.

Short, A., and J.S. Cooper. 1999. *Sulfonyl Based Fluorochemicals in the Environment: Sources, Disposal, Fate, and Effects*. Draft. Submitted to 3M Chemical Division, Minneapolis, MN.

**06 141892**

**Battelle**
*The Business of Innovation*

August 9, 1999

Page 57

CONFIDENTIAL - SUBJECT TO AFFF MDL
PROTECTIVE ORDER

3M_AFFF_MDL00019269

Second Draft Final Report

**BUSINESS SENSITIVE**

Swiss Agency for the Environment, Forests and Landscape (SAFEL), 1998. *Life Cycle Inventories for Packagings (including printing paper)*. Environmental Series No. 250/II. Berne, Switzerland. Vol. 2, pg. 341.

U.S. Environmental Protection Agency (US EPA), 1998. *Characterization of Municipal Solid Waste in the United States, 1997 Update*. EPA530-R-98-007. Municipal and Industrial Solid Waste Division, Office of Solid Waste. Washington, D.C.

Wicks, Jr., Z.W., Jones, F.N., and Pappas, S.P., *Organic Coatings: Science and Technology Volume II: Applications, Properties, and Performance*, Wiley Interscience Publication: New York, 1992.

**06 141893**

CONFIDENTIAL - SUBJECT TO AFFF MDL
PROTECTIVE ORDER                                                        3M_AFFF_MDL00019270

06 141894

# Appendix A.
# Complete List of 3M Fluorochemical Products

CONFIDENTIAL - SUBJECT TO AFFF MDL
PROTECTIVE ORDER

3M_AFFF_MDL00019271

Business Sensitive

06 141895

A-1

Table A-1. 3M Fluorochemical Products (source: *Draft Exposure Assessment Plan*)

| Business Line | Product Code | Produced (lbs.) 1997 | Sales (U.S.) 1997 | FC Class or Chemistry |
|---|---|---|---|---|
| Aftermarket/Consumer | FC-1860 | 1,200,000 | 37,000 | 14,000 FC-Urethane; FC-Acrylate, FC-Adipate |
| Aftermarket/Consumer | FC-1861 | 790,000 | 94,000 | 39,000 FC-Urethane; FC-Acrylate, FC-Adipate |
| Aftermarket/Consumer | R-21609 | 14,000 | 1,500 | 280 linseed oil fatty acid esterified with NMeFOSE alcohol |
| Aftermarket/Consumer | R-23080 | 1,200,000 | 37,000 | 9,600 |
| Apparel | FC-248 | 660,000 | 200,000 | 79,000 FC-Acrylate |
| Apparel | FC-251 | 19,000 | 4,900 | 3,200 FC Acrylate, Carbondimide, MCL |
| Apparel | FC-268 | 50,000 | 10,000 | 3,000 FC-Acrylate |
| Apparel | FC-3531 | 70,000 | 20,000 | 7,700 |
| Apparel | FC-3537 | 15,000 | 3,800 | 2,900 |
| Apparel | FC-3539 | 700 | 210 | 130 FC Ester |
| Apparel | FC-3573 | 200,000 | 59,000 | 2,000 FC Ester |
| Apparel | FC-3583 | 9,000 | 1,800 | 540 FC Ester |
| Apparel | FC-461 | 140,000 | 39,000 | 17,000 FC-Acrylate |
| Apparel | FC-831 | 99,000 | 30,000 | 6,900 |
| Carpet | FC-1355 | 230,000 | 31,000 | 20,000 FC-Adipate MeFOSE |
| Carpet | FC-1367 | 2,600,000 | 410,000 | 260,000 FC-Adipate MeFOSE |
| Carpet | FC-1374 | 79,000 | 18,000 | 11,000 FC-Urethane MeFOSE |
| Carpet | FC-1395 | 38,000 | 8,800 | 5,400 FC-Urethane MeFOSE |
| Carpet | FC-354 | 31,000 | 9,300 | 3,700 FC-Copolymer MeFOSEA |
| Carpet | FC-359 | 56,000 | 11,000 | 5,300 FC-Urethane FC-Acrylate EtFOSE |
| Carpet | FC-364/FC-398 | 510,000 | 110,000 | 35,000 FC-Urethane EtFOSE |
| Carpet | FC-365 | 850,000 | 170,000 | 98,000 FC-Allophanate EtFOSE |
| Home Textiles | FX-1801 | 37,000 | 37,000 | 36,000 FC Isocyanate |
| Home Textiles | FC-209 | 80,000 | 24,000 | 14,000 FC-Acylate; FC-MCL |
| Home Textiles | FC-214 | 100,000 | 29,000 | 18,000 FC-Acylate; FC-Urethane; FC-MCL |
| Home Textiles | FC-247 | 1,100,000 | 300,000 | 180,000 FC-Adipate; FC-Urethane; FC-MCL; FC-248 Acrylate |
| Home Textiles | FC-280 | 160,000 | 51,000 | 20,000 FC Acrylate |
| Home Textiles | FC-3542 | 28,000 | 7,900 | 3,100 FC-Urethane FC-Acrylate |
| Home Textiles | FC-808 | 30,000 | 5,900 | 3,000 FC Acrylate |
| Home Textiles | FC-824 | 100,000 | 38,000 | 24,000 FC Acrylate |
| Home Textiles | FC-828 | 20,000 | 3,600 | 2,000 FC-Acrylate |
| Home Textiles | FX-1380 | 140,000 | 39,000 | 24,000 FC-Adipate, FC-MCL, FC-218 |
| Paper and Packaging | FC-807 | 1,400,000 | 450,000 | 350,000 FC aliphatic ammonium salt Et FOSE |
| Paper and Packaging | FC-807A | 730,000 | 150,000 | 120,000 FC aliphatic ammonium salt Et FOSE |
| Paper and Packaging | FC-809 | 1,200,000 | 410,000 | 320,000 FC aliphatic ammonium salt Et FOSE |
| Paper and Packaging | FC-845 | 1,100,000 | 370,000 | 210,000 FC polyacrylate MeFOSEA |
| Paper and Packaging | FC-850 | 63,000 | 21,000 | 12,000 FC polyacrylate MeFOSEA |
| Performance Chemicals | FC-1129 | 52,000 | 26,000 | 20,000 MCL |

Battelle

08/09/1999

CONFIDENTIAL - SUBJECT TO AFFF MDL
PROTECTIVE ORDER

3M_AFFF_MDL00019272

Business Sensitive

| Business Unit | Product Code | 1997 Sales (U.S.) Product (lbs.) | (lbs. FS Solids) | (lbs. PFOS eqv.)* | Chemistry |
|---|---|---|---|---|---|
| Performance Chemicals | FC-129 | 170,000 | 85,000 | 66,000 | EtFOSE Glycine SALT |
| Performance Chemicals | FC-135 | 1,700 | 6,100 | 670 | Quat Ammonium Iodid C8 |
| Performance Chemicals | FC-138/FC-228 | 490,000 | 130,000 | 73,000 | K-SALT |
| Performance Chemicals | FC-170C | 52,000 | 42,000 | 18,000 | N-EtFOS PEG Adduct |
| Performance Chemicals | FC-171 | 28,000 | 28,000 | 14,000 | EtFOSA EtFOSA CWadductC8 |
| Performance Chemicals | FC-201F | 12,000 | 360 | 360 | HSH-HSCl-HSF-CrudePHSF-fractionated PHSF-NR EtFHSA- Acrylic foamer |
| Performance Chemicals | FC-203 | 90,000 | 1,200 | 1,200 | HSH-HSCl-HSF-CrudePHSF-fractionated PHSF-NR EtFHSA- Sultone foamer |
| Performance Chemicals | FC-203CF | 490,000 | 4,900 | 4,900 | HSH-HSCl-HSF-CrudePHSF-fractionated PHSF-NR EtFHSA- Acrylic foamer |
| Performance Chemicals | FC-206CF | 1,500,000 | 7,500 | 7,500 | HSH-HSCl-HSF-CrudePHSF-fractionated PHSF-NR EtFHSA- Acrylic foamer |
| Performance Chemicals | FC-430 | 130,000 | 130,000 | 28,000 | N-butyl FOSEA |
| Performance Chemicals | FC-431 | 29,000 | 15,000 | 3,200 | EtFOSE MA/CWA |
| Performance Chemicals | FC-600 | 190,000 | 1,900 | 1,900 | HSH-HSCl-HSF-CrudePHSF-fractionated PHSF-NR EtFHSA- Sultone foamer |
| Performance Chemicals | FC-600F | 650,000 | 2,800 | 3,200 | HSH-HSCl-HSF-CrudePHSF-fractionated PHSF-NR EtFHSA- Acrylic foamer |
| Performance Chemicals | FC-603F | 350,000 | 1,700 | 1,700 | HSH-HSCl-HSF-CrudePHSF-fractionated PHSF-NR EtFHSA- Acrylic foamer |
| Performance Chemicals | FC-725 | 17,000 | 4,900 | 4,900 | MeFOSEMA/BMA/LMA/MAA |
| Performance Chemicals | FC-740 | 19,000 | 9,500 | 330 | MeFOSEMA/ODMA |
| Performance Chemicals | FC-742 | 18,000 | 9,000 | 7,200 | EtFOSEMA/ODMA |
| Performance Chemicals | FC-750 | 1,100 | 550 | 2,000 | EtFOSEMA CWA |
| Performance Chemicals | FC-754 | 35,000 | 18,000 | 360 | C8F17SO2NHC3H6N(CH3)3+I, isopropanol, water |
| Performance Chemicals | FC-759 | 71,000 | 18,000 | 13,000 | MCL/FC QuatC8 |
| Performance Chemicals | FC-760 | 5,700 | 5,700 | 9,100 | MeFOSE A/A 174/AA/HPA |
| Performance Chemicals | | | | 3,200 | Quat Ammonium Iodid C8 |
| Performance Chemicals | FC-783F | 840,000 | 4,200 | 4,200 | HSH-HSCl-HSF-CrudePHSF-fractionated PHSF-NR EtFHSA- Acrylic foamer |
| Performance Chemicals | FC-786F | 34,000 | 100 | 86 | HSH-HSCl-HSF-CrudePHSF-fractionated PHSF-NR EtFHSA- Acrylic foamer |
| Performance Chemicals | FC-787F | 270,000 | 1,100 | 1,000 | HSH-HSCl-HSF-CrudePHSF-fractionated PHSF-NR EtFHSA- Acrylic foamer |
| Performance Chemicals | FC-93 | 5,400 | 1,300 | 1,200 | Ammonium PFOS SALT |
| Performance Chemicals | FC-94 | 1,500 | 370 | 350 | PFOS Li SALT |
| Performance Chemicals | FC-95 | 6,900 | 6,900 | 5,700 | PFOS |
| Performance Chemicals | FC-96 | 1,000 | 250 | 240 | PFOS |
| Performance Chemicals | FC-99 | 22,000 | 5,400 | 4,300 | PFOS DEA SALT |
| Performance Chemicals | FX-10 | 1,900 | 1,900 | 1,600 | EtFOSE alcohol |
| Performance Chemicals | FX-12 | 26,000 | 26,000 | 24,000 | EtFOSA |
| Performance Chemicals | FX-13 | 1,400 | 1,400 | 1,100 | N-EtFOSA |
| Performance Chemicals | FX-14 | 100 | 100 | 76 | N-EtFOSEMA |
| Performance Chemicals | SC-4040 | 470 | 14 | 1 | Acrylic foamer, PFOS filmer, Steol FS-406, triethanolamine, sodium octylsulfate, butyl carbitol |
| Total | 72 products | 21,000,000 | 3,800,000 | 2,300,000 | |

* PFOS eqv. were calculated based on weight percentages provided by 3M

Battelle    08/09/1999

06 141896

A-2

CONFIDENTIAL - SUBJECT TO AFFF MDL PROTECTIVE ORDER

06 141897

# Appendix B.
## Aftermarket/Consumer Release Estimates

CONFIDENTIAL - SUBJECT TO AFFF MDL
PROTECTIVE ORDER

Business Sensitive

Table B-1. Aftermarket/Consumer, Releases by Process Step
*all quantities are for annual sales (1997)*

| Process Step | Supply Chain Step | City | State | Trade Name | Total Material Produced (lbs) | Input Material (lbs) | other TOC | Air % | Water % | Solid % | Air | Water | Solid |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Product Distribution (drum disposal) | Supply Chain AC-1 | Holland | MI | FC-138/FCC-2 | 180,000 | 48,000 | 27,000 | 1,700 | 0.0% | 2.9% | 0.0% | 87 | 780 |
| Product Distribution (drum disposal) | Supply Chain AC-2 | Prairie du Chien | WI | FC-138/FCC-2 | 18,000 | 10,000 | 5,600 | 27,000 | 0.0% | 2.9% | 0.0% | 1,400 | 160 |
| Product Distribution (drum disposal) | Supply Chain AC-3 | Elkhart | IN | FC-138/FCC-2 | 310,000 | 37,000 | 15,000 | 5,600 | 0.0% | 2.9% | 0.0% | 290 | 440 |
| Product Distribution (drum disposal) | Supply Chain AC-4 | Foley | MN | FC-1861 | 460,000 | 55,000 | 23,000 | 15,000 | 0.0% | 2.9% | 0.0% | 1,100 | 670 |
| Product Distribution (drum disposal) | Supply Chain AC-3 | Elkhart | IN | FC-1861 | 52 | 27 | 21 | 23,000 | 0.0% | 2.9% | 0.0% | 1,600 | 1 |
| Product Distribution (drum disposal) | Supply Chain AC-3 | Holland | MI | FC-129 | 1,200 | 630 | 490 | 21 | 0.0% | 2.9% | 0.0% | 1 | 14 |
| Product Distribution (drum disposal) | Supply Chain AC-1 | Prairie du Chien | WI | FC-129 | 52 | 27 | 21 | 490 | 0.0% | 2.9% | 0.0% | 18 | 1 |
| Product Distribution (drum disposal) | Supply Chain AC-2 | | | FC-129 | | | | 21 | | | | | |
| Mix Tank | Supply Chain AC-1 | Holland | MI | FC-138/FCC-2 | 11,000 | 2,900 | 1,700 | | 0.0% | 6.3% | 0.0% | 180 | 110 |
| Mix Tank | Supply Chain AC-2 | Prairie du Chien | WI | FC-138/FCC-2 | 170,000 | 47,000 | 26,000 | 1,700 | 0.0% | 6.3% | 0.0% | 3,000 | 1,600 |
| Mix Tank | Supply Chain AC-3 | Elkhart | IN | FC-138/FCC-2 | 37,000 | 9,700 | 5,400 | 26,000 | 0.0% | 6.3% | 0.0% | 610 | 340 |
| Mix Tank | Supply Chain AC-3 | Elkhart | IN | FC-1861 | 300,000 | 36,000 | 14,000 | 5,400 | 0.0% | 6.3% | 0.0% | 2,300 | 950 |
| Mix Tank | Supply Chain AC-3 | Foley | MN | FC-1861 | 450,000 | 53,000 | 22,000 | 14,000 | 0.0% | 6.3% | 0.0% | 0 | 0 |
| Mix Tank | Supply Chain AC-4 | Elkhart | IN | FC-1861 | 50 | 26 | 20 | 22,000 | 0.0% | 6.3% | 0.0% | 2 | 1 |
| Mix Tank | Supply Chain AC-1 | Holland | MI | FC-129 | 1,200 | 610 | 480 | 20 | 0.0% | 6.3% | 0.0% | 38 | 30 |
| Mix Tank | Supply Chain AC-2 | Prairie du Chien | WI | FC-129 | 50 | 26 | 20 | 480 | 0.0% | 6.3% | 0.0% | 2 | 1 |
| Filling | Supply Chain AC-1 | Holland | MI | FC-138/FCC-2 | 10,000 | 2,700 | 1,500 | | 0.0% | 0.5% | 0.0% | 14 | 8 |
| Filling | Supply Chain AC-2 | Prairie du Chien | WI | FC-138/FCC-2 | 160,000 | 44,000 | 25,000 | 1,500 | 0.0% | 0.5% | 0.0% | 220 | 130 |
| Filling | Supply Chain AC-3 | Elkhart | IN | FC-138/FCC-2 | 35,000 | 9,100 | 5,100 | 25,000 | 0.0% | 0.5% | 0.0% | 46 | 26 |
| Filling | Supply Chain AC-3 | Elkhart | IN | FC-1861 | 280,000 | 34,000 | 14,000 | 5,100 | 0.0% | 0.5% | 0.0% | 170 | 70 |
| Filling | Supply Chain AC-4 | Foley | MN | FC-1861 | 450,000 | 53,000 | 22,000 | 14,000 | 0.0% | 0.5% | 0.0% | 270 | 110 |
| Filling | Supply Chain AC-1 | Elkhart | IN | FC-129 | 47 | 25 | 19 | 22,000 | 0.0% | 0.5% | 0.0% | 3 | 2 |
| Filling | Supply Chain AC-1 | Holland | MI | FC-129 | 1,100 | 570 | 450 | 19 | 0.0% | 0.5% | 0.0% | 3 | 2 |
| Filling | Supply Chain AC-2 | Prairie du Chien | WI | FC-129 | 47 | 25 | 19 | 450 | 0.0% | 0.5% | 0.0% | 3 | 1 |
| Water Bath (reject disposal) | Supply Chain AC-1 | Holland | MI | FC-1861 | 10,000 | 2,700 | 1,500 | | 21.5% | 0.0% | 0.0% | 7,100 | 3,000 |
| Water Bath (reject disposal) | Supply Chain AC-3 | Elkhart | IN | FC-1861 | 34,000 | 9,100 | 5,100 | 1,500 | 21.5% | 0.0% | 0.0% | 0 | 0 |
| Water Bath (reject disposal) | Supply Chain AC-3 | Elkhart | IN | FC-1861 | 280,000 | 33,000 | 14,000 | 5,100 | 21.5% | 0.0% | 0.0% | 0 | 1 |
| Application | | Gen. U.S. | | FC-1861 | 280,000 | 21,000 | 14,000 | 14,000 | 0.0% | 0.0% | 0.0% | 0 | 0 |
| Application | | Gen. U.S. | | FC-1861 | 21,000 | 5,500 | 3,100 | | 0.0% | 0.0% | 0.0% | 0 | 0 |
| Application | | Gen. U.S. | | FC-138/FCC-2 | 5,200 | 1,400 | 760 | | 0.0% | 0.0% | 0.0% | 450 | 260 |
| Application | | Gen. U.S. | | FC-138/FCC-2 | 8,100 | 2,100 | 1,200 | | 0.0% | 0.0% | 0.0% | 0 | 0 |
| Application | | Gen. U.S. | | FC-1861 | 99,000 | 26,000 | 15,000 | | 0.0% | 0.0% | 0.0% | 0 | 0 |
| Application | | Gen. U.S. | | FC-138/FCC-2 | 46,000 | 12,000 | 6,900 | | 0.0% | 0.0% | 0.0% | 0 | 0 |
| Application | | Gen. U.S. | | FC-138/FCC-2 | 5,100 | 1,400 | 760 | | 0.0% | 0.0% | 0.0% | 0 | 0 |
| Application | | Gen. U.S. | | FC-138/FCC-2 | 9,300 | 2,500 | 1,400 | | 0.0% | 0.0% | 0.0% | 0 | 0 |
| Application | | Gen. U.S. | | FC-138/FCC-2 | 1,700 | 450 | 250 | | 0.0% | 0.0% | 0.0% | 0 | 0 |
| Application | | Gen. U.S. | | FC-1861 | 360 | 360 | 360 | | 0.0% | 0.0% | 0.0% | 0 | 0 |
| Application | | Gen. U.S. | | FC-1861 | 440,000 | 53,000 | 22,000 | | 0.0% | 0.0% | 0.0% | 0 | 0 |
| Application | | Gen. U.S. | | FC-138/FCC-2 | 10,000 | 2,700 | 1,500 | | 0.0% | 0.0% | 0.0% | 0 | 0 |
| Application | | Gen. U.S. | | FC-129 | 47 | 24 | 19 | | 0.0% | 0.0% | 0.0% | 0 | 0 |
| Application | | Gen. U.S. | | FC-129 | 1,100 | 570 | 440 | | 0.0% | 0.0% | 0.0% | 0 | 0 |
| Application | | Gen. U.S. | | FC-129 | 47 | 24 | 19 | | 0.0% | 0.0% | 0.0% | 0 | 0 |
| Sprayer Cleaning | Furniture Warehouse | Gen. U.S. | | FC-1861 | 30,000 | 3,600 | 1,500 | 220 | 0.0% | 1.0% | 0.0% | 5 | 2 |
| Container Disposal | Landfill | Gen. U.S. | | FC-1861 | 36,000 | 30,000 | 1,500 | 1,500 | 0.0% | 0.0% | 100.0% | 3,600 | 1,600 |
| Container Disposal | Landfill | Gen. U.S. | | FC-138/FCC-2 | 8,000 | 8,000 | 1,200 | 1,200 | 0.0% | 0.0% | 100.0% | 2,100 | 1,200 |
| Container Disposal | Landfill | Gen. U.S. | | FC-129 | 41 | 22 | 17 | 17 | 0.0% | 0.0% | 100.0% | 22 | 17 |
| Container Disposal | Recycling | Gen. U.S. | | FC-1861 | 5,400 | 5,400 | 230 | 230 | 0.0% | 0.0% | 0.0% | 570 | 230 |

06 141898

CONFIDENTIAL - SUBJECT TO AFFF MDL PROTECTIVE ORDER    3M_AFFF_MDL00019275

Business Sensitive

| Category | End Use | Geo | | Base Material/Product (lbs) | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Container Disposal | Recycling | Gen. U.S. | - | FC-138/FC-2 | - | 960 | 210 | 120 | 0.0% | 100.0% | 0.0% | 0 | 210 | 0 | 120 | 0 |
| Container Disposal | Recycling | Gen. U.S. | - | FC-129 | 8 | 4 | 3 | 0.0% | 100.0% | 0.0% | 0 | 4 | 0 | 3 | 0 |
| Container Disposal | Incineration | Gen. U.S. | - | FC-1861 | 4,000 | 480 | 200 | n/a | n/a | n/a | - | - | - | - | - |
| Container Disposal | Incineration | Gen. U.S. | - | FC-138/FC-2 | 740 | 200 | 110 | n/a | n/a | n/a | - | - | - | - | - |
| Container Disposal | Incineration | Gen. U.S. | - | FC-129 | 10 | 5 | 4 | n/a | n/a | n/a | - | - | - | - | - |
| Drying | Clothing | Gen. U.S. | - | FC-1861 | 190,000 | 22,000 | 9,000 | 0.0% | 0.0% | 0.0% | 0 | 0 | 0 | 0 | 0 |
| Drying | Clothing | Gen. U.S. | - | FC-138/FC-2 | 5,400 | 1,400 | 790 | 0.0% | 0.0% | 0.0% | 0 | 0 | 0 | 0 | 0 |
| Drying | Carpet | Gen. U.S. | - | FC-138/FC-2 | 180,000 | 49,000 | 27,000 | 0.0% | 0.0% | 0.0% | 0 | 0 | 0 | 0 | 0 |
| Drying | Carpet | Gen. U.S. | - | FC-129 | 45 | 23 | 18 | 0.0% | 0.0% | 0.0% | 0 | 0 | 0 | 0 | 0 |
| Drying | Flooring | Gen. U.S. | - | FC-129 | 1,100 | 570 | 440 | 0.0% | 0.0% | 0.0% | 0 | 0 | 0 | 0 | 0 |
| Drying | Furniture | Gen. U.S. | - | FC-1861 | 440,000 | 53,000 | 22,000 | 0.0% | 0.0% | 0.0% | 0 | 0 | 0 | 0 | 0 |
| Drying | Automotive fabric and carpet | Gen. U.S. | - | FC-138/FC-2 | 9,900 | 2,700 | 1,500 | 0.0% | 0.0% | 0.0% | 0 | 0 | 0 | 0 | 0 |
| Coated Product Use | Clothing | Gen. U.S. | - | FC-1861 | 190,000 | 22,000 | 9,000 | 72.7% | 72.7% | 0.0% | 16,000 | 16,000 | 0 | 6,500 | 0 |
| Coated Product Use | Clothing | Gen. U.S. | - | FC-138/FC-2 | 5,400 | 1,400 | 790 | 72.7% | 72.7% | 0.0% | 1,000 | 1,000 | 0 | 570 | 0 |
| Coated Product Use | Carpet | Gen. U.S. | - | FC-138/FC-2 | 180,000 | 49,000 | 27,000 | 44.6% | 49.8% | 0.0% | 22,000 | 24,000 | 0 | 12,000 | #### |
| Coated Product Use | Carpet | Gen. U.S. | - | FC-129 | 45 | 23 | 18 | 44.6% | 49.8% | 0.0% | 10 | 11 | 0 | 8 | 9 |
| Coated Product Use | Flooring | Gen. U.S. | - | FC-129 | 1,100 | 570 | 440 | 60.0% | 0.0% | 0.0% | 340 | 0 | 0 | 260 | 0 |
| Coated Product Use | Furniture | Gen. U.S. | - | FC-1861 | 440,000 | 53,000 | 22,000 | 0.0% | 53.0% | 0.0% | 0 | 28,000 | 0 | 0 | #### |
| Coated Product Use | Automotive fabric and carpet | Gen. U.S. | - | FC-138/FC-2 | 9,900 | 2,700 | 1,500 | 0.0% | 53.0% | 0.0% | 0 | 1,400 | 0 | 0 | 800 |
| Coated Product Disposal | Landfill | Gen. U.S. | - | FC-138/FC-2 | 14,000 | 3,600 | 2,100 | 0.0% | 100.0% | 0.0% | 0 | 3,600 | 0 | 0 | 2,100 |
| Coated Product Disposal | Landfill | Gen. U.S. | - | FC-1861 | 210,000 | 26,000 | 11,000 | 0.0% | 100.0% | 0.0% | 0 | 26,000 | 0 | 0 | #### |
| Coated Product Disposal | Landfill | Gen. U.S. | - | FC-129 | 360 | 190 | 150 | 0.0% | 100.0% | 0.0% | 0 | 190 | 0 | 0 | 150 |
| Coated Product Disposal | Incineration | Gen. U.S. | - | FC-138/FC-2 | 2,800 | 750 | 420 | n/a | n/a | n/a | - | - | - | - | - |
| Coated Product Disposal | Incineration | Gen. U.S. | - | FC-1861 | 44,000 | 1,000 | 2,000 | n/a | n/a | n/a | - | - | - | - | - |
| Coated Product Disposal | Incineration | Gen. U.S. | - | FC-129 | 74 | 39 | 30 | n/a | n/a | n/a | - | - | - | - | - |

a The release categories of air, water, and solid refer to the mode of initial release, how much transfer are expected or substances move through the environment.

06 141899

B-2

08/09/1999

Battelle

06 141900

**Appendix C.**
**Apparel Release Estimates**

CONFIDENTIAL - SUBJECT TO AFFF MDL
PROTECTIVE ORDER

Business Sensitive

**Table C-1. Apparel, Releases by Process Step**
*all quantities are for annual sales (1997)*

| Process Step | Location Name | Other | State | Input Material | Sold Rounded (lbs) | Total Material (lbs, to product) | (lbs PFOS) | Loss % Air | Loss % Water | Loss % Solid | PC Release Air | PC Release Water | PC Release Solid | PFOS Release Air | PFOS Release Water | PFOS Release Solid |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Product Distribution | Supply Chain A-1 | Augusta | GA | FC-248 | 240,000 | 70,000 | 28,000 | 0.0% | 0.8% | 0.0% | 0 | 530 | 0 | 0 | 210 | 0 |
| Product Distribution | Supply Chain A-2 | Spartanburg | SC | FC-248 | 58,000 | 17,000 | 6,900 | 0.0% | 0.8% | 0.0% | 0 | 130 | 0 | 0 | 52 | 0 |
| Product Distribution | Supply Chain A-3 | Lumberton | NC | FC-248 | 46,000 | 14,000 | 5,500 | 0.0% | 0.8% | 0.0% | 0 | 110 | 0 | 0 | 41 | 0 |
| Product Distribution | Supply Chain A-4 | Society Hill | SC | FC-248 | 41,000 | 12,000 | 4,800 | 0.0% | 0.8% | 0.0% | 0 | 90 | 0 | 0 | 36 | 0 |
| Product Distribution | Supply Chain A-5 | Greensboro | NC | FC-248 | 41,000 | 12,000 | 4,800 | 0.0% | 0.8% | 0.0% | 0 | 90 | 0 | 0 | 36 | 0 |
| Product Distribution | Supply Chain A-6 | Grand Rapids | MI | FC-3573 | 110,000 | 33,000 | 1,100 | 0.0% | 0.8% | 0.0% | 0 | 250 | 0 | 0 | 8 | 0 |
| Product Distribution | Supply Chain A-1 | Augusta | GA | FC-461 | 23,000 | 6,500 | 2,700 | 0.0% | 0.8% | 0.0% | 0 | 49 | 0 | 0 | 20 | 0 |
| Product Distribution | Supply Chain A-2 | Spartanburg | SC | FC-461 | 10,000 | 2,800 | 1,200 | 0.0% | 0.8% | 0.0% | 0 | 21 | 0 | 0 | 9 | 0 |
| Product Distribution | Supply Chain A-7 | Spartanburg | SC | FC-461 | 660 | 190 | 78 | 0.0% | 0.8% | 0.0% | 0 | 1.5 | 0 | 0 | 0.6 | 0 |
| Product Distribution | Other | Unspecified | - | FC-248 | 160,000 | 46,000 | 19,000 | 0.0% | 0.8% | 0.0% | 0 | 350 | 0 | 0 | 140 | 0 |
| Product Distribution | Other | Unspecified | - | FC-248 | 88,000 | 26,000 | 880 | 0.0% | 0.8% | 0.0% | 0 | 200 | 0 | 0 | 7 | 0 |
| Product Distribution | Other | Unspecified | - | FC-461 | 76,000 | 21,000 | 9,000 | 0.0% | 0.8% | 0.0% | 0 | 160 | 0 | 0 | 68 | 0 |
| Application | Supply Chain A-1 | Augusta | GA | FC-248 | 240,000 | 69,000 | 28,000 | 0.0% | 4.3% | 0.0% | 0 | 2,900 | 0 | 0 | 1,200 | 0 |
| Application | Supply Chain A-2 | Spartanburg | SC | FC-248 | 58,000 | 17,000 | 6,800 | 0.0% | 4.3% | 0.0% | 0 | 720 | 0 | 0 | 290 | 0 |
| Application | Supply Chain A-3 | Lumberton | NC | FC-248 | 46,000 | 14,000 | 5,500 | 0.0% | 4.3% | 0.0% | 0 | 600 | 0 | 0 | 230 | 0 |
| Application | Supply Chain A-4 | Society Hill | SC | FC-248 | 41,000 | 12,000 | 4,800 | 0.0% | 4.3% | 0.0% | 0 | 510 | 0 | 0 | 200 | 0 |
| Application | Supply Chain A-5 | Greensboro | NC | FC-248 | 41,000 | 12,000 | 4,800 | 0.0% | 4.3% | 0.0% | 0 | 510 | 0 | 0 | 200 | 0 |
| Application | Supply Chain A-6 | Grand Rapids | MI | FC-3573 | 110,000 | 33,000 | 1,100 | 0.0% | 9.3% | 0.0% | 0 | 3,100 | 0 | 0 | 100 | 0 |
| Application | Supply Chain A-1 | Augusta | GA | FC-461 | 23,000 | 6,500 | 2,700 | 0.0% | 4.3% | 0.0% | 0 | 280 | 0 | 0 | 110 | 0 |
| Application | Supply Chain A-2 | Spartanburg | SC | FC-461 | 9,900 | 2,800 | 1,200 | 0.0% | 4.3% | 0.0% | 0 | 120 | 0 | 0 | 51 | 0 |
| Application | Supply Chain A-7 | Spartanburg | SC | FC-461 | 660 | 190 | 77 | 0.0% | 4.3% | 0.0% | 0 | 8 | 0 | 0 | 3 | 0 |
| Application | Other | Unspecified | - | FC-248 | 160,000 | 46,000 | 19,000 | 0.0% | 4.3% | 0.0% | 0 | 2,000 | 0 | 0 | 810 | 0 |
| Application | Other | Unspecified | - | FC-3573 | 87,000 | 26,000 | 870 | 0.0% | 9.3% | 0.0% | 0 | 2,400 | 0 | 0 | 80 | 0 |
| Application | Other | Unspecified | - | FC-461 | 75,000 | 21,000 | 8,900 | 0.0% | 4.3% | 0.0% | 0 | 890 | 0 | 0 | 380 | 0 |
| Mechanical Processing/Roll Sizing | Supply Chain A-1 | Augusta | GA | FC-248 | 230,000 | 67,000 | 27,000 | 0.0% | 0.0% | 4.6% | 0 | 0 | 3,100 | 0 | 0 | 1,200 |
| Mechanical Processing/Roll Sizing | Supply Chain A-2 | Spartanburg | SC | FC-248 | 55,000 | 16,000 | 6,600 | 0.0% | 0.0% | 4.6% | 0 | 0 | 740 | 0 | 0 | 300 |
| Mechanical Processing/Roll Sizing | Supply Chain A-3 | Lumberton | NC | FC-248 | 44,000 | 13,000 | 5,200 | 0.0% | 0.0% | 4.6% | 0 | 0 | 600 | 0 | 0 | 240 |
| Mechanical Processing/Roll Sizing | Supply Chain A-4 | Society Hill | SC | FC-248 | 39,000 | 11,000 | 4,600 | 0.0% | 0.0% | 4.6% | 0 | 0 | 510 | 0 | 0 | 210 |
| Mechanical Processing/Roll Sizing | Supply Chain A-5 | Greensboro | NC | FC-248 | 39,000 | 11,000 | 4,600 | 0.0% | 0.0% | 4.6% | 0 | 0 | 510 | 0 | 0 | 210 |
| Mechanical Processing/Roll Sizing | Supply Chain A-6 | Grand Rapids | MI | FC-3573 | 99,000 | 30,000 | 990 | 0.0% | 0.0% | 4.6% | 0 | 0 | 1,400 | 0 | 0 | 46 |
| Mechanical Processing/Roll Sizing | Supply Chain A-1 | Augusta | GA | FC-461 | 22,000 | 6,200 | 2,600 | 0.0% | 0.0% | 4.6% | 0 | 0 | 290 | 0 | 0 | 120 |
| Mechanical Processing/Roll Sizing | Supply Chain A-2 | Spartanburg | SC | FC-461 | 9,500 | 2,700 | 1,100 | 0.0% | 0.0% | 4.6% | 0 | 0 | 120 | 0 | 0 | 51 |
| Mechanical Processing/Roll Sizing | Supply Chain A-7 | Spartanburg | SC | FC-461 | 630 | 180 | 74 | 0.0% | 0.0% | 4.6% | 0 | 0 | 8 | 0 | 0 | 3 |
| Mechanical Processing/Roll Sizing | Other | Unspecified | - | FC-248 | 150,000 | 44,000 | 18,000 | 0.0% | 0.0% | 4.6% | 0 | 0 | 2,000 | 0 | 0 | 830 |
| Mechanical Processing/Roll Sizing | Other | Unspecified | - | FC-3573 | 79,000 | 23,000 | 790 | 0.0% | 0.0% | 4.6% | 0 | 0 | 1,100 | 0 | 0 | 36 |
| Mechanical Processing/Roll Sizing | Other | Unspecified | - | FC-461 | 72,000 | 20,000 | 8,600 | 0.0% | 0.0% | 4.6% | 0 | 0 | 920 | 0 | 0 | 400 |
| QC Lab | Supply Chain A-1 | Augusta | GA | FC-248 | 220,000 | 63,000 | 25,000 | 0.0% | 0.0% | 3.0% | 0 | 0 | 1,900 | 0 | 0 | 750 |
| QC Lab | Supply Chain A-2 | Spartanburg | SC | FC-248 | 53,000 | 15,000 | 6,300 | 0.0% | 0.0% | 3.0% | 0 | 0 | 450 | 0 | 0 | 190 |
| QC Lab | Supply Chain A-3 | Lumberton | NC | FC-248 | 42,000 | 13,000 | 5,000 | 0.0% | 0.0% | 3.0% | 0 | 0 | 390 | 0 | 0 | 150 |
| QC Lab | Supply Chain A-4 | Society Hill | SC | FC-248 | 37,000 | 11,000 | 4,400 | 0.0% | 0.0% | 3.0% | 0 | 0 | 330 | 0 | 0 | 130 |
| QC Lab | Supply Chain A-5 | Greensboro | NC | FC-248 | 37,000 | 11,000 | 4,400 | 0.0% | 0.0% | 3.0% | 0 | 0 | 330 | 0 | 0 | 130 |
| QC Lab | Supply Chain A-6 | Grand Rapids | MI | FC-3573 | 95,000 | 28,000 | 950 | 0.0% | 0.0% | 3.0% | 0 | 0 | 840 | 0 | 0 | 29 |

Battelle          08/09/1999

C-1

06 141901

CONFIDENTIAL - SUBJECT TO AFFF MDL PROTECTIVE ORDER

3M_AFFF_MDL00019278

Business Sensitive

| Process Step | Location Name | City | State | Input Volume | Product (lbs) | Input Material (lbs. PFOS) | Losses (% of input)* Air | Water | Solid | Losses (lbs)* Air | Water | Solid | PFOS Releases (lbs) Air | Water | Solid |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| QC Lab | Supply Chain A-1 | Augusta | GA | FC-461 | 21,000 | 5,900 | 2,400 | 0.0% | 0.0% | 3.0% | 0 | 0 | 180 | 0 | 0 | 72 |
| QC Lab | Supply Chain A-2 | Spartanburg | SC | FC-461 | 9,100 | 2,500 | 1,100 | 0.0% | 0.0% | 3.0% | 0 | 0 | 75 | 0 | 0 | 33 |
| QC Lab | Supply Chain A-7 | Spartanburg | SC | FC-461 | 600 | 170 | 71 | 0.0% | 0.0% | 3.0% | 0 | 0 | 5 | 0 | 0 | 2 |
| QC Lab | Other | Unspecified | - | FC-248 | 150,000 | 42,000 | 17,000 | 0.0% | 0.0% | 3.0% | 0 | 0 | 1,300 | 0 | 0 | 510 |
| QC Lab | Other | Unspecified | - | FC-3573 | 76,000 | 22,000 | 760 | 0.0% | 0.0% | 3.0% | 0 | 0 | 660 | 0 | 0 | 23 |
| QC Lab | Other | Unspecified | - | FC-461 | 69,000 | 19,000 | 8,300 | 0.0% | 0.0% | 3.0% | 0 | 0 | 570 | 0 | 0 | 250 |
| Cut and Sew Garment | Unknown | Unknown | - | FC-248 | 520,000 | 150,000 | 61,000 | 0.0% | 0.0% | 10.0% | 0 | 0 | 15,000 | 0 | 0 | 6,100 |
| Cut and Sew Garment | Unknown | Unknown | - | FC-3573 | 170,000 | 49,000 | 1,700 | 0.0% | 0.0% | 10.0% | 0 | 0 | 4,900 | 0 | 0 | 170 |
| Cut and Sew Garment | Unknown | Unknown | - | FC-461 | 30,000 | 8,300 | 3,500 | 0.0% | 0.0% | 10.0% | 0 | 0 | 830 | 0 | 0 | 350 |
| Consumer Laundering | Casual Workwear | Gen. US | - | FC-248 | 460,000 | 140,000 | 55,000 | 0.0% | 72.7% | 0.0% | 0 | 100,000 | 0 | 0 | 40,000 | 0 |
| Consumer Laundering | Leather Goods | Gen. US | - | FC-3573 | 150,000 | 44,000 | 1,500 | 0.0% | 0.0% | 2.9% | 0 | 0 | 1,300 | 0 | 0 | 44 |
| Consumer Laundering | Outerwear | Gen. US | - | FC-461 | 27,000 | 7,500 | 3,100 | 0.0% | 50.7% | 0.0% | 0 | 3,800 | 0 | 0 | 1,600 | 0 |
| Disposal | Landfill | Gen. US | - | FC-248 | 110,000 | 31,000 | 12,000 | 0.0% | 0.0% | 100.0% | 0 | 0 | 31,000 | 0 | 0 | 12,000 |
| Disposal | Landfill | Gen. US | - | FC-3573 | 120,000 | 36,000 | 1,200 | 0.0% | 0.0% | 100.0% | 0 | 0 | 36,000 | 0 | 0 | 1,200 |
| Disposal | Landfill | Gen. US | - | FC-461 | 11,000 | 3,100 | 1,300 | 0.0% | 0.0% | 100.0% | 0 | 0 | 3,100 | 0 | 0 | 1,300 |
| Disposal | Incineration | Gen. US | - | FC-248 | 22,000 | 6,300 | 2,500 | n/a | n/a | n/a | - | - | - | - | - | - |
| Disposal | Incineration | Gen. US | - | FC-3573 | 25,000 | 7,300 | 250 | n/a | n/a | n/a | - | - | - | - | - | - |
| Disposal | Incineration | Gen. US | - | FC-461 | 2,200 | 630 | 260 | n/a | n/a | n/a | - | - | - | - | - | - |

* The three categories of Air, Water, and Solid refer to the mode of initial release. Inter-media transfers are expected in subsequent steps through the environment.

Battelle    08/05/1999    C-2

06 141902

CONFIDENTIAL - SUBJECT TO AFFF MDL PROTECTIVE ORDER

06 141903

# Appendix D.
# Carpet Release Estimates

## Table D.1. Carpet, Releases by Process Step

all quantities are for annual rates (1997)

| Process Step | Supply Chain | City | State | Trade Identity | Product (lbs) | Input (lbs) | Input (lbs) | Loss % Lower | Loss % Upper | Loss % Lower | Loss % Upper | Release Lower (lbs) | Release Upper (lbs) | Release Lower (lbs) | Release Upper (lbs) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Drum Transportation (Product Distribution) | Supply Chain C-1 | Pensacola | FL | FC-364/FC-398 | 280,000 | 58,000 | 19,000 | 0.0% | 2.0% | 0.0% | 2.0% | 0 | 1,200 | 0 | 380 |
| Drum Transportation (Product Distribution) | Supply Chain C-1 | Pensacola | FL | FC-365 | 850,000 | 170,000 | 98,000 | 0.0% | 2.0% | 0.0% | 2.0% | 0 | 3,400 | 0 | 2,000 |
| Drum Transportation (Product Distribution) | Supply Chain C-2 | Dalton | GA | FC-364/FC-398 | 360,000 | 16,000 | 18,000 | 0.0% | 2.0% | 0.0% | 2.0% | 0 | 980 | 0 | 320 |
| Drum Transportation (Product Distribution) | Supply Chain C-2 | Dalton | GA | FC-1367 | 360,000 | 57,000 | 36,000 | 0.0% | 2.0% | 0.0% | 2.0% | 0 | 1,100 | 0 | 720 |
| Drum Transportation (Product Distribution) | Supply Chain C-3 | Dalton | GA | FC-1367 | 390,000 | 62,000 | 39,000 | 0.0% | 2.0% | 0.0% | 2.0% | 0 | 1,200 | 0 | 780 |
| Drum Transportation (Product Distribution) | Supply Chain C-4 | Dalton | GA | FC-1367 | 260,000 | 41,000 | 26,000 | 0.0% | 2.0% | 0.0% | 2.0% | 0 | 820 | 0 | 520 |
| Drum Transportation (Product Distribution) | Supply Chain C-4 | Dalton | GA | FC-1367 | 210,000 | 33,000 | 21,000 | 0.0% | 2.0% | 0.0% | 2.0% | 0 | 660 | 0 | 420 |
| Drum Transportation (Product Distribution) | Supply Chain C-4 | Dalton | GA | FC-1367 | 990,000 | 160,000 | 99,000 | 0.0% | 2.0% | 0.0% | 2.0% | 0 | 3,200 | 0 | 2,000 |
| Drum Transportation (Product Distribution) | Other | - | - | FC-1367 | 390,000 | 62,000 | 39,000 | 0.0% | 2.0% | 0.0% | 2.0% | 0 | 1,200 | 0 | 780 |
| Ceramic Guide Application (Fiber Treatment) | Supply Chain C-1 | Pensacola | FL | FC-364/FC-398 | 270,000 | 57,000 | 19,000 | 0.5% | 3.0% | 0.5% | 3.0% | 290 | 1,700 | 95 | 570 |
| Ceramic Guide Application (Fiber Treatment) | Supply Chain C-1 | Pensacola | FL | FC-365 | 830,000 | 170,000 | 96,000 | 0.5% | 3.0% | 0.5% | 3.0% | 850 | 5,100 | 480 | 2,900 |
| Ceramic Guide Application (Fiber Treatment) | Supply Chain C-3 | Dalton | GA | FC-364/FC-398 | - | - | - | 0.5% | 3.0% | 0.5% | 3.0% | - | - | - | - |
| Ceramic Guide Application (Fiber Treatment) | Other | - | - | FC-1367 | - | - | - | 0.5% | 3.0% | 0.5% | 3.0% | - | - | - | - |
| Mill Processing (Tufting and Drying) | Unknown | Dalton | GA | FC-364/FC-398 | 240,000 | 49,000 | 15,000 | 0.0% | 23.0% | 0.0% | 25.0% | 0 | 12,000 | 0 | 3,800 |
| Mill Processing (Tufting and Drying) | Unknown | Dalton | GA | FC-365 | 720,000 | 140,000 | 67,000 | 0.0% | 23.0% | 0.0% | 25.0% | 0 | 35,000 | 0 | 17,000 |
| Mill Processing (Tufting and Drying) | Unknown | Unknown | - | FC-364/FC-398 | 26,000 | 5,500 | 1,800 | 0.0% | 23.0% | 0.0% | 25.0% | 0 | 1,400 | 0 | 450 |
| Mill Processing (Tufting and Drying) | Unknown | Unknown | - | FC-365 | 80,000 | 16,000 | 9,300 | 0.0% | 23.0% | 0.0% | 25.0% | 0 | 4,000 | 0 | 2,300 |
| Spray Application (Carpet Treatment)[b] | Unknown | Unknown | - | FC-364/FC-398 | - | - | - | 2.0% | 5.0% | 2.0% | 5.0% | - | - | - | - |
| Spray Application (Carpet Treatment)[b] | Unknown | Unknown | - | FC-365 | - | - | - | 2.0% | 5.0% | 2.0% | 5.0% | - | - | - | - |
| Spray Application (Carpet Treatment)[b] | Supply Chain C-2 | Dalton | GA | FC-364/FC-398 | 61,000 | 12,000 | 4,100 | 2.0% | 5.0% | 2.0% | 5.0% | 240 | 600 | 82 | 210 |
| Spray Application (Carpet Treatment)[b] | Supply Chain C-2 | Dalton | GA | FC-1367 | 350,000 | 56,000 | 35,000 | 2.0% | 5.0% | 2.0% | 5.0% | 1,100 | 2,800 | 700 | 1,800 |
| Spray Application (Carpet Treatment)[b] | Supply Chain C-3 | Dalton | GA | FC-1367 | 10,000 | 1,600 | 1,000 | 2.0% | 5.0% | 2.0% | 5.0% | 32 | 80 | 20 | 50 |
| Spray Application (Carpet Treatment)[b] | Supply Chain C-4 | Dalton | GA | FC-1367 | 10,000 | 1,600 | 1,000 | 2.0% | 5.0% | 2.0% | 5.0% | 32 | 80 | 20 | 50 |
| Spray Application (Carpet Treatment)[b] | Supply Chain C-6 | Dalton | GA | FC-1367 | 620,000 | 100,000 | 62,000 | 2.0% | 5.0% | 2.0% | 5.0% | 2,000 | 5,000 | 1,200 | 3,100 |
| Spray Application (Carpet Treatment)[b] | Other | Unknown | - | FC-1367 | 310,000 | 50,000 | 31,000 | 2.0% | 5.0% | 2.0% | 5.0% | 1,000 | 2,500 | 620 | 1,600 |
| Foam Application (Carpet Treatment) | Unknown | Dalton | GA | FC-364/FC-398 | - | - | - | 0.5% | 1.5% | 0.5% | 1.5% | - | - | - | - |
| Foam Application (Carpet Treatment) | Supply Chain C-2 | Dalton | GA | FC-1367 | 170,000 | 36,000 | 12,000 | 0.5% | 1.5% | 0.5% | 1.5% | 180 | 540 | 60 | 180 |
| Foam Application (Carpet Treatment) | Supply Chain C-3 | Dalton | GA | FC-1367 | 380,000 | 61,000 | 38,000 | 0.5% | 1.5% | 0.5% | 1.5% | 310 | 920 | 190 | 570 |
| Foam Application (Carpet Treatment) | Supply Chain C-4 | Dalton | GA | FC-1367 | 240,000 | 39,000 | 24,000 | 0.5% | 1.5% | 0.5% | 1.5% | 200 | 590 | 120 | 360 |
| Foam Application (Carpet Treatment) | Supply Chain C-5 | Dalton | GA | FC-1367 | 200,000 | 31,000 | 20,000 | 0.5% | 1.5% | 0.5% | 1.5% | 160 | 470 | 100 | 300 |
| Foam Application (Carpet Treatment) | Supply Chain C-6 | Dalton | GA | FC-1367 | 200,000 | 33,000 | 20,000 | 0.5% | 1.5% | 0.5% | 1.5% | 170 | 500 | 100 | 300 |
| Foam Application (Carpet Treatment) | Other | Unknown | - | FC-1367 | 69,000 | 11,000 | 6,900 | 0.5% | 1.5% | 0.5% | 1.5% | 55 | 170 | 35 | 100 |
| Co-Application (Carpet Treatment) | Other | Unknown | - | FC-364/FC-398 | - | - | - | 0.5% | 25.0% | 0.5% | 25.0% | - | - | - | - |
| Co-Application (Carpet Treatment) | | | | FC-365 | - | - | - | 0.5% | 25.0% | 0.5% | 25.0% | - | - | - | - |
| Co-Application (Carpet Treatment) | Supply Chain C-2 | Dalton | GA | FC-364/FC-398 | - | - | - | 0.5% | 25.0% | 0.5% | 25.0% | - | - | - | - |
| Co-Application (Carpet Treatment) | Supply Chain C-2 | Dalton | GA | FC-1367 | 150,000 | 24,000 | 15,000 | 0.5% | 25.0% | 0.5% | 25.0% | 120 | 6,000 | 75 | 3,800 |
| Co-Application (Carpet Treatment) | Supply Chain C-3 | Dalton | GA | FC-1367 | - | - | - | 0.5% | 25.0% | 0.5% | 25.0% | - | - | - | - |
| Co-Application (Carpet Treatment) | Supply Chain C-4 | Dalton | GA | FC-1367 | - | - | - | 0.5% | 25.0% | 0.5% | 25.0% | - | - | - | - |
| Co-Application (Carpet Treatment) | Supply Chain C-6 | Dalton | GA | FC-1367 | - | - | - | 0.5% | 25.0% | 0.5% | 25.0% | - | - | - | - |

06 141904

CONFIDENTIAL - SUBJECT TO AFFF MDL PROTECTIVE ORDER    3M_AFFF_MDL00019281

Business Sensitive

06 141905

D-2

| Phase Name | Installer Name | Other | Brand Name | | | | Min % | 25.0% | Release % | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Co-Application (Carpet Treatment) | Other | Unknown | FC-1367 | 180,000 | 37,000 | 11,000 | 0.0% | 25.0% | 1.0% | 0 | 0 | 370 | 0 | 110 |
| Shearing | Other | Unknown | FC-364/FC-398 | 540,000 | 110,000 | 50,000 | 0.0% | 0.0% | 1.0% | 0 | 0 | 1,100 | 0 | 500 |
| Shearing | Other | Unknown | FC-365 | 540,000 | 110,000 | 15,000 | 0.0% | 0.0% | 1.0% | 0 | 0 | 1,500 | 0 | 480 |
| Shearing | Supply Chain C2 Dalton | GA | FC-364/FC-398 | 230,000 | 46,000 | 15,000 | 0.0% | 0.0% | 3.2% | 0 | 0 | 1,600 | 0 | 990 |
| Shearing | Supply Chain C2 Dalton | GA | FC-1367 | 370,000 | 60,000 | 37,000 | 0.0% | 0.0% | 3.1% | 0 | 0 | 1,900 | 0 | 1,100 |
| Shearing | Supply Chain C3 Dalton | GA | FC-1367 | 250,000 | 39,000 | 25,000 | 0.0% | 0.0% | 3.1% | 0 | 0 | 1,200 | 0 | 780 |
| Shearing | Supply Chain C4 Dalton | GA | FC-1367 | 200,000 | 32,000 | 20,000 | 0.0% | 0.0% | 3.1% | 0 | 0 | 990 | 0 | 620 |
| Shearing | Supply Chain C5 Dalton | GA | FC-1367 | 870,000 | 140,000 | 87,000 | 0.0% | 0.0% | 3.1% | 0 | 0 | 4,300 | 0 | 2,700 |
| Shearing | Supply Chain C6 Dalton | GA | FC-1367 | 350,000 | 56,000 | 35,000 | 0.0% | 0.0% | 3.1% | 0 | 0 | 1,700 | 0 | 1,100 |
| Shearing | Other | Unknown | FC-1367 | 180,000 | 37,000 | 11,000 | 0.0% | 0.0% | 0.5% | 0 | 0 | 190 | 0 | 55 |
| Retail Sample Mfg | Other | Unknown | FC-364/FC-398 | 540,000 | 110,000 | 49,000 | 0.0% | 0.0% | 0.5% | 0 | 0 | 550 | 0 | 250 |
| Retail Sample Mfg | Other | Unknown | FC-365 | 220,000 | 45,000 | 15,000 | 0.0% | 0.0% | 0.5% | 0 | 0 | 230 | 0 | 75 |
| Retail Sample Mfg | Supply Chain C2 Dalton | GA | FC-364/FC-398 | 310,000 | 49,000 | 31,000 | 0.0% | 0.0% | 0.5% | 0 | 0 | 250 | 0 | 160 |
| Retail Sample Mfg | Supply Chain C2 Dalton | GA | FC-1367 | 360,000 | 58,000 | 36,000 | 0.0% | 0.0% | 0.5% | 0 | 0 | 290 | 0 | 180 |
| Retail Sample Mfg | Supply Chain C3 Dalton | GA | FC-1367 | 240,000 | 38,000 | 24,000 | 0.0% | 0.0% | 0.5% | 0 | 0 | 190 | 0 | 120 |
| Retail Sample Mfg | Supply Chain C4 Dalton | GA | FC-1367 | 190,000 | 31,000 | 19,000 | 0.0% | 0.0% | 0.5% | 0 | 0 | 160 | 0 | 95 |
| Retail Sample Mfg | Supply Chain C5 Dalton | GA | FC-1367 | 850,000 | 140,000 | 85,000 | 0.0% | 0.0% | 0.5% | 0 | 0 | 700 | 0 | 430 |
| Retail Sample Mfg | Supply Chain C6 Dalton | GA | FC-1367 | 340,000 | 54,000 | 34,000 | 0.0% | 0.0% | 0.5% | 0 | 0 | 270 | 0 | 170 |
| Retail Sample Mfg | Other | Unknown | FC-1367 | 14,000 | 2,900 | 900 | 0.0% | 0.0% | 5.0% | 0 | 0 | 150 | 0 | 45 |
| Installation | Commercial | Gen. U.S. N/A | FC-364/FC-398 | 160,000 | 34,000 | 10,000 | 0.0% | 0.0% | 5.0% | 0 | 0 | 1,700 | 0 | 500 |
| Installation | Residential | Gen. U.S. N/A | FC-364/FC-398 | 43,000 | 8,600 | 3,900 | 0.0% | 0.0% | 5.0% | 0 | 0 | 430 | 0 | 200 |
| Installation | Commercial | Gen. U.S. N/A | FC-365 | 490,000 | 98,000 | 45,000 | 0.0% | 0.0% | 5.0% | 0 | 0 | 4,900 | 0 | 2,300 |
| Installation | Residential | Gen. U.S. N/A | FC-365 | 17,000 | 3,600 | 1,200 | 0.0% | 0.0% | 5.0% | 0 | 0 | 180 | 0 | 60 |
| Installation | Commercial | Gen. U.S. N/A | FC-364/FC-398 | 200,000 | 41,000 | 13,000 | 0.0% | 0.0% | 5.0% | 0 | 0 | 2,100 | 0 | 650 |
| Installation | Residential | Gen. U.S. N/A | FC-364/FC-398 | 180,000 | 29,000 | 18,000 | 0.0% | 0.0% | 5.0% | 0 | 0 | 1,500 | 0 | 900 |
| Installation | Commercial | Gen. U.S. N/A | FC-1367 | 1,800,000 | 290,000 | 180,000 | 0.0% | 0.0% | 5.0% | 0 | 0 | 15,000 | 0 | 9,000 |
| Customer Use (Foot Traffic, Vacuuming, and Cl...) | Commercial | Gen. U.S. N/A | FC-364/FC-398 | 13,000 | 2,800 | 860 | 0.0% | 44.6% | 49.8% | 1,200 | 1,400 | 380 | 380 | 430 |
| Customer Use (Foot Traffic, Vacuuming, and Cl...) | Residential | Gen. U.S. N/A | FC-364/FC-398 | 150,000 | 32,000 | 9,800 | 0.0% | 44.6% | 49.8% | 14,000 | 16,000 | 4,400 | 4,400 | 4,900 |
| Customer Use (Foot Traffic, Vacuuming, and Cl...) | Commercial | Gen. U.S. N/A | FC-365 | 41,000 | 8,100 | 3,700 | 0.0% | 44.6% | 49.8% | 3,600 | 4,000 | 1,700 | 1,700 | 1,800 |
| Customer Use (Foot Traffic, Vacuuming, and Cl...) | Residential | Gen. U.S. N/A | FC-365 | 470,000 | 93,000 | 43,000 | 0.0% | 44.6% | 49.8% | 41,000 | 4,000 | 19,000 | 19,000 | 21,000 |
| Customer Use (Foot Traffic, Vacuuming, and Cl...) | Commercial | Gen. U.S. N/A | FC-364/FC-398 | 17,000 | 3,400 | 1,100 | 0.0% | 44.6% | 49.8% | 1,500 | 1,700 | 490 | 490 | 550 |
| Customer Use (Foot Traffic, Vacuuming, and Cl...) | Residential | Gen. U.S. N/A | FC-364/FC-398 | 190,000 | 39,000 | 13,000 | 0.0% | 44.6% | 49.8% | 17,000 | 19,000 | 5,800 | 5,800 | 6,500 |
| Customer Use (Foot Traffic, Vacuuming, and Cl...) | Commercial | Gen. U.S. N/A | FC-1367 | 170,000 | 28,000 | 17,000 | 0.0% | 44.6% | 49.8% | 12,000 | 14,000 | 7,600 | 7,600 | 8,500 |
| Customer Use (Foot Traffic, Vacuuming, and Cl...) | Residential | Gen. U.S. N/A | FC-1367 | 1,700,000 | 280,000 | 170,000 | 0.0% | 44.6% | 49.8% | 120,000 | 140,000 | 76,000 | 76,000 | 85,000 |
| End Disposal | Landfill | Gen. U.S. N/A | FC-364/FC-398 | 7,700 | 1,600 | 490 | 0.0% | n/a | 100.0% | 0 | 0 | 1,600 | 0 | 490 |
| End Disposal | Recycling | Gen. U.S. N/A | FC-364/FC-398 | 94 | 19 | 6 | 0.0% | n/a | 100.0% | 0 | 0 | 19 | 0 | 6 |
| End Disposal | Incineration | Gen. U.S. N/A | FC-364/FC-398 | 1,600 | 330 | 100 | 0.0% | n/a | 100.0% | 0 | 0 | n/a | 0 | n/a |
| End Disposal | Landfill | Gen. U.S. N/A | FC-365 | 23,000 | 4,700 | 2,100 | 0.0% | n/a | 100.0% | 0 | 0 | 4,700 | 0 | 2,100 |
| End Disposal | Recycling | Gen. U.S. N/A | FC-365 | 280 | 57 | 26 | 0.0% | n/a | 100.0% | 0 | 0 | 57 | 0 | 26 |
| End Disposal | Incineration | Gen. U.S. N/A | FC-365 | 4,800 | 970 | 440 | 0.0% | n/a | 100.0% | 0 | 0 | n/a | 0 | n/a |
| End Disposal | Landfill | Gen. U.S. N/A | FC-364/FC-398 | 9,500 | 1,900 | 630 | 0.0% | n/a | 100.0% | 0 | 0 | 1,900 | 0 | 630 |
| End Disposal | Recycling | Gen. U.S. N/A | FC-364/FC-398 | 120 | 24 | 8 | 0.0% | n/a | 100.0% | 0 | 0 | 24 | 0 | 8 |
| End Disposal | Incineration | Gen. U.S. N/A | FC-364/FC-398 | 2,000 | 400 | 130 | 0.0% | n/a | 100.0% | 0 | 0 | n/a | 0 | n/a |
| End Disposal | Landfill | Gen. U.S. N/A | FC-1367 | 88,000 | 14,000 | 8,800 | 0.0% | n/a | 100.0% | 0 | 0 | 14,000 | 0 | 8,800 |
| End Disposal | Recycling | Gen. U.S. N/A | FC-1367 | 1,100 | 170 | 110 | 0.0% | n/a | 100.0% | 0 | 0 | 170 | 0 | 110 |

Battelle

08/09/1999

Business Sensitive

D-3

06 141906

08/09/1999

Battelle

| | | | | | 18,000 | 2,900 | 1,800 | n/a | n/a | n/a |
| End Disposal | Incineration | Gen. U.S. N/A | FC-1367 | | | | | | | |

* The reuse categories of Air, Water, and Semi refer to the media of actual reuse, after media transfers are reported as emissions once through the environment.

† Amounts to or from any source application are reported to author or only and do not have the facility by adverse emission.

CONFIDENTIAL - SUBJECT TO AFFF MDL
PROTECTIVE ORDER

06 141907

## Appendix E.

## Home Textiles Release Estimates

Business Sensitive

Table E-1. Home Textile, Releases by Process Step
all numbers are for annual sales (1997)

| Process Step | Location Code | Site | State | Emiss Model | Station | Total Released | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Product Distribution | Supply Chain HT-1 | Windsor Locks | CT | FC-280 | 130,000 | 42,000 | 16,000 | 0.0% | 0.8% | 320 | 0 | 120 | 0 |
| Product Distribution | Supply Chain HT-2 | Roxboro | NC | FC-247 | 87,000 | 24,000 | 14,000 | 0.0% | 0.8% | 180 | 0 | 110 | 0 |
| Product Distribution | Supply Chain HT-2 | Roxboro | NC | FX-1380 | 20,000 | 5,700 | 3,500 | 0.0% | 0.8% | 43 | 0 | 26 | 0 |
| Product Distribution | Supply Chain HT-3 | Burlington | NC | FC-247 | 19,000 | 5,100 | 3,100 | 0.0% | 0.8% | 38 | 0 | 23 | 0 |
| Product Distribution | Supply Chain HT-4 | Burlington | NC | FC-247 | 30,000 | 8,200 | 4,900 | 0.0% | 0.8% | 62 | 0 | 37 | 0 |
| Product Distribution | Supply Chain HT-5 | Burlington | NC | FC-247 | 30,000 | 8,200 | 4,900 | 0.0% | 0.8% | 62 | 0 | 37 | 0 |
| Product Distribution | Supply Chain HT-6 | Fall River | MA | FC-247 | 29,000 | 7,900 | 4,700 | 0.0% | 0.8% | 59 | 0 | 35 | 0 |
| Product Distribution | Supply Chain HT-7 | Fall River | MA | FC-247 | 36,000 | 9,900 | 6,000 | 0.0% | 0.8% | 74 | 0 | 45 | 0 |
| Product Distribution | Supply Chain HT-8 | Gaffney | SC | FC-247 | 72,000 | 20,000 | 12,000 | 0.0% | 0.8% | 150 | 0 | 90 | 0 |
| Product Distribution | Supply Chain HT-9 | West Groton | MA | FC-824 | 48,000 | 18,000 | 12,000 | 0.0% | 0.8% | 140 | 0 | 90 | 0 |
| Product Distribution | Supply Chain HT-10 | Sumter | SC | FC-247 | 56,000 | 15,000 | 9,200 | 0.0% | 0.8% | 110 | 0 | 69 | 0 |
| Product Distribution | Supply Chain HT-11 | Albemarle | NC | FC-247 | 41,000 | 11,000 | 6,700 | 0.0% | 0.8% | 83 | 0 | 50 | 0 |
| Product Distribution | Supply Chain HT-11 | Albemarle | NC | FX-1380 | 9,600 | 2,700 | 1,600 | 0.0% | 0.8% | 20 | 0 | 12 | 0 |
| Product Distribution | Supply Chain HT-12 | Inman | SC | FC-247 | 50,000 | 14,000 | 8,200 | 0.0% | 0.8% | 110 | 0 | 62 | 0 |
| Product Distribution | Supply Chain HT-13 | Spartanburg | SC | FC-247 | 45,000 | 12,000 | 7,300 | 0.0% | 0.8% | 90 | 0 | 55 | 0 |
| Product Distribution | Supply Chain HT-14 | Rochester | NH | FC-824 | 31,000 | 12,000 | 7,400 | 0.0% | 0.8% | 90 | 0 | 56 | 0 |
| Product Distribution | Supply Chain HT-15 | Social Circle | GA | FX1801 | 36,000 | 36,000 | 35,000 | 0.0% | 0.8% | 270 | 0 | 260 | 0 |
| Product Distribution | Supply Chain HT-16 | High Point | NC | FC-824 | 13,000 | 4,900 | 3,100 | 0.0% | 0.8% | 37 | 0 | 23 | 0 |
| Product Distribution | Supply Chain HT-17 | unknown | | | 22,000 | 10,000 | 6,100 | 0.0% | 0.8% | 75 | 0 | 46 | 0 |
| Product Distribution | Supply Chain HT-18 | unknown | | | 13,000 | 6,100 | 3,700 | 0.0% | 0.8% | 46 | 0 | 28 | 0 |
| Product Distribution | Supply Chain HT-7 | Fall River | MA | FC-248 | 12,000 | 1,440 | 580 | 0.0% | 0.8% | 11 | 0 | 4 | 0 |
| Product Distribution | Supply Chain HT-19 | unknown | | | 5,800 | 1,600 | 980 | 0.0% | 0.8% | 12 | 0 | 5 | 0 |
| Product Distribution | Other | Unspecified | | FC-280 | 29,000 | 9,200 | 3,600 | 0.0% | 0.8% | 69 | 0 | 27 | 0 |
| Product Distribution | Other | Unspecified | | FC-247 | 600,000 | 160,000 | 99,000 | 0.0% | 0.8% | 1,200 | 0 | 740 | 0 |
| Product Distribution | Other | Unspecified | | FX-1380 | 110,000 | 31,000 | 19,000 | 0.0% | 0.8% | 230 | 0 | 140 | 0 |
| Product Distribution | Other | Unspecified | | FC-824 | 8,000 | 3,000 | 1,900 | 0.0% | 0.8% | 23 | 0 | 14 | 0 |
| Product Distribution | Other | Unspecified | | FX-1801 | 1,000 | 1,000 | 970 | 0.0% | 0.8% | 8 | 0 | 7 | 0 |
| Product Distribution | Other | Unspecified | | FC-248 | 48,000 | 22,000 | 13,000 | 0.0% | 0.8% | 170 | 0 | 98 | 0 |
| Product Distribution | Other | Unspecified | | FC-1861 | 5,000 | 590 | 240 | 0.0% | 0.8% | 4 | 0 | 2 | 0 |
| Product Distribution | Other | Unspecified | | FC-461 | 23,000 | 6,700 | 2,900 | 0.0% | 0.8% | 50 | 0 | 22 | 0 |
| Startup/Shutdown Excess | Supply Chain HT-1 | Windsor Locks | CT | FC-280 | 130,000 | 42,000 | 16,000 | 0.0% | 0.3% | 110 | 0 | 40 | 0 |
| Startup/Shutdown Excess | Supply Chain HT-2 | Roxboro | NC | FC-247 | 86,000 | 24,000 | 14,000 | 0.0% | 0.3% | 60 | 0 | 35 | 0 |
| Startup/Shutdown Excess | Supply Chain HT-2 | Roxboro | NC | FX-1380 | 20,000 | 5,700 | 3,500 | 0.0% | 0.3% | 14 | 0 | 9 | 0 |
| Startup/Shutdown Excess | Supply Chain HT-3 | Burlington | NC | FC-247 | 19,000 | 5,100 | 3,100 | 0.0% | 0.3% | 13 | 0 | 8 | 0 |
| Startup/Shutdown Excess | Supply Chain HT-4 | Burlington | NC | FC-247 | 30,000 | 8,100 | 4,900 | 0.0% | 0.3% | 20 | 0 | 12 | 0 |
| Startup/Shutdown Excess | Supply Chain HT-5 | Burlington | NC | FC-247 | 30,000 | 8,100 | 4,900 | 0.0% | 0.3% | 20 | 0 | 12 | 0 |
| Startup/Shutdown Excess | Supply Chain HT-6 | Fall River | MA | FC-247 | 29,000 | 7,800 | 4,700 | 0.0% | 0.3% | 20 | 0 | 12 | 0 |
| Startup/Shutdown Excess | Supply Chain HT-7 | Fall River | MA | FC-247 | 36,000 | 9,800 | 6,000 | 0.0% | 0.3% | 25 | 0 | 15 | 0 |
| Startup/Shutdown Excess | Supply Chain HT-8 | Gaffney | SC | FC-247 | 71,000 | 20,000 | 12,000 | 0.0% | 0.3% | 50 | 0 | 30 | 0 |
| Startup/Shutdown Excess | Supply Chain HT-9 | West Groton | MA | FC-824 | 48,000 | 18,000 | 12,000 | 0.0% | 0.3% | 45 | 0 | 30 | 0 |
| Startup/Shutdown Excess | Supply Chain HT-10 | Sumter | SC | FC-247 | 56,000 | 15,000 | 9,100 | 0.0% | 0.3% | 38 | 0 | 23 | 0 |
| Startup/Shutdown Excess | Supply Chain HT-11 | Albemarle | NC | FC-247 | 41,000 | 11,000 | 6,600 | 0.0% | 0.3% | 28 | 0 | 17 | 0 |
| Startup/Shutdown Excess | Supply Chain HT-11 | Albemarle | NC | FX-1380 | 9,500 | 2,700 | 1,600 | 0.0% | 0.3% | 7 | 0 | 4 | 0 |
| Startup/Shutdown Excess | Supply Chain HT-12 | Inman | SC | FC-247 | 50,000 | 14,000 | 8,100 | 0.0% | 0.3% | 35 | 0 | 20 | 0 |
| Startup/Shutdown Excess | Supply Chain HT-13 | Spartanburg | SC | FC-247 | 45,000 | 12,000 | 7,200 | 0.0% | 0.3% | 30 | 0 | 18 | 0 |

06 141908

CONFIDENTIAL - SUBJECT TO AFFF MDL PROTECTIVE ORDER

3M_AFFF_MDL00019285

Business Sensitive

| Usage Type | Customer Name | City | State | Site Number | Input Material | Input Material (Dry lbs) | POSF | Add'l Water Loss Rate | Solids Loss Rate | (%) | F Content | | | | | | | | | (last) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Startup/Shutdown Excess | Supply Chain HT-14 | Rochester | NH | FC-424 | 31,000 | 12,000 | 7,300 | 0.0% | 0.3% | 0.0% | 30 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 18 | 0 |
| Startup/Shutdown Excess | Supply Chain HT-15 | Social Circle | GA | FX-1601 | 36,000 | 36,000 | 35,000 | 0.0% | 0.3% | 0.0% | 90 | | | | | | | | 88 | 0 |
| Startup/Shutdown Excess | Supply Chain HT-16 | High Point | NC | FC-424 | 13,000 | 4,900 | 3,100 | 0.0% | 0.3% | 0.0% | 12 | | | | | | | | 8 | 0 |
| Startup/Shutdown Excess | Supply Chain HT-17 | unknown | - | FC-248 | 22,000 | 9,900 | 6,100 | 0.0% | 0.3% | 0.0% | 25 | | | | | | | | 15 | 0 |
| Startup/Shutdown Excess | Supply Chain HT-18 | unknown | - | unknown | 13,000 | 6,100 | 3,700 | 0.0% | 0.3% | 0.0% | 15 | | | | | | | | 9 | 0 |
| Startup/Shutdown Excess | Supply Chain HT-7 | Fall River | MA | FC-1861 | 12,000 | 1,400 | 580 | 0.0% | 0.3% | 0.0% | 4 | | | | | | | | 2 | 0 |
| Startup/Shutdown Excess | Supply Chain HT-19 | Unspecified | - | FC-461 | 5,800 | 1,600 | 660 | 0.0% | 0.3% | 0.0% | 4 | | | | | | | | 2 | 0 |
| Other | Unspecified | - | FC-280 | 29,000 | 9,100 | 3,600 | 0.0% | 0.3% | 0.0% | 23 | | | | | | | | | 9 | 0 |
| Other | Unspecified | - | FC-247 | 600,000 | 160,000 | 98,000 | 0.0% | 0.3% | 0.0% | 400 | | | | | | | | | 250 | 0 |
| Other | Unspecified | - | FC-247 | 110,000 | 31,000 | 19,000 | 0.0% | 0.3% | 0.0% | 78 | | | | | | | | | 48 | 0 |
| Other | Unspecified | - | FX-1380 | 7,900 | 3,000 | 1,900 | 0.0% | 0.3% | 0.0% | 8 | | | | | | | | | 5 | 0 |
| Other | Unspecified | - | FX-1601 | 990 | 960 | 960 | 0.0% | 0.3% | 0.0% | 3 | | | | | | | | | 2 | 0 |
| Other | Unspecified | - | FC-248 | 48,000 | 22,000 | 13,000 | 0.0% | 0.3% | 0.0% | 55 | | | | | | | | | 33 | 0 |
| Other | Unspecified | - | FC-248 | 5,000 | 590 | 240 | 0.0% | 0.3% | 0.0% | 2 | | | | | | | | | 1 | 0 |
| Other | Unspecified | - | FC-461 | 25,000 | 6,600 | 2,900 | 0.0% | 0.3% | 0.0% | 17 | | | | | | | | | 7 | 0 |
| Spray Application - Unused or Non-Recovered Bath Mix | Supply Chain HT-2 | Roxboro | NC | FC-247 | 43,000 | 12,000 | 6,900 | 0.0% | 2.0% | 0.0% | 240 | | | | | | | | | 140 | 0 |
| Spray Application - Unused or Non-Recovered Bath Mix | Supply Chain HT-3 | Roxboro | NC | FX-1380 | 9,900 | 2,800 | 1,700 | 0.0% | 2.0% | 0.0% | 56 | | | | | | | | | 34 | 0 |
| Spray Application - Unused or Non-Recovered Bath Mix | Supply Chain HT-11 | Albemarle | NC | FC-247 | 20,000 | 5,400 | 3,300 | 0.0% | 2.0% | 0.0% | 110 | | | | | | | | | 66 | 0 |
| Spray Application - Unused or Non-Recovered Bath Mix | Supply Chain HT-11 | Albemarle | NC | FC-247 | 4,800 | 1,300 | 790 | 0.0% | 2.0% | 0.0% | 26 | | | | | | | | | 16 | 0 |
| Spray Application - Unused or Non-Recovered Bath Mix | Supply Chain HT-4 | Burlington | NC | FC-247 | 15,000 | 4,100 | 2,400 | 0.0% | 2.0% | 0.0% | 82 | | | | | | | | | 48 | 0 |
| Spray Application - Unused or Non-Recovered Bath Mix | Supply Chain HT-3 | Burlington | NC | FC-247 | 9,400 | 2,500 | 1,500 | 0.0% | 2.0% | 0.0% | 50 | | | | | | | | | 30 | 0 |
| Spray Application - Unused or Non-Recovered Bath Mix | Supply Chain HT-6 | Fall River | MA | FC-247 | 14,000 | 3,900 | 2,300 | 0.0% | 2.0% | 0.0% | 78 | | | | | | | | | 46 | 0 |
| Spray Application - Unused or Non-Recovered Bath Mix | Supply Chain HT-12 | Inman | SC | FC-247 | 25,000 | 6,900 | 4,100 | 0.0% | 2.0% | 0.0% | 140 | | | | | | | | | 82 | 0 |
| Spray Application - Unused or Non-Recovered Bath Mix | Supply Chain HT-5 | Burlington | NC | FC-247 | 11,000 | 2,900 | 1,700 | 0.0% | 2.0% | 0.0% | 58 | | | | | | | | | 34 | 0 |
| Spray Application - Unused or Non-Recovered Bath Mix | Supply Chain HT-4 | Gaffney | SC | FC-247 | 26,000 | 7,100 | 4,300 | 0.0% | 2.0% | 0.0% | 140 | | | | | | | | | 86 | 0 |
| Spray Application - Unused or Non-Recovered Bath Mix | Supply Chain HT-17 | unknown | - | FC-248 | 11,000 | 5,000 | 3,000 | 0.0% | 2.0% | 0.0% | 100 | | | | | | | | | 60 | 0 |
| Spray Application - Unused or Non-Recovered Bath Mix | Supply Chain HT-19 | Unspecified | - | FC-461 | 2,900 | 790 | 330 | 0.0% | 2.0% | 0.0% | 16 | | | | | | | | | 7 | 0 |
| Spray Application - Unused or Non-Recovered Bath Mix | Other | Unspecified | - | FC-247 | 210,000 | 57,000 | 35,000 | 0.0% | 2.0% | 0.0% | 1,100 | | | | | | | | 700 | 0 |
| Spray Application - Unused or Non-Recovered Bath Mix | Other | Unspecified | - | FX-1380 | 39,000 | 11,000 | 6,800 | 0.0% | 2.0% | 0.0% | 220 | | | | | | | | 140 | 0 |
| Spray Application - Unused or Non-Recovered Bath Mix | Other | Unspecified | - | FC-248 | 17,000 | 7,800 | 4,600 | 0.0% | 2.0% | 0.0% | 160 | | | | | | | | 92 | 0 |
| Spray Application - Unused or Non-Recovered Bath Mix | Other | Unspecified | - | FC-1861 | 1,800 | 210 | 86 | 0.0% | 2.0% | 0.0% | 4 | | | | | | | | 2 | 0 |
| Spray Application - Unused or Non-Recovered Bath Mix | Other | Unspecified | - | FC-461 | 8,800 | 2,400 | 1,000 | 0.0% | 2.0% | 0.0% | 48 | | | | | | | | 20 | 0 |
| Pad Application - Unused or Non-Recovered Bath Mix | Supply Chain HT-10 | Sumter | SC | FC-247 | 55,000 | 15,000 | 9,100 | 0.0% | 9.9% | 0.0% | 1,500 | | | | | | | | 900 | 0 |
| Pad Application - Unused or Non-Recovered Bath Mix | Supply Chain HT-3 | Burlington | NC | FC-247 | 9,400 | 2,500 | 1,500 | 0.0% | 9.9% | 0.0% | 250 | | | | | | | | 150 | 0 |
| Pad Application - Unused or Non-Recovered Bath Mix | Supply Chain HT-1 | Windsor Locks | CT | FC-280 | 130,000 | 42,000 | 16,000 | 0.0% | 9.9% | 0.0% | 4,200 | | | | | | | | 1,600 | 0 |
| Pad Application - Unused or Non-Recovered Bath Mix | Supply Chain HT-9 | West Groton | MA | FC-247 | 48,000 | 18,000 | 12,000 | 0.0% | 9.9% | 0.0% | 1,800 | | | | | | | | 1,200 | 0 |
| Pad Application - Unused or Non-Recovered Bath Mix | Supply Chain HT-14 | Rochester | NH | FC-424 | 31,000 | 12,000 | 7,300 | 0.0% | 9.9% | 0.0% | 1,200 | | | | | | | | 720 | 0 |
| Pad Application - Unused or Non-Recovered Bath Mix | Supply Chain HT-16 | High Point | NC | FC-424 | 13,000 | 4,900 | 3,100 | 0.0% | 9.9% | 0.0% | 490 | | | | | | | | 310 | 0 |
| Pad Application - Unused or Non-Recovered Bath Mix | Supply Chain HT-5 | Burlington | NC | FC-247 | 8,600 | 2,400 | 1,400 | 0.0% | 9.9% | 0.0% | 240 | | | | | | | | 140 | 0 |
| Pad Application - Unused or Non-Recovered Bath Mix | Supply Chain HT-8 | Gaffney | SC | FC-247 | 21,000 | 5,700 | 3,400 | 0.0% | 9.9% | 0.0% | 560 | | | | | | | | 340 | 0 |
| Pad Application - Unused or Non-Recovered Bath Mix | Supply Chain HT-18 | unknown | - | FC-248 | 13,000 | 6,000 | 3,700 | 0.0% | 9.9% | 0.0% | 590 | | | | | | | | 370 | 0 |
| Pad Application - Unused or Non-Recovered Bath Mix | Supply Chain HT-19 | unknown | - | FC-461 | 2,900 | 790 | 330 | 0.0% | 9.9% | 0.0% | 78 | | | | | | | | 33 | 0 |
| Pad Application - Unused or Non-Recovered Bath Mix | Supply Chain HT-17 | unknown | - | FC-247 | 11,000 | 5,000 | 3,000 | 0.0% | 9.9% | 0.0% | 500 | | | | | | | | 300 | 0 |
| Pad Application - Unused or Non-Recovered Bath Mix | Other | Unspecified | - | FC-248 | 170,000 | 46,000 | 28,000 | 0.0% | 9.9% | 0.0% | 4,600 | | | | | | | | 2,800 | 0 |
| Pad Application - Unused or Non-Recovered Bath Mix | Other | Unspecified | - | FX-1380 | 32,000 | 8,900 | 5,500 | 0.0% | 9.9% | 0.0% | 880 | | | | | | | | 540 | 0 |
| Pad Application - Unused or Non-Recovered Bath Mix | Other | Unspecified | - | FC-280 | 29,000 | 9,100 | 3,600 | 0.0% | 9.9% | 0.0% | 900 | | | | | | | | 360 | 0 |
| Pad Application - Unused or Non-Recovered Bath Mix | Other | Unspecified | - | FC-424 | 7,900 | 3,000 | 1,900 | 0.0% | 9.9% | 0.0% | 300 | | | | | | | | 190 | 0 |

CONFIDENTIAL - SUBJECT TO AFFF MDL PROTECTIVE ORDER

3M_AFFF_MDL00019286

Business Sensitive

| Product Name | Location Feature | City | State | Input Treatment | Input Material | lbs PFOS in MC product | lbs PFOS released | % | % | % | % | v1 | | | v2 | | v3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Pad Application - Unused or Non-Recovered Bath Mix | Other | Unspecified | - | FC-248 | 14,000 | 6,300 | 3,700 | 0.0% | 9.9% | 0.0% | 0.0% | 620 | 0 | 0 | 370 | 0 | 0 |
| Pad Application - Unused or Non-Recovered Bath Mix | Other | Unspecified | - | FC-1861 | 1,400 | 170 | 69 | 0.0% | 9.9% | 0.0% | 0.0% | 17 | 0 | 0 | 7 | 0 | 0 |
| Pad Application - Unused or Non-Recovered Bath Mix | Other | Unspecified | - | FC-461 | 7,200 | 1,900 | 830 | 0.0% | 9.9% | 0.0% | 0.0% | 190 | 0 | 0 | 82 | 0 | 0 |
| Foam Application - Unused or Non-Recovered Bath Mix | Supply Chain HT-7 | Fall River | MA | FC-247 | 36,000 | 9,800 | 5,900 | 0.0% | 9.9% | 0.0% | 0.0% | 970 | 0 | 0 | 580 | 0 | 330 |
| Foam Application - Unused or Non-Recovered Bath Mix | Supply Chain HT-13 | Spartanburg | SC | FC-247 | 45,000 | 12,000 | 7,200 | 0.0% | 9.9% | 0.0% | 0.0% | 1,200 | 0 | 0 | 710 | 0 | 83 |
| Foam Application - Unused or Non-Recovered Bath Mix | Supply Chain HT-2 | Roxboro | NC | FC-247 | 43,000 | 12,000 | 6,900 | 0.0% | 9.9% | 0.0% | 0.0% | 1,200 | 0 | 0 | 680 | 0 | 160 |
| Foam Application - Unused or Non-Recovered Bath Mix | Supply Chain HT-11 | Albemarle | NC | FX-1380 | 9,900 | 2,800 | 1,700 | 0.0% | 9.9% | 0.0% | 0.0% | 280 | 0 | 0 | 170 | 0 | 38 |
| Foam Application - Unused or Non-Recovered Bath Mix | Supply Chain HT-1 | Albemarle | NC | FC-247 | 20,000 | 5,400 | 3,300 | 0.0% | 9.9% | 0.0% | 0.0% | 530 | 0 | 0 | 330 | 0 | 120 |
| Foam Application - Unused or Non-Recovered Bath Mix | Supply Chain HT-11 | Albemarle | NC | FX-1380 | 4,800 | 1,300 | 790 | 0.0% | 9.9% | 0.0% | 0.0% | 130 | 0 | 0 | 78 | 0 | 74 |
| Foam Application - Unused or Non-Recovered Bath Mix | Supply Chain HT-4 | Burlington | NC | FC-247 | 15,000 | 4,100 | 2,400 | 0.0% | 9.9% | 0.0% | 0.0% | 410 | 0 | 0 | 240 | 0 | 110 |
| Foam Application - Unused or Non-Recovered Bath Mix | Supply Chain HT-12 | Eatman | MA | FC-247 | 14,000 | 3,900 | 2,300 | 0.0% | 9.9% | 0.0% | 0.0% | 390 | 0 | 0 | 230 | 0 | 200 |
| Foam Application - Unused or Non-Recovered Bath Mix | Supply Chain HT-6 | Burlington | SC | FC-247 | 25,000 | 6,900 | 4,100 | 0.0% | 9.9% | 0.0% | 0.0% | 680 | 0 | 0 | 410 | 0 | 83 |
| Foam Application - Unused or Non-Recovered Bath Mix | Supply Chain HT-5 | Eatman | SC | FC-247 | 10,000 | 2,800 | 1,700 | 0.0% | 9.9% | 0.0% | 0.0% | 280 | 0 | 0 | 170 | 0 | 210 |
| Foam Application - Unused or Non-Recovered Bath Mix | Supply Chain HT-12 | Gaffney | SC | FC-247 | 25,000 | 6,900 | 4,200 | 0.0% | 9.9% | 0.0% | 0.0% | 680 | 0 | 0 | 420 | 0 | 150 |
| Foam Application - Unused or Non-Recovered Bath Mix | Supply Chain HT-8 | Fall River | MA | FC-1861 | 12,000 | 1,400 | 570 | 0.0% | 9.9% | 0.0% | 0.0% | 140 | 0 | 0 | 56 | 0 | 16 |
| Foam Application - Unused or Non-Recovered Bath Mix | Other | Unspecified | - | FC-1861 | 210,000 | 55,000 | 34,000 | 0.0% | 9.9% | 0.0% | 0.0% | 5,400 | 0 | 0 | 3,400 | 0 | 1,700 |
| Foam Application - Unused or Non-Recovered Bath Mix | Other | Unspecified | - | FX-1380 | 38,000 | 11,000 | 6,600 | 0.0% | 9.9% | 0.0% | 0.0% | 1,100 | 0 | 0 | 650 | 0 | 320 |
| Foam Application - Unused or Non-Recovered Bath Mix | Other | Unspecified | - | FC-248 | 17,000 | 7,600 | 4,500 | 0.0% | 9.9% | 0.0% | 0.0% | 750 | 0 | 0 | 450 | 0 | 220 |
| Foam Application - Unused or Non-Recovered Bath Mix | Other | Unspecified | - | FC-1861 | 1,700 | 200 | 83 | 0.0% | 9.9% | 0.0% | 0.0% | 20 | 0 | 0 | 8 | 0 | 4 |
| Foam Application - Unused or Non-Recovered Bath Mix | Other | Unspecified | - | FC-461 | 8,700 | 2,300 | 1,000 | 0.0% | 9.9% | 0.0% | 0.0% | 230 | 0 | 0 | 99 | 0 | 49 |
| Extrusion - Unused or Non-Recovered Bath Mix | Supply Chain HT-15 | Social Circle | GA | FX-1801 | 36,000 | 36,000 | 35,000 | 0.0% | 2.0% | 0.0% | 0.0% | 720 | 0 | 0 | 700 | 0 | 370 |
| Extrusion - Unused or Non-Recovered Bath Mix | Other | Unspecified | - | FX-1801 | 990 | 990 | 960 | 0.0% | 2.0% | 0.0% | 0.0% | 20 | 0 | 0 | 19 | 0 | 63 |
| Spray Application - Shearing and Face Finish | Supply Chain HT-2 | Roxboro | NC | FC-247 | 42,000 | 12,000 | 6,800 | 0.0% | 4.9% | 0.0% | 0.0% | 990 | 0 | 0 | 590 | 0 | 630 |
| Spray Application - Shearing and Face Finish | Supply Chain HT-2 | Roxboro | NC | FX-1380 | 9,700 | 5,300 | 3,300 | 0.0% | 4.9% | 0.0% | 0.0% | 140 | 0 | 0 | 140 | 0 | 500 |
| Spray Application - Shearing and Face Finish | Supply Chain HT-11 | Albemarle | NC | FC-247 | 20,000 | 5,300 | 3,300 | 0.0% | 4.9% | 0.0% | 0.0% | 260 | 0 | 0 | 260 | 0 | 300 |
| Spray Application - Shearing and Face Finish | Supply Chain HT-11 | Albemarle | NC | FX-1380 | 4,700 | 1,300 | 780 | 0.0% | 4.9% | 0.0% | 0.0% | 64 | 0 | 0 | 64 | 0 | 130 |
| Spray Application - Shearing and Face Finish | Supply Chain HT-4 | Burlington | NC | FC-247 | 15,000 | 4,000 | 2,400 | 0.0% | 4.9% | 0.0% | 0.0% | 200 | 0 | 0 | 200 | 0 | 59 |
| Spray Application - Shearing and Face Finish | Supply Chain HT-3 | Burlington | NC | FC-247 | 9,200 | 2,500 | 1,500 | 0.0% | 4.9% | 0.0% | 0.0% | 120 | 0 | 0 | 120 | 0 | |
| Spray Application - Shearing and Face Finish | Supply Chain HT-6 | Fall River | MA | FC-247 | 14,000 | 3,800 | 2,300 | 0.0% | 4.9% | 0.0% | 0.0% | 190 | 0 | 0 | 190 | 0 | |
| Spray Application - Shearing and Face Finish | Supply Chain HT-12 | Eatman | NC | FC-247 | 24,000 | 6,800 | 4,000 | 0.0% | 4.9% | 0.0% | 0.0% | 330 | 0 | 0 | 330 | 0 | |
| Spray Application - Shearing and Face Finish | Supply Chain HT-5 | Burlington | NC | FC-247 | 10,000 | 2,900 | 1,700 | 0.0% | 4.9% | 0.0% | 0.0% | 140 | 0 | 0 | 140 | 0 | |
| Spray Application - Shearing and Face Finish | Supply Chain HT-8 | Gaffney | NC | FC-247 | 25,000 | 7,000 | 4,200 | 0.0% | 4.9% | 0.0% | 0.0% | 340 | 0 | 0 | 340 | 0 | |
| Spray Application - Shearing and Face Finish | Supply Chain HT-17 | unknown | NC | FC-248 | 11,000 | 4,900 | 3,000 | 0.0% | 4.9% | 0.0% | 0.0% | 340 | 0 | 0 | 340 | 0 | |
| Spray Application - Shearing and Face Finish | Supply Chain HT-19 | unknown | - | FC-461 | 2,800 | 780 | 330 | 0.0% | 4.9% | 0.0% | 0.0% | 38 | 0 | 0 | 38 | 0 | |
| Spray Application - Shearing and Face Finish | Other | Unspecified | - | FC-247 | 210,000 | 56,000 | 35,000 | 0.0% | 4.9% | 0.0% | 0.0% | 2,700 | 0 | 0 | 2,700 | 0 | |
| Spray Application - Shearing and Face Finish | Other | Unspecified | - | FX-1380 | 38,000 | 11,000 | 6,600 | 0.0% | 4.9% | 0.0% | 0.0% | 540 | 0 | 0 | 540 | 0 | |
| Spray Application - Shearing and Face Finish | Other | Unspecified | - | FC-248 | 17,000 | 7,700 | 4,500 | 0.0% | 4.9% | 0.0% | 0.0% | 380 | 0 | 0 | 380 | 0 | |
| Spray Application - Shearing and Face Finish | Other | Unspecified | - | FC-1861 | 1,700 | 210 | 84 | 0.0% | 4.9% | 0.0% | 0.0% | 10 | 0 | 0 | 10 | 0 | |
| Spray Application - Shearing and Face Finish | Other | Unspecified | - | FC-461 | 8,700 | 2,300 | 1,000 | 0.0% | 4.9% | 0.0% | 0.0% | 110 | 0 | 0 | 110 | 0 | |
| Pad Application - Shearing and Face Finish | Supply Chain HT-10 | Sumter | SC | FC-247 | 50,000 | 13,000 | 8,200 | 0.0% | 4.5% | 0.0% | 0.0% | 590 | 0 | 0 | 590 | 0 | 370 |
| Pad Application - Shearing and Face Finish | Supply Chain HT-3 | Burlington | NC | FC-247 | 8,500 | 2,300 | 1,400 | 0.0% | 4.5% | 0.0% | 0.0% | 100 | 0 | 0 | 100 | 0 | 63 |
| Pad Application - Shearing and Face Finish | Supply Chain HT-1 | Windsor Locks | CT | FC-280 | 120,000 | 37,000 | 14,000 | 0.0% | 4.5% | 0.0% | 0.0% | 1,700 | 0 | 0 | 1,700 | 0 | 630 |
| Pad Application - Shearing and Face Finish | Supply Chain HT-9 | West Groton | MA | FC-824 | 43,000 | 16,000 | 11,000 | 0.0% | 4.5% | 0.0% | 0.0% | 720 | 0 | 0 | 720 | 0 | 500 |
| Pad Application - Shearing and Face Finish | Supply Chain HT-14 | Rochester | NH | FC-824 | 28,000 | 11,000 | 6,600 | 0.0% | 4.5% | 0.0% | 0.0% | 500 | 0 | 0 | 500 | 0 | 300 |
| Pad Application - Shearing and Face Finish | Supply Chain HT-16 | High Point | NC | FC-824 | 12,000 | 4,400 | 2,800 | 0.0% | 4.5% | 0.0% | 0.0% | 200 | 0 | 0 | 200 | 0 | 130 |
| Pad Application - Shearing and Face Finish | Supply Chain HT-5 | Burlington | NC | FC-247 | 7,800 | 2,100 | 1,300 | 0.0% | 4.5% | 0.0% | 0.0% | 95 | 0 | 0 | 93 | 0 | 59 |
| Pad Application - Shearing and Face Finish | Supply Chain HT-8 | Gaffney | SC | FC-247 | 19,000 | 5,200 | 3,100 | 0.0% | 4.5% | 0.0% | 0.0% | 230 | 0 | 0 | 230 | 0 | 140 |

Battelle    08/09/1999

E-3

06 141910

CONFIDENTIAL - SUBJECT TO AFFF MDL
PROTECTIVE ORDER

3M_AFFF_MDL00019287

Business Sensitive

| Product Stage | Location Name | State | Product ID | City | Lbs Product Shipped | Lbs AFFF Conc | Lbs PFOS | %1 | %2 | Air | Water | Solid | PFOS Air | PFOS Water | PFOS Solid | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Pad Application - Shearing and Face Finish | Supply Chain HT-18 | | FC-248 | unknown | 12,000 | 5,600 | 3,300 | 0.0% | 4.5% | 0 | 0 | 240 | 0 | 0 | 0 | 150 |
| Pad Application - Shearing and Face Finish | Supply Chain HT-19 | | FC-461 | unknown | 2,000 | 710 | 300 | 0.0% | 4.5% | 0 | 0 | 32 | 0 | 0 | 0 | 14 |
| Pad Application - Shearing and Face Finish | Supply Chain HT-17 | | FC-248 | unknown | 9,800 | 4,500 | 2,700 | 0.0% | 4.5% | 0 | 0 | 200 | 0 | 0 | 0 | 120 |
| Pad Application - Shearing and Face Finish | Other | | FC-247 | Unspecified | 160,000 | 41,000 | 26,000 | 0.0% | 4.5% | 0 | 0 | 1,800 | 0 | 0 | 0 | 1,200 |
| Pad Application - Shearing and Face Finish | Other | | FX-1380 | Unspecified | 28,000 | 8,000 | 4,900 | 0.0% | 4.5% | 0 | 0 | 360 | 0 | 0 | 0 | 220 |
| Pad Application - Shearing and Face Finish | Other | | FC-280 | Unspecified | 26,000 | 8,200 | 3,200 | 0.0% | 4.5% | 0 | 0 | 370 | 0 | 0 | 0 | 140 |
| Pad Application - Shearing and Face Finish | Other | | FC-824 | Unspecified | 7,100 | 2,700 | 1,700 | 0.0% | 4.5% | 0 | 0 | 120 | 0 | 0 | 0 | 77 |
| Pad Application - Shearing and Face Finish | Other | | FC-248 | Unspecified | 12,000 | 5,700 | 3,400 | 0.0% | 4.5% | 0 | 0 | 260 | 0 | 0 | 0 | 150 |
| Pad Application - Shearing and Face Finish | Other | | FC-1861 | Unspecified | 1,300 | 150 | 130 | 0.0% | 4.5% | 0 | 0 | 7 | 0 | 0 | 0 | 3 |
| Pad Application - Shearing and Face Finish | Other | | FC-461 | Unspecified | 6,500 | 1,700 | 750 | 0.0% | 4.5% | 0 | 0 | 77 | 0 | 0 | 0 | 34 |
| Foam Applications - Shearing and Face Finish | Supply Chain HT-7 | MA | FC-247 | Fall River | 32,000 | 8,800 | 5,400 | 0.0% | 4.5% | 0 | 0 | 400 | 0 | 0 | 0 | 240 |
| Foam Applications - Shearing and Face Finish | Supply Chain HT-13 | SC | FC-247 | Spartanburg | 40,000 | 11,000 | 6,500 | 0.0% | 4.5% | 0 | 0 | 500 | 0 | 0 | 0 | 290 |
| Foam Applications - Shearing and Face Finish | Supply Chain HT-2 | NC | FC-247 | Roxboro | 39,000 | 11,000 | 6,200 | 0.0% | 4.5% | 0 | 0 | 500 | 0 | 0 | 0 | 280 |
| Foam Applications - Shearing and Face Finish | Supply Chain HT-2 | NC | FX-1380 | Roxboro | 8,900 | 2,500 | 1,600 | 0.0% | 4.5% | 0 | 0 | 110 | 0 | 0 | 0 | 72 |
| Foam Applications - Shearing and Face Finish | Supply Chain HT-11 | NC | FC-247 | Albemarle | 18,000 | 4,900 | 3,000 | 0.0% | 4.5% | 0 | 0 | 220 | 0 | 0 | 0 | 140 |
| Foam Applications - Shearing and Face Finish | Supply Chain HT-11 | NC | FX-1380 | Albemarle | 4,300 | 1,200 | 710 | 0.0% | 4.5% | 0 | 0 | 54 | 0 | 0 | 0 | 32 |
| Foam Applications - Shearing and Face Finish | Supply Chain HT-4 | NC | FC-247 | Burlington | 13,000 | 3,700 | 2,200 | 0.0% | 4.5% | 0 | 0 | 170 | 0 | 0 | 0 | 99 |
| Foam Applications - Shearing and Face Finish | Supply Chain HT-6 | MA | FC-247 | Fall River | 13,000 | 3,500 | 2,100 | 0.0% | 4.5% | 0 | 0 | 160 | 0 | 0 | 0 | 95 |
| Foam Applications - Shearing and Face Finish | Supply Chain HT-12 | NC | FC-247 | Inman | 22,000 | 6,200 | 3,700 | 0.0% | 4.5% | 0 | 0 | 280 | 0 | 0 | 0 | 170 |
| Foam Applications - Shearing and Face Finish | Supply Chain HT-5 | NC | FC-247 | Burlington | 9,400 | 2,600 | 1,500 | 0.0% | 4.5% | 0 | 0 | 120 | 0 | 0 | 0 | 68 |
| Foam Applications - Shearing and Face Finish | Supply Chain HT-5 | SC | FC-247 | Burlington | 22,000 | 3,700 | 3,700 | 0.0% | 4.5% | 0 | 0 | 280 | 0 | 0 | 0 | 170 |
| Foam Applications - Shearing and Face Finish | Supply Chain HT-8 | SC | FC-1861 | Gaffney | 22,000 | 1,200 | 520 | 0.0% | 4.5% | 0 | 0 | 54 | 0 | 0 | 0 | 23 |
| Foam Applications - Shearing and Face Finish | Supply Chain HT-7 | MA | FC-1861 | Fall River | 190,000 | 50,000 | 31,000 | 0.0% | 4.5% | 0 | 0 | 2,300 | 0 | 0 | 0 | 1,400 |
| Foam Applications - Shearing and Face Finish | Other | | FC-247 | Unspecified | 34,000 | 9,700 | 5,900 | 0.0% | 4.5% | 0 | 0 | 440 | 0 | 0 | 0 | 270 |
| Foam Applications - Shearing and Face Finish | Other | | FC-248 | Unspecified | 15,000 | 6,900 | 4,100 | 0.0% | 4.5% | 0 | 0 | 310 | 0 | 0 | 0 | 180 |
| Foam Applications - Shearing and Face Finish | Other | | FC-1861 | Unspecified | 1,600 | 180 | 75 | 0.0% | 4.5% | 0 | 0 | 8 | 0 | 0 | 0 | 3 |
| Foam Applications - Shearing and Face Finish | Other | | FC-461 | Unspecified | 7,800 | 2,100 | 910 | 0.0% | 4.5% | 0 | 0 | 95 | 0 | 0 | 0 | 41 |
| Spray Application - Unrecoverable, Off Quality Fabric | Supply Chain HT-2 | NC | FC-247 | Roxboro | 40,000 | 11,000 | 6,500 | 0.0% | 2.8% | 0 | 0 | 310 | 0 | 0 | 0 | 180 |
| Spray Application - Unrecoverable, Off Quality Fabric | Supply Chain HT-2 | NC | FX-1380 | Roxboro | 9,200 | 2,600 | 1,600 | 0.0% | 2.8% | 0 | 0 | 73 | 0 | 0 | 0 | 45 |
| Spray Application - Unrecoverable, Off Quality Fabric | Supply Chain HT-11 | NC | FC-247 | Albemarle | 19,000 | 5,100 | 3,100 | 0.0% | 2.8% | 0 | 0 | 140 | 0 | 0 | 0 | 87 |
| Spray Application - Unrecoverable, Off Quality Fabric | Supply Chain HT-11 | NC | FX-1380 | Albemarle | 4,400 | 1,200 | 740 | 0.0% | 2.8% | 0 | 0 | 34 | 0 | 0 | 0 | 21 |
| Spray Application - Unrecoverable, Off Quality Fabric | Supply Chain HT-4 | NC | FC-247 | Burlington | 14,000 | 3,800 | 2,400 | 0.0% | 2.8% | 0 | 0 | 110 | 0 | 0 | 0 | 64 |
| Spray Application - Unrecoverable, Off Quality Fabric | Supply Chain HT-3 | NC | FC-247 | Burlington | 8,800 | 2,400 | 1,400 | 0.0% | 2.8% | 0 | 0 | 67 | 0 | 0 | 0 | 39 |
| Spray Application - Unrecoverable, Off Quality Fabric | Supply Chain HT-6 | MA | FC-247 | Fall River | 13,000 | 3,600 | 2,200 | 0.0% | 2.8% | 0 | 0 | 100 | 0 | 0 | 0 | 62 |
| Spray Application - Unrecoverable, Off Quality Fabric | Supply Chain HT-12 | SC | FC-247 | Inman | 23,000 | 6,500 | 3,800 | 0.0% | 2.8% | 0 | 0 | 180 | 0 | 0 | 0 | 110 |
| Spray Application - Unrecoverable, Off Quality Fabric | Supply Chain HT-5 | SC | FC-247 | Burlington | 10,000 | 2,700 | 1,600 | 0.0% | 2.8% | 0 | 0 | 76 | 0 | 0 | 0 | 45 |
| Spray Application - Unrecoverable, Off Quality Fabric | Supply Chain HT-8 | SC | FC-247 | Gaffney | 24,000 | 6,600 | 4,000 | 0.0% | 2.8% | 0 | 0 | 180 | 0 | 0 | 0 | 110 |
| Spray Application - Unrecoverable, Off Quality Fabric | Supply Chain HT-17 | | FC-248 | unknown | 10,000 | 4,600 | 2,800 | 0.0% | 2.8% | 0 | 0 | 130 | 0 | 0 | 0 | 78 |
| Spray Application - Unrecoverable, Off Quality Fabric | Supply Chain HT-19 | | FC-461 | unknown | 2,700 | 740 | 310 | 0.0% | 2.8% | 0 | 0 | 21 | 0 | 0 | 0 | 9 |
| Spray Application - Unrecoverable, Off Quality Fabric | Other | | FC-247 | Unspecified | 200,000 | 53,000 | 33,000 | 0.0% | 2.8% | 0 | 0 | 1,500 | 0 | 0 | 0 | 920 |
| Spray Application - Unrecoverable, Off Quality Fabric | Other | | FX-1380 | Unspecified | 37,000 | 10,000 | 6,300 | 0.0% | 2.8% | 0 | 0 | 280 | 0 | 0 | 0 | 180 |
| Spray Application - Unrecoverable, Off Quality Fabric | Other | | FC-248 | Unspecified | 16,000 | 7,300 | 4,300 | 0.0% | 2.8% | 0 | 0 | 200 | 0 | 0 | 0 | 120 |
| Spray Application - Unrecoverable, Off Quality Fabric | Other | | FC-1861 | Unspecified | 1,700 | 200 | 80 | 0.0% | 2.8% | 0 | 0 | 6 | 0 | 0 | 0 | 2 |
| Spray Application - Unrecoverable, Off Quality Fabric | Other | | FC-461 | Unspecified | 8,300 | 2,200 | 960 | 0.0% | 2.8% | 0 | 0 | 62 | 0 | 0 | 0 | 27 |
| Pad Application - Unrecoverable, Off Quality Fabric | Supply Chain HT-10 | SC | FC-247 | Sumter | 48,000 | 13,000 | 7,800 | 0.0% | 2.5% | 0 | 0 | 330 | 0 | 0 | 0 | 200 |
| Pad Application - Unrecoverable, Off Quality Fabric | Supply Chain HT-3 | NC | FC-247 | Burlington | 8,100 | 2,200 | 1,300 | 0.0% | 2.5% | 0 | 0 | 55 | 0 | 0 | 0 | 33 |
| Pad Application - Unrecoverable, Off Quality Fabric | Supply Chain HT-1 | CT | FC-280 | Windsor Locks | 110,000 | 36,000 | 14,000 | 0.0% | 2.5% | 0 | 0 | 900 | 0 | 0 | 0 | 350 |

Battelle    08/09/1999

06 141911

E-4

CONFIDENTIAL - SUBJECT TO AFFF MDL PROTECTIVE ORDER

3M_AFFF_MDL00019288

Business Sensitive

| Process Step | Location Name | City | State | Fabric | Product (lbs) | Pure Materials (lbs) | PC Sold (lbs) | Losses Air | Losses Water | Losses % | Air | Water | Land | Incin | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Pad Application - Unrecoverable, Off Quality Fabric | Supply Chain HT-9 | West Groton | MA | FC-124 | 41,000 | 15,000 | 10,000 | 0.0% | 0.0% | 2.5% | 0 | 340 | 0 | 0 | 250 |
| Pad Application - Unrecoverable, Off Quality Fabric | Supply Chain HT-14 | Rochester | NH | FC-124 | 26,000 | 10,000 | 6,300 | 0.0% | 0.0% | 2.5% | 0 | 250 | 0 | 0 | 160 |
| Pad Application - Unrecoverable, Off Quality Fabric | Supply Chain HT-16 | High Point | NC | FC-124 | 11,000 | 4,200 | 2,600 | 0.0% | 0.0% | 2.5% | 0 | 110 | 0 | 0 | 65 |
| Pad Application - Unrecoverable, Off Quality Fabric | Supply Chain HT-5 | Burlington | NC | FC-247 | 7,400 | 2,000 | 1,200 | 0.0% | 0.0% | 2.5% | 0 | 50 | 0 | 0 | 30 |
| Pad Application - Unrecoverable, Off Quality Fabric | Supply Chain HT-8 | Gaffney | SC | FC-247 | 18,000 | 5,200 | 3,200 | 0.0% | 0.0% | 2.5% | 0 | 120 | 0 | 0 | 75 |
| Pad Application - Unrecoverable, Off Quality Fabric | Supply Chain HT-18 | unknown | . | FC-248 | 11,000 | 4,900 | 3,200 | 0.0% | 0.0% | 2.5% | 0 | 130 | 0 | 0 | 80 |
| Pad Application - Unrecoverable, Off Quality Fabric | Supply Chain HT-19 | unknown | . | FC-461 | 2,500 | 680 | 290 | 0.0% | 0.0% | 2.5% | 0 | 17 | 0 | 0 | 7 |
| Pad Application - Unrecoverable, Off Quality Fabric | Supply Chain HT-17 | unknown | . | FC-248 | 9,400 | 4,300 | 3,100 | 0.0% | 0.0% | 2.5% | 0 | 110 | 0 | 0 | 65 |
| Pad Application - Unrecoverable, Off Quality Fabric | Other | Unspecified | . | FX-1380 | 150,000 | 40,000 | 24,000 | 0.0% | 0.0% | 2.5% | 0 | 1,000 | 0 | 0 | 600 |
| Pad Application - Unrecoverable, Off Quality Fabric | Other | Unspecified | . | FC-280 | 27,000 | 7,700 | 4,700 | 0.0% | 0.0% | 2.5% | 0 | 190 | 0 | 0 | 120 |
| Pad Application - Unrecoverable, Off Quality Fabric | Other | Unspecified | . | FC-824 | 25,000 | 7,800 | 3,100 | 0.0% | 0.0% | 2.5% | 0 | 200 | 0 | 0 | 78 |
| Pad Application - Unrecoverable, Off Quality Fabric | Other | Unspecified | . | FC-248 | 6,800 | 2,600 | 1,600 | 0.0% | 0.0% | 2.5% | 0 | 65 | 0 | 0 | 40 |
| Pad Application - Unrecoverable, Off Quality Fabric | Other | Unspecified | . | FC-248 | 12,000 | 5,400 | 3,200 | 0.0% | 0.0% | 2.5% | 0 | 140 | 0 | 0 | 80 |
| Pad Application - Unrecoverable, Off Quality Fabric | Other | Unspecified | . | FC-1861 | 1,200 | 150 | 59 | 0.0% | 0.0% | 2.5% | 0 | 4 | 0 | 0 | 2 |
| Pad Application - Unrecoverable, Off Quality Fabric | Other | Unspecified | . | FC-461 | 6,200 | 1,700 | 720 | 0.0% | 0.0% | 2.5% | 0 | 43 | 0 | 0 | 18 |
| Foam Application - Unrecoverable, Off Quality Fabric | Supply Chain HT-7 | Fall River | MA | FC-247 | 31,000 | 8,400 | 5,100 | 0.0% | 0.0% | 2.5% | 0 | 210 | 0 | 0 | 130 |
| Foam Application - Unrecoverable, Off Quality Fabric | Supply Chain HT-13 | Spartanburg | SC | FC-247 | 38,000 | 10,000 | 6,200 | 0.0% | 0.0% | 2.5% | 0 | 250 | 0 | 0 | 160 |
| Foam Application - Unrecoverable, Off Quality Fabric | Supply Chain HT-2 | Roxboro | NC | FC-247 | 37,000 | 10,000 | 6,000 | 0.0% | 0.0% | 2.5% | 0 | 250 | 0 | 0 | 150 |
| Foam Application - Unrecoverable, Off Quality Fabric | Supply Chain HT-2 | Roxboro | NC | FX-1380 | 8,500 | 2,400 | 1,500 | 0.0% | 0.0% | 2.5% | 0 | 60 | 0 | 0 | 38 |
| Foam Application - Unrecoverable, Off Quality Fabric | Supply Chain HT-11 | Albemarle | NC | FC-247 | 17,000 | 4,700 | 2,900 | 0.0% | 0.0% | 2.5% | 0 | 120 | 0 | 0 | 73 |
| Foam Application - Unrecoverable, Off Quality Fabric | Supply Chain HT-11 | Albemarle | NC | FX-1380 | 4,100 | 1,200 | 680 | 0.0% | 0.0% | 2.5% | 0 | 30 | 0 | 0 | 17 |
| Foam Application - Unrecoverable, Off Quality Fabric | Supply Chain HT-4 | Burlington | NC | FC-247 | 13,000 | 3,500 | 2,100 | 0.0% | 0.0% | 2.5% | 0 | 85 | 0 | 0 | 53 |
| Foam Application - Unrecoverable, Off Quality Fabric | Supply Chain HT-6 | Fall River | MA | FC-247 | 12,000 | 3,400 | 2,000 | 0.0% | 0.0% | 2.5% | 0 | 88 | 0 | 0 | 50 |
| Foam Application - Unrecoverable, Off Quality Fabric | Supply Chain HT-12 | Inman | SC | FC-247 | 21,000 | 6,000 | 3,500 | 0.0% | 0.0% | 2.5% | 0 | 150 | 0 | 0 | 88 |
| Foam Application - Unrecoverable, Off Quality Fabric | Supply Chain HT-5 | Burlington | NC | FC-247 | 8,500 | 2,400 | 1,500 | 0.0% | 0.0% | 2.5% | 0 | 60 | 0 | 0 | 38 |
| Foam Application - Unrecoverable, Off Quality Fabric | Supply Chain HT-8 | Gaffney | SC | FC-247 | 21,000 | 3,600 | 3,600 | 0.0% | 0.0% | 2.5% | 0 | 130 | 0 | 0 | 90 |
| Foam Application - Unrecoverable, Off Quality Fabric | Supply Chain HT-4 | Fall River | MA | FC-247 | 10,000 | 1,200 | 490 | 0.0% | 0.0% | 2.5% | 0 | 30 | 0 | 0 | 12 |
| Foam Application - Unrecoverable, Off Quality Fabric | Supply Chain HT-7 | Fall River | MA | FC-1861 | 180,000 | 48,000 | 30,000 | 0.0% | 0.0% | 2.5% | 0 | 1,200 | 0 | 0 | 750 |
| Foam Application - Unrecoverable, Off Quality Fabric | Other | Unspecified | . | FC-247 | 33,000 | 9,200 | 5,700 | 0.0% | 0.0% | 2.5% | 0 | 230 | 0 | 0 | 140 |
| Foam Application - Unrecoverable, Off Quality Fabric | Other | Unspecified | . | FX-1380 | 14,000 | 6,600 | 3,900 | 0.0% | 0.0% | 2.5% | 0 | 170 | 0 | 0 | 98 |
| Foam Application - Unrecoverable, Off Quality Fabric | Other | Unspecified | . | FC-1861 | 1,500 | 180 | 72 | 0.0% | 0.0% | 2.5% | 0 | 5 | 0 | 0 | 2 |
| Foam Application - Unrecoverable, Off Quality Fabric | Other | Unspecified | . | FC-461 | 7,500 | 2,000 | 860 | 0.0% | 0.0% | 2.5% | 0 | 50 | 0 | 0 | 22 |
| Spray Application - Seam Cut-Outs | Supply Chain HT-2 | Roxboro | NC | FC-247 | 39,000 | 11,000 | 6,300 | 0.0% | 0.0% | 0.5% | 0 | 55 | 0 | 0 | 32 |
| Spray Application - Seam Cut-Outs | Supply Chain HT-2 | Roxboro | NC | FX-1380 | 9,000 | 2,600 | 1,600 | 0.0% | 0.0% | 0.5% | 0 | 13 | 0 | 0 | 8 |
| Spray Application - Seam Cut-Outs | Supply Chain HT-11 | Albemarle | NC | FC-247 | 18,000 | 4,900 | 3,000 | 0.0% | 0.0% | 0.5% | 0 | 25 | 0 | 0 | 15 |
| Spray Application - Seam Cut-Outs | Supply Chain HT-11 | Albemarle | NC | FX-1380 | 4,300 | 1,200 | 720 | 0.0% | 0.0% | 0.5% | 0 | 6 | 0 | 0 | 4 |
| Spray Application - Seam Cut-Outs | Supply Chain HT-4 | Burlington | NC | FC-247 | 13,000 | 3,700 | 2,200 | 0.0% | 0.0% | 0.5% | 0 | 19 | 0 | 0 | 11 |
| Spray Application - Seam Cut-Outs | Supply Chain HT-3 | Burlington | NC | FC-247 | 8,500 | 2,300 | 1,400 | 0.0% | 0.0% | 0.5% | 0 | 12 | 0 | 0 | 7 |
| Spray Application - Seam Cut-Outs | Supply Chain HT-6 | Fall River | MA | FC-247 | 13,000 | 3,500 | 2,100 | 0.0% | 0.0% | 0.5% | 0 | 18 | 0 | 0 | 11 |
| Spray Application - Seam Cut-Outs | Supply Chain HT-12 | Inman | SC | FC-247 | 22,000 | 6,300 | 3,700 | 0.0% | 0.0% | 0.5% | 0 | 32 | 0 | 0 | 19 |
| Spray Application - Seam Cut-Outs | Supply Chain HT-5 | Burlington | NC | FC-247 | 9,700 | 2,600 | 1,600 | 0.0% | 0.0% | 0.5% | 0 | 13 | 0 | 0 | 8 |
| Spray Application - Seam Cut-Outs | Supply Chain HT-4 | Gaffney | SC | FC-247 | 23,000 | 6,500 | 3,900 | 0.0% | 0.0% | 0.5% | 0 | 33 | 0 | 0 | 20 |
| Spray Application - Seam Cut-Outs | Supply Chain HT-8 | unknown | . | FC-248 | 9,900 | 4,500 | 2,700 | 0.0% | 0.0% | 0.5% | 0 | 23 | 0 | 0 | 14 |
| Spray Application - Seam Cut-Outs | Supply Chain HT-17 | unknown | . | FC-247 | 2,600 | 720 | 300 | 0.0% | 0.0% | 0.5% | 0 | 4 | 0 | 0 | 2 |
| Spray Application - Seam Cut-Outs | Other | Unspecified | . | FC-247 | 190,000 | 52,000 | 32,000 | 0.0% | 0.0% | 0.5% | 0 | 260 | 0 | 0 | 160 |
| Spray Application - Seam Cut-Outs | Other | Unspecified | . | FX-1380 | 36,000 | 10,000 | 6,100 | 0.0% | 0.0% | 0.5% | 0 | 50 | 0 | 0 | 31 |
| Spray Application - Seam Cut-Outs | Other | Unspecified | . | FC-248 | 15,000 | 7,100 | 4,200 | 0.0% | 0.0% | 0.5% | 0 | 36 | 0 | 0 | 21 |

06 141912

E-5

CONFIDENTIAL - SUBJECT TO AFFF MDL PROTECTIVE ORDER

3M_AFFF_MDL00019289

Business Sensitive

| Application | Operation | Location | State | Product | End Material Product (lbs) | | | Loss Rate Air | Loss Rate Water | Loss Rate Solids | | PFOS Released | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Spray Application - Seam Cut-Outs | Other | Unspecified | - | FC-1861 | 1,600 | 190 | 77 | 0.5% | 0.0% | 0.5% | 0 | 1 | 0 | 0 | 0 |
| Spray Application - Seam Cut-Outs | Other | Unspecified | - | FC-461 | 8,100 | 2,200 | 940 | 0.5% | 0.0% | 0.5% | 0 | 11 | 0 | 0 | 5 |
| Spray Application - Seam Cut-Outs | Supply Chain HT-10 | Sumter | SC | FC-247 | 47,000 | 12,000 | 7,600 | 0.4% | 0.0% | 0.4% | 0 | 48 | 0 | 0 | 30 |
| Pad Application - Seam Cut-Outs | Supply Chain HT-3 | Burlington | NC | FC-247 | 7,900 | 2,100 | 1,300 | 0.4% | 0.0% | 0.4% | 0 | 8 | 0 | 0 | 5 |
| Pad Application - Seam Cut-Outs | Supply Chain HT-1 | Windsor Locks | CT | FC-280 | 110,000 | 35,000 | 13,000 | 0.4% | 0.0% | 0.4% | 0 | 140 | 0 | 0 | 52 |
| Pad Application - Seam Cut-Outs | Supply Chain HT-9 | West Groton | MA | FC-824 | 40,000 | 15,000 | 10,000 | 0.4% | 0.0% | 0.4% | 0 | 60 | 0 | 0 | 40 |
| Pad Application - Seam Cut-Outs | Supply Chain HT-14 | Rochester | NH | FC-824 | 26,000 | 10,000 | 6,500 | 0.4% | 0.0% | 0.4% | 0 | 40 | 0 | 0 | 24 |
| Pad Application - Seam Cut-Outs | Supply Chain HT-16 | High Point | NC | FC-824 | 11,000 | 4,100 | 2,600 | 0.4% | 0.0% | 0.4% | 0 | 16 | 0 | 0 | 10 |
| Pad Application - Seam Cut-Outs | Supply Chain HT-5 | Burlington | NC | FC-247 | 7,200 | 2,000 | 1,200 | 0.4% | 0.0% | 0.4% | 0 | 8 | 0 | 0 | 5 |
| Pad Application - Seam Cut-Outs | Supply Chain HT-8 | Gaffney | SC | FC-247 | 17,000 | 4,800 | 2,900 | 0.4% | 0.0% | 0.4% | 0 | 19 | 0 | 0 | 12 |
| Pad Application - Seam Cut-Outs | Supply Chain HT-18 | unknown | - | FC-248 | 11,000 | 5,100 | 3,100 | 0.4% | 0.0% | 0.4% | 0 | 20 | 0 | 0 | 12 |
| Pad Application - Seam Cut-Outs | Supply Chain HT-19 | unknown | - | FC-461 | 2,400 | 660 | 280 | 0.4% | 0.0% | 0.4% | 0 | 3 | 0 | 0 | 1 |
| Pad Application - Seam Cut-Outs | Supply Chain HT-17 | unknown | - | FC-248 | 9,100 | 4,200 | 2,500 | 0.4% | 0.0% | 0.4% | 0 | 17 | 0 | 0 | 10 |
| Pad Application - Seam Cut-Outs | Other | Unspecified | - | FC-248 | 140,000 | 39,000 | 24,000 | 0.4% | 0.0% | 0.4% | 0 | 160 | 0 | 0 | 96 |
| Pad Application - Seam Cut-Outs | Other | Unspecified | - | FX-1380 | 26,000 | 4,600 | 4,600 | 0.4% | 0.0% | 0.4% | 0 | 30 | 0 | 0 | 18 |
| Pad Application - Seam Cut-Outs | Other | Unspecified | - | FC-280 | 24,000 | 7,600 | 1,800 | 0.4% | 0.0% | 0.4% | 0 | 30 | 0 | 0 | 12 |
| Pad Application - Seam Cut-Outs | Other | Unspecified | - | FC-824 | 6,600 | 2,500 | 1,600 | 0.4% | 0.0% | 0.4% | 0 | 10 | 0 | 0 | 6 |
| Pad Application - Seam Cut-Outs | Other | Unspecified | - | FC-248 | 12,000 | 5,300 | 3,100 | 0.4% | 0.0% | 0.4% | 0 | 21 | 0 | 0 | 12 |
| Pad Application - Seam Cut-Outs | Other | Unspecified | - | FC-1861 | 1,200 | 140 | 58 | 0.4% | 0.0% | 0.4% | 0 | 1 | 0 | 0 | 0 |
| Pad Application - Seam Cut-Outs | Other | Unspecified | - | FC-461 | 6,000 | 1,600 | 700 | 0.4% | 0.0% | 0.4% | 0 | 6 | 0 | 0 | 3 |
| Foam Application - Seam Cut-Outs | Supply Chain HT-7 | Fall River | MA | FC-247 | 30,000 | 8,200 | 5,000 | 0.4% | 0.0% | 0.4% | 0 | 33 | 0 | 0 | 20 |
| Foam Application - Seam Cut-Outs | Supply Chain HT-13 | Spartanburg | SC | FC-247 | 37,000 | 10,000 | 6,100 | 0.4% | 0.0% | 0.4% | 0 | 40 | 0 | 0 | 24 |
| Foam Application - Seam Cut-Outs | Supply Chain HT-2 | Roxboro | NC | FC-247 | 36,000 | 10,000 | 5,800 | 0.4% | 0.0% | 0.4% | 0 | 40 | 0 | 0 | 23 |
| Foam Application - Seam Cut-Outs | Supply Chain HT-2 | Roxboro | NC | FX-1380 | 8,300 | 2,400 | 1,500 | 0.4% | 0.0% | 0.4% | 0 | 10 | 0 | 0 | 6 |
| Foam Application - Seam Cut-Outs | Supply Chain HT-11 | Albemarle | NC | FC-247 | 17,000 | 4,600 | 2,800 | 0.4% | 0.0% | 0.4% | 0 | 18 | 0 | 0 | 11 |
| Foam Application - Seam Cut-Outs | Supply Chain HT-11 | Albemarle | NC | FX-1380 | 4,000 | 1,100 | 660 | 0.4% | 0.0% | 0.4% | 0 | 4 | 0 | 0 | 3 |
| Foam Application - Seam Cut-Outs | Supply Chain HT-4 | Burlington | NC | FC-247 | 12,000 | 3,400 | 2,000 | 0.4% | 0.0% | 0.4% | 0 | 14 | 0 | 0 | 8 |
| Foam Application - Seam Cut-Outs | Supply Chain HT-6 | Fall River | MA | FC-247 | 12,000 | 3,300 | 2,000 | 0.4% | 0.0% | 0.4% | 0 | 13 | 0 | 0 | 8 |
| Foam Application - Seam Cut-Outs | Supply Chain HT-12 | Inman | SC | FC-247 | 21,000 | 5,800 | 3,400 | 0.4% | 0.0% | 0.4% | 0 | 23 | 0 | 0 | 14 |
| Foam Application - Seam Cut-Outs | Supply Chain HT-8 | Burlington | NC | FC-247 | 8,700 | 2,400 | 1,400 | 0.4% | 0.0% | 0.4% | 0 | 10 | 0 | 0 | 6 |
| Foam Application - Seam Cut-Outs | Supply Chain HT-8 | Gaffney | SC | FC-247 | 21,000 | 5,800 | 3,500 | 0.4% | 0.0% | 0.4% | 0 | 23 | 0 | 0 | 14 |
| Foam Application - Seam Cut-Outs | Supply Chain HT-7 | Fall River | MA | FC-1861 | 10,000 | 1,200 | 480 | 0.4% | 0.0% | 0.4% | 0 | 5 | 0 | 0 | 2 |
| Foam Application - Seam Cut-Outs | Other | Unspecified | - | FC-247 | 170,000 | 47,000 | 29,000 | 0.4% | 0.0% | 0.4% | 0 | 190 | 0 | 0 | 120 |
| Foam Application - Seam Cut-Outs | Other | Unspecified | - | FX-1380 | 32,000 | 9,000 | 5,500 | 0.4% | 0.0% | 0.4% | 0 | 36 | 0 | 0 | 22 |
| Foam Application - Seam Cut-Outs | Other | Unspecified | - | FC-248 | 14,000 | 6,400 | 3,800 | 0.4% | 0.0% | 0.4% | 0 | 26 | 0 | 0 | 15 |
| Foam Application - Seam Cut-Outs | Other | Unspecified | - | FC-1861 | 1,500 | 170 | 70 | 0.4% | 0.0% | 0.4% | 0 | 1 | 0 | 0 | 0 |
| Foam Application - Seam Cut-Outs | Other | Unspecified | - | FC-461 | 7,300 | 1,900 | 840 | 0.4% | 0.0% | 0.4% | 0 | 8 | 0 | 0 | 3 |
| Spray Application - Quality/SQC Samples | Supply Chain HT-2 | Roxboro | NC | FC-247 | 39,000 | 11,000 | 6,300 | 0.5% | 0.0% | 0.5% | 0 | 55 | 0 | 0 | 31 |
| Spray Application - Quality/SQC Samples | Supply Chain HT-2 | Roxboro | NC | FX-1380 | 8,900 | 2,500 | 1,600 | 0.5% | 0.0% | 0.5% | 0 | 13 | 0 | 0 | 8 |
| Spray Application - Quality/SQC Samples | Supply Chain HT-11 | Albemarle | NC | FC-247 | 18,000 | 4,900 | 3,000 | 0.5% | 0.0% | 0.5% | 0 | 25 | 0 | 0 | 15 |
| Spray Application - Quality/SQC Samples | Supply Chain HT-11 | Albemarle | NC | FX-1380 | 4,300 | 1,200 | 710 | 0.5% | 0.0% | 0.5% | 0 | 6 | 0 | 0 | 4 |
| Spray Application - Quality/SQC Samples | Supply Chain HT-4 | Burlington | NC | FC-247 | 13,000 | 3,700 | 2,200 | 0.5% | 0.0% | 0.5% | 0 | 19 | 0 | 0 | 11 |
| Spray Application - Quality/SQC Samples | Supply Chain HT-4 | Burlington | NC | FC-247 | 8,500 | 2,300 | 1,400 | 0.5% | 0.0% | 0.5% | 0 | 12 | 0 | 0 | 7 |
| Spray Application - Quality/SQC Samples | Supply Chain HT-6 | Fall River | MA | FC-247 | 13,000 | 3,500 | 2,100 | 0.5% | 0.0% | 0.5% | 0 | 18 | 0 | 0 | 11 |
| Spray Application - Quality/SQC Samples | Supply Chain HT-12 | Inman | SC | FC-247 | 22,000 | 6,200 | 3,700 | 0.5% | 0.0% | 0.5% | 0 | 31 | 0 | 0 | 19 |
| Spray Application - Quality/SQC Samples | Supply Chain HT-5 | Burlington | NC | FC-247 | 9,600 | 2,600 | 1,600 | 0.5% | 0.0% | 0.5% | 0 | 13 | 0 | 0 | 13 |
| Spray Application - Quality/SQC Samples | Supply Chain HT-8 | Gaffney | SC | FC-247 | 23,000 | 6,400 | 3,900 | 0.5% | 0.0% | 0.5% | 0 | 32 | 0 | 0 | 20 |

Battelle

08/06/1999

06 141913

E-8

CONFIDENTIAL - SUBJECT TO AFFF MDL
PROTECTIVE ORDER

3M_AFFF_MDL00019290

Business Sensitive

| Product Step | Location Chain | City | State | Brand Identity | | | | % | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Spray Application - Quality/SQC Samples | Supply Chain HT-17 | unknown | | FC-248 | 9,800 | 4,500 | 2,300 | 0 | 0 | 0.5% | 0.0% | 0.0% | 23 | 14 |
| Spray Application - Quality/SQC Samples | Supply Chain HT-19 | unknown | | FC-461 | 2,600 | 710 | 300 | 0 | 0 | 0.5% | 0.0% | 0.0% | 4 | 2 |
| Spray Application - Quality/SQC Samples | Other | Unspecified | | FC-247 | 190,000 | 51,000 | 32,000 | 0 | 0 | 0.5% | 0.0% | 0.0% | 260 | 160 |
| Spray Application - Quality/SQC Samples | Other | Unspecified | | FX-1380 | 35,000 | 10,000 | 6,100 | 0 | 0 | 0.5% | 0.0% | 0.0% | 50 | 31 |
| Spray Application - Quality/SQC Samples | Other | Unspecified | | FC-248 | 15,000 | 7,100 | 4,200 | 0 | 0 | 0.5% | 0.0% | 0.0% | 36 | 21 |
| Spray Application - Quality/SQC Samples | Other | Unspecified | | FC-1861 | 1,600 | 190 | 77 | 0 | 0 | 0.5% | 0.0% | 0.0% | 0 | 0 |
| Spray Application - Quality/SQC Samples | Other | Unspecified | | FC-461 | 8,000 | 2,200 | 930 | 0 | 0 | 0.5% | 0.0% | 0.0% | 11 | 5 |
| Pad Application - Quality/SQC Samples | Supply Chain HT-10 | Sumter | SC | FC-247 | 46,000 | 12,000 | 7,600 | 0 | 0 | 0.4% | 0.0% | 0.0% | 48 | 30 |
| Pad Application - Quality/SQC Samples | Supply Chain HT-3 | Burlington | NC | FC-247 | 7,900 | 2,100 | 1,300 | 0 | 0 | 0.4% | 0.0% | 0.0% | 8 | 5 |
| Pad Application - Quality/SQC Samples | Supply Chain HT-1 | Windsor Locks | CT | FC-280 | 110,000 | 35,000 | 13,000 | 0 | 0 | 0.4% | 0.0% | 0.0% | 140 | 52 |
| Pad Application - Quality/SQC Samples | Supply Chain HT-9 | West Groton | MA | FC-824 | 40,000 | 15,000 | 9,900 | 0 | 0 | 0.4% | 0.0% | 0.0% | 60 | 40 |
| Pad Application - Quality/SQC Samples | Supply Chain HT-14 | Rochester | NH | FC-824 | 26,000 | 9,900 | 6,100 | 0 | 0 | 0.4% | 0.0% | 0.0% | 40 | 24 |
| Pad Application - Quality/SQC Samples | Supply Chain HT-16 | High Point | NC | FC-824 | 11,000 | 4,100 | 2,600 | 0 | 0 | 0.4% | 0.0% | 0.0% | 16 | 10 |
| Pad Application - Quality/SQC Samples | Supply Chain HT-5 | Burlington | NC | FC-247 | 7,200 | 2,000 | 1,200 | 0 | 0 | 0.4% | 0.0% | 0.0% | 8 | 5 |
| Pad Application - Quality/SQC Samples | Supply Chain HT-4 | Burlington | SC | FC-247 | 17,000 | 4,800 | 2,900 | 0 | 0 | 0.4% | 0.0% | 0.0% | 19 | 12 |
| Pad Application - Quality/SQC Samples | Supply Chain HT-8 | Gaffney | SC | FC-247 | 11,000 | 5,000 | 3,100 | 0 | 0 | 0.4% | 0.0% | 0.0% | 20 | 12 |
| Pad Application - Quality/SQC Samples | Supply Chain HT-18 | unknown | | FC-248 | 2,400 | 660 | 280 | 0 | 0 | 0.4% | 0.0% | 0.0% | 3 | 1 |
| Pad Application - Quality/SQC Samples | Supply Chain HT-19 | unknown | | FC-461 | 9,100 | 4,100 | 2,500 | 0 | 0 | 0.4% | 0.0% | 0.0% | 16 | 10 |
| Pad Application - Quality/SQC Samples | Supply Chain HT-17 | unknown | | FC-248 | 140,000 | 38,000 | 24,000 | 0 | 0 | 0.4% | 0.0% | 0.0% | 150 | 96 |
| Pad Application - Quality/SQC Samples | Other | Unspecified | | FC-247 | 26,000 | 7,400 | 4,600 | 0 | 0 | 0.4% | 0.0% | 0.0% | 30 | 18 |
| Pad Application - Quality/SQC Samples | Other | Unspecified | | FX-1380 | 24,000 | 7,600 | 3,000 | 0 | 0 | 0.4% | 0.0% | 0.0% | 30 | 12 |
| Pad Application - Quality/SQC Samples | Other | Unspecified | | FC-280 | 6,600 | 2,500 | 1,600 | 0 | 0 | 0.4% | 0.0% | 0.0% | 10 | 6 |
| Pad Application - Quality/SQC Samples | Other | Unspecified | | FC-824 | 5,300 | 3,100 | | 0 | 0 | 0.4% | 0.0% | 0.0% | 21 | 12 |
| Pad Application - Quality/SQC Samples | Other | Unspecified | | FC-1861 | 1,200 | 140 | 58 | 0 | 0 | 0.4% | 0.0% | 0.0% | 1 | 0 |
| Pad Application - Quality/SQC Samples | Other | Unspecified | | FC-461 | 6,000 | 1,900 | 700 | 0 | 0 | 0.4% | 0.0% | 0.0% | 6 | 3 |
| Foam Application - Quality/SQC Samples | Supply Chain HT-7 | Fall River | MA | FC-247 | 30,000 | 8,200 | 5,200 | 0 | 0 | 0.0% | 0.0% | 0.0% | 33 | 20 |
| Foam Application - Quality/SQC Samples | Supply Chain HT-13 | Spartanburg | SC | FC-247 | 37,000 | 9,900 | 6,000 | 0 | 0 | 0.0% | 0.0% | 0.0% | 40 | 24 |
| Foam Application - Quality/SQC Samples | Supply Chain HT-2 | Roxboro | NC | FC-247 | 36,000 | 9,900 | 5,800 | 0 | 0 | 0.0% | 0.0% | 0.0% | 40 | 23 |
| Foam Application - Quality/SQC Samples | Supply Chain HT-2 | Roxboro | NC | FX-1380 | 8,300 | 2,400 | 1,400 | 0 | 0 | 0.0% | 0.0% | 0.0% | 10 | 6 |
| Foam Application - Quality/SQC Samples | Supply Chain HT-11 | Albemarle | NC | FC-248 | 17,000 | 4,500 | 2,800 | 0 | 0 | 0.0% | 0.0% | 0.0% | 18 | 11 |
| Foam Application - Quality/SQC Samples | Supply Chain HT-11 | Albemarle | NC | FX-1380 | 4,000 | 1,100 | 660 | 0 | 0 | 0.0% | 0.0% | 0.0% | 4 | 3 |
| Foam Application - Quality/SQC Samples | Supply Chain HT-4 | Burlington | MA | FC-247 | 12,000 | 3,400 | 2,000 | 0 | 0 | 0.0% | 0.0% | 0.0% | 14 | 8 |
| Foam Application - Quality/SQC Samples | Supply Chain HT-12 | Inman | SC | FC-247 | 12,000 | 3,300 | 1,900 | 0 | 0 | 0.0% | 0.0% | 0.0% | 13 | 8 |
| Foam Application - Quality/SQC Samples | Supply Chain HT-6 | Fall River | NC | FC-247 | 12,000 | 5,800 | 3,400 | 0 | 0 | 0.0% | 0.0% | 0.0% | 23 | 14 |
| Foam Application - Quality/SQC Samples | Supply Chain HT-5 | Burlington | SC | FC-247 | 21,000 | 2,400 | 1,400 | 0 | 0 | 0.0% | 0.0% | 0.0% | 10 | 6 |
| Foam Application - Quality/SQC Samples | Supply Chain HT-8 | Gaffney | NC | FC-247 | 8,700 | 5,800 | 3,500 | 0 | 0 | 0.0% | 0.0% | 0.0% | 23 | 14 |
| Foam Application - Quality/SQC Samples | Supply Chain HT-7 | Fall River | MA | FC-1861 | 9,900 | 1,200 | 480 | 0 | 0 | 0.0% | 0.0% | 0.0% | 5 | 2 |
| Foam Application - Quality/SQC Samples | Other | Unspecified | | FC-247 | 170,000 | 46,000 | 29,000 | 0 | 0 | 0.0% | 0.0% | 0.0% | 180 | 120 |
| Foam Application - Quality/SQC Samples | Other | Unspecified | | FX-1380 | 32,000 | 9,000 | 5,500 | 0 | 0 | 0.0% | 0.0% | 0.0% | 36 | 22 |
| Foam Application - Quality/SQC Samples | Other | Unspecified | | FC-248 | 14,000 | 6,400 | 3,800 | 0 | 0 | 0.0% | 0.0% | 0.0% | 26 | 15 |
| Foam Application - Quality/SQC Samples | Other | Unspecified | | FC-1861 | 1,400 | 170 | 69 | 0 | 0 | 0.0% | 0.0% | 0.0% | 1 | 0 |
| Foam Application - Quality/SQC Samples | Other | Unspecified | | FC-461 | 7,200 | 1,900 | 840 | 0 | 0 | 0.0% | 0.0% | 0.0% | 6 | 3 |
| Upholstery Cutting and Sewing/Furniture Manufacture | Unknown | Unspecified | | FC-247 | 390,000 | 110,000 | 63,000 | 0 | 0 | 10.0% | 0.0% | 0.0% | 11,000 | 6,300 |
| Upholstery Cutting and Sewing/Furniture Manufacture | Unknown | Unspecified | | FX-1380 | 47,000 | 15,000 | 8,300 | 0 | 0 | 10.0% | 0.0% | 0.0% | 1,500 | 830 |
| Upholstery Cutting and Sewing/Furniture Manufacture | Unknown | Unspecified | | FC-248 | 63,000 | 29,000 | 17,000 | 0 | 0 | 10.0% | 0.0% | 0.0% | 2,900 | 1,700 |
| Upholstery Cutting and Sewing/Furniture Manufacture | Unknown | Unspecified | | FC-1861 | 13,000 | 1,500 | 610 | 0 | 0 | 10.0% | 0.0% | 0.0% | 150 | 61 |
| Upholstery Cutting and Sewing/Furniture Manufacture | Unknown | Unspecified | | FC-461 | 24,000 | 6,500 | 2,700 | 0 | 0 | 10.0% | 0.0% | 0.0% | 630 | 270 |

06 141914

CONFIDENTIAL - SUBJECT TO AFFF MDL PROTECTIVE ORDER

3M_AFFF_MDL00019291

Business Sensitive

| Release Stage | Operation Name | Class | Prod Name | Prod Sold (lbs) | Prod Used (lbs) | lbs PFOS | Air | Water | Solid | Rel. Air | Rel. Solid (Prod) | Rel. Water | Rel. Solid (PFOS) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Consumer Use/Wear | Upholstery/Furniture | Gen. U.S. | FC-247 | 390,000 | 110,000 | 64,000 | 0.0% | 0.0% | 30.0% | 0 | 33,000 | 0 | 19,000 |
| Consumer Use/Wear | Upholstery/Furniture | Gen. U.S. | FX-1380 | 47,000 | 15,000 | 8,600 | 0.0% | 0.0% | 30.0% | 0 | 4,500 | 0 | 2,500 |
| Consumer Use/Wear | Upholstery/Furniture | Gen. U.S. | FC-248 | 64,000 | 29,000 | 18,000 | 0.0% | 0.0% | 30.0% | 0 | 8,700 | 0 | 5,400 |
| Consumer Use/Wear | Upholstery/Furniture | Gen. U.S. | FC-1161 | 13,000 | 1,500 | 620 | 0.0% | 0.0% | 30.0% | 0 | 450 | 0 | 190 |
| Consumer Use/Wear | Upholstery/Furniture | Gen. U.S. | FC-461 | 24,000 | 6,400 | 2,800 | 0.0% | 0.0% | 30.0% | 0 | 1,900 | 0 | 840 |
| Consumer Use/Wear | Medical Fabrics | Gen. U.S. | FC-280 | 110,000 | 35,000 | 13,000 | 0.0% | 0.0% | 0.0% | 0 | 0 | 0 | 0 |
| Consumer Use/Wear | Medical Fabrics | Gen. U.S. | FC-824 | 11,000 | 4,000 | 2,600 | 0.0% | 0.0% | 0.0% | 0 | 0 | 0 | 0 |
| Consumer Use/Wear | Filter Media | Gen. U.S. | FC-824 | 71,000 | 26,000 | 17,000 | 0.0% | 0.0% | 0.0% | 0 | 0 | 0 | 0 |
| Consumer Use/Wear | Compound | Gen. U.S. | FX-1801 | 36,000 | 36,000 | 35,000 | 0.0% | 0.0% | 0.0% | 0 | 0 | 0 | 0 |
| Disposal | Landfill | Gen. U.S. | FC-247 | 230,000 | 62,000 | 37,000 | 0.0% | 0.0% | 100.0% | 0 | 62,000 | 0 | 37,000 |
| Disposal | Landfill | Gen. U.S. | FX-1380 | 27,000 | 8,700 | 4,900 | 0.0% | 0.0% | 100.0% | 0 | 8,700 | 0 | 4,900 |
| Disposal | Landfill | Gen. U.S. | FC-280 | 43,000 | 14,000 | 5,300 | 0.0% | 0.0% | 100.0% | 0 | 14,000 | 0 | 5,300 |
| Disposal | Landfill | Gen. U.S. | FC-424 | 63,000 | 23,000 | 15,000 | 0.0% | 0.0% | 100.0% | 0 | 23,000 | 0 | 15,000 |
| Disposal | Landfill | Gen. U.S. | FX-1801 | 99,000 | 22,000 | 14,000 | 0.0% | 0.0% | 100.0% | 0 | 22,000 | 0 | 14,000 |
| Disposal | Landfill | Gen. U.S. | FC-248 | 37,000 | 17,000 | 10,000 | 0.0% | 0.0% | 100.0% | 0 | 17,000 | 0 | 10,000 |
| Disposal | Landfill | Gen. U.S. | FC-1161 | 7,500 | 870 | 360 | 0.0% | 0.0% | 100.0% | 0 | 870 | 0 | 360 |
| Disposal | Landfill | Gen. U.S. | FC-461 | 14,000 | 3,700 | 1,600 | 0.0% | 0.0% | 100.0% | 0 | 3,700 | 0 | 1,600 |
| Disposal | Incineration | Gen. U.S. | FC-247 | 46,000 | 13,000 | 7,600 | n/a | n/a | n/a | - | - | - | - |
| Disposal | Incineration | Gen. U.S. | FX-1380 | 5,600 | 1,800 | 1,000 | n/a | n/a | n/a | - | - | - | - |
| Disposal | Incineration | Gen. U.S. | FC-280 | 65,000 | 21,000 | 7,900 | n/a | n/a | n/a | - | - | - | - |
| Disposal | Incineration | Gen. U.S. | FC-424 | 19,000 | 7,000 | 4,400 | n/a | n/a | n/a | - | - | - | - |
| Disposal | Incineration | Gen. U.S. | FX-1801 | 12,000 | 4,500 | 2,800 | n/a | n/a | n/a | - | - | - | - |
| Disposal | Incineration | Gen. U.S. | FC-248 | 7,600 | 3,500 | 2,100 | n/a | n/a | n/a | - | - | - | - |
| Disposal | Incineration | Gen. U.S. | FC-1161 | 1,500 | 180 | 74 | n/a | n/a | n/a | - | - | - | - |
| Disposal | Incineration | Gen. U.S. | FC-461 | 2,800 | 760 | 330 | n/a | n/a | n/a | - | - | - | - |

a The release categories of Air, Water, and Solid refer to the modes of initial release, since media transfers are expected as substances move through the environment.

Battelle     08/05/1999     E-8

06 141915

CONFIDENTIAL - SUBJECT TO AFFF MDL PROTECTIVE ORDER

06 141916

**Appendix F.**

**Paper and Packaging Release Estimates**

CONFIDENTIAL - SUBJECT TO AFFF MDL
PROTECTIVE ORDER

Business Sensitive

Table F-1. Paper and Packaging: Releases by Process Step
all quantities are for annual sales (1997)

| Process Step | Source | City | St | Item Number | Product (lbs) | AFFF Produced | FC Actives | % | % | col1 | col2 | col3 | col4 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Tote/Drum Transportation (Product Distribution) | Supply Chain PP-1 | Parchment | MI | FC-807 | 290,000 | 93,000 | 74,000 | 0.4% | 0.0% | 370 | 0 | 300 | 0 |
| Tote/Drum Transportation (Product Distribution) | Supply Chain PP-1 | Parchment | MI | FC-809 | 250,000 | 85,000 | 64,000 | 0.4% | 0.0% | 340 | 0 | 260 | 0 |
| Tote/Drum Transportation (Product Distribution) | Supply Chain PP-1 | Parchment | MI | FC-807A | 150,000 | 31,000 | 25,000 | 0.4% | 0.0% | 120 | 0 | 100 | 0 |
| Tote/Drum Transportation (Product Distribution) | Supply Chain PP-1 | Parchment | MI | FC-845 | 290,000 | 99,000 | 56,000 | 0.4% | 0.0% | 400 | 0 | 220 | 0 |
| Tote/Drum Transportation (Product Distribution) | Supply Chain PP-2 | Jay | ME | FC-807 | 270,000 | 87,000 | 70,000 | 0.4% | 0.0% | 350 | 0 | 280 | 0 |
| Tote/Drum Transportation (Product Distribution) | Supply Chain PP-2 | Jay | ME | FC-809 | 230,000 | 79,000 | 60,000 | 0.4% | 0.0% | 320 | 0 | 240 | 0 |
| Tote/Drum Transportation (Product Distribution) | Supply Chain PP-2 | Jay | ME | FC-807A | 140,000 | 29,000 | 23,000 | 0.4% | 0.0% | 120 | 0 | 92 | 0 |
| Tote/Drum Transportation (Product Distribution) | Supply Chain PP-2 | Jay | ME | FC-845 | 120,000 | 39,000 | 22,000 | 0.4% | 0.0% | 160 | 0 | 88 | 0 |
| Tote/Drum Transportation (Product Distribution) | Supply Chain PP-3 | Mobile | AL | FC-807 | 200,000 | 63,000 | 51,000 | 0.4% | 0.0% | 250 | 0 | 200 | 0 |
| Tote/Drum Transportation (Product Distribution) | Supply Chain PP-3 | Mobile | AL | FC-809 | 170,000 | 58,000 | 44,000 | 0.4% | 0.0% | 230 | 0 | 180 | 0 |
| Tote/Drum Transportation (Product Distribution) | Supply Chain PP-3 | Mobile | AL | FC-807A | 100,000 | 21,000 | 17,000 | 0.4% | 0.0% | 84 | 0 | 68 | 0 |
| Tote/Drum Transportation (Product Distribution) | Supply Chain PP-3 | Mobile | AL | FC-845 | 120,000 | 41,000 | 23,000 | 0.4% | 0.0% | 160 | 0 | 92 | 0 |
| Tote/Drum Transportation (Product Distribution) | Supply Chain PP-4 | Rhinelande | WI | FC-807 | 100,000 | 34,000 | 27,000 | 0.4% | 0.0% | 140 | 0 | 110 | 0 |
| Tote/Drum Transportation (Product Distribution) | Supply Chain PP-4 | Rhinelande | WI | FC-809 | 89,000 | 31,000 | 23,000 | 0.4% | 0.0% | 120 | 0 | 92 | 0 |
| Tote/Drum Transportation (Product Distribution) | Supply Chain PP-4 | Rhinelande | WI | FC-807A | 54,000 | 11,000 | 8,900 | 0.4% | 0.0% | 44 | 0 | 36 | 0 |
| Tote/Drum Transportation (Product Distribution) | Supply Chain PP-4 | Rhinelande | WI | FC-845 | 48,000 | 16,000 | 9,200 | 0.4% | 0.0% | 64 | 0 | 37 | 0 |
| Tote/Drum Transportation (Product Distribution) | Supply Chain PP-5 | Ritman | OH | FC-807 | 120,000 | 46,000 | 37,000 | 0.4% | 0.0% | 180 | 0 | 150 | 0 |
| Tote/Drum Transportation (Product Distribution) | Supply Chain PP-5 | Ritman | OH | FC-809 | 120,000 | 42,000 | 32,000 | 0.4% | 0.0% | 170 | 0 | 130 | 0 |
| Tote/Drum Transportation (Product Distribution) | Supply Chain PP-5 | Ritman | OH | FC-807A | 75,000 | 15,000 | 12,000 | 0.4% | 0.0% | 60 | 0 | 48 | 0 |
| Tote/Drum Transportation (Product Distribution) | Supply Chain PP-5 | Ritman | OH | FC-845 | 100,000 | 35,000 | 20,000 | 0.4% | 0.0% | 140 | 0 | 80 | 0 |
| Tote/Drum Transportation (Product Distribution) | Supply Chain PP-6 | Kaukauna | WI | FC-807 | 28,000 | 9,000 | 7,200 | 0.4% | 0.0% | 36 | 0 | 29 | 0 |
| Tote/Drum Transportation (Product Distribution) | Supply Chain PP-6 | Kaukauna | WI | FC-809 | 24,000 | 8,200 | 6,200 | 0.4% | 0.0% | 33 | 0 | 25 | 0 |
| Tote/Drum Transportation (Product Distribution) | Supply Chain PP-6 | Kaukauna | WI | FC-807A | 15,000 | 3,000 | 2,400 | 0.4% | 0.0% | 12 | 0 | 10 | 0 |
| Tote/Drum Transportation (Product Distribution) | Supply Chain PP-6 | Kaukauna | WI | FC-845 | 100,000 | 35,000 | 20,000 | 0.4% | 0.0% | 140 | 0 | 80 | 0 |
| Tote/Drum Transportation (Product Distribution) | Other | Unspecified | - | FC-807 | 370,000 | 120,000 | 94,000 | 0.4% | 0.0% | 480 | 0 | 380 | 0 |
| Tote/Drum Transportation (Product Distribution) | Other | Unspecified | - | FC-809 | 310,000 | 110,000 | 81,000 | 0.4% | 0.0% | 440 | 0 | 320 | 0 |
| Tote/Drum Transportation (Product Distribution) | Other | Unspecified | - | FC-807A | 190,000 | 39,000 | 31,000 | 0.4% | 0.0% | 160 | 0 | 120 | 0 |
| Tote/Drum Transportation (Product Distribution) | Other | Unspecified | - | FC-845 | 310,000 | 100,000 | 59,000 | 0.4% | 0.0% | 400 | 0 | 240 | 0 |
| Make Down Tank | Supply Chain PP-1 | Parchment | MI | FC-807 | 290,000 | 93,000 | 74,000 | 1.0% | 0.0% | 930 | 0 | 740 | 0 |
| Make Down Tank | Supply Chain PP-1 | Parchment | MI | FC-809 | 250,000 | 84,000 | 64,000 | 1.0% | 0.0% | 840 | 0 | 640 | 0 |
| Make Down Tank | Supply Chain PP-1 | Parchment | MI | FC-807A | 150,000 | 31,000 | 25,000 | 1.0% | 0.0% | 310 | 0 | 250 | 0 |
| Make Down Tank | Supply Chain PP-1 | Parchment | MI | FC-845 | 290,000 | 98,000 | 56,000 | 1.0% | 0.0% | 980 | 0 | 560 | 0 |
| Make Down Tank | Supply Chain PP-2 | Jay | ME | FC-807 | 270,000 | 87,000 | 69,000 | 1.0% | 0.0% | 870 | 0 | 690 | 0 |
| Make Down Tank | Supply Chain PP-2 | Jay | ME | FC-809 | 230,000 | 79,000 | 60,000 | 1.0% | 0.0% | 790 | 0 | 600 | 0 |
| Make Down Tank | Supply Chain PP-2 | Jay | ME | FC-807A | 140,000 | 29,000 | 23,000 | 1.0% | 0.0% | 290 | 0 | 230 | 0 |
| Make Down Tank | Supply Chain PP-2 | Jay | ME | FC-845 | 120,000 | 39,000 | 22,000 | 1.0% | 0.0% | 390 | 0 | 220 | 0 |
| Make Down Tank | Supply Chain PP-3 | Mobile | AL | FC-807 | 200,000 | 63,000 | 50,000 | 1.0% | 0.0% | 630 | 0 | 500 | 0 |
| Make Down Tank | Supply Chain PP-3 | Mobile | AL | FC-809 | 170,000 | 57,000 | 43,000 | 1.0% | 0.0% | 570 | 0 | 430 | 0 |
| Make Down Tank | Supply Chain PP-3 | Mobile | AL | FC-807A | 100,000 | 21,000 | 17,000 | 1.0% | 0.0% | 210 | 0 | 170 | 0 |
| Make Down Tank | Supply Chain PP-3 | Mobile | AL | FC-845 | 120,000 | 41,000 | 23,000 | 1.0% | 0.0% | 410 | 0 | 230 | 0 |
| Make Down Tank | Supply Chain PP-4 | Rhinelande | WI | FC-807 | 100,000 | 33,000 | 27,000 | 1.0% | 0.0% | 330 | 0 | 270 | 0 |
| Make Down Tank | Supply Chain PP-4 | Rhinelande | WI | FC-809 | 89,000 | 30,000 | 23,000 | 1.0% | 0.0% | 300 | 0 | 230 | 0 |
| Make Down Tank | Supply Chain PP-4 | Rhinelande | WI | FC-807A | 54,000 | 11,000 | 8,900 | 1.0% | 0.0% | 110 | 0 | 89 | 0 |
| Make Down Tank | Supply Chain PP-4 | Rhinelande | WI | FC-845 | 48,000 | 16,000 | 9,100 | 1.0% | 0.0% | 160 | 0 | 91 | 0 |

06 141917

CONFIDENTIAL - SUBJECT TO AFFF MDL PROTECTIVE ORDER    3M_AFFF_MDL00019294

Business Sensitive

06 141918

F-2

| Process Area | Supply Chain | City | State | Product Code | Product Used | On Site | On Site | % | % | % | % | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Make Down Tank | Supply Chain PP-5 | Ritman | OH | FC-807 | 140,000 | 46,000 | 37,000 | 0.0% | 0.0% | 1.0% | 0.0% | 460 | 0 | 370 | 0 |
| Make Down Tank | Supply Chain PP-5 | Ritman | OH | FC-809 | 120,000 | 42,000 | 32,000 | 0.0% | 0.0% | 1.0% | 0.0% | 420 | 0 | 320 | 0 |
| Make Down Tank | Supply Chain PP-5 | Ritman | OH | FC-807A | 75,000 | 15,000 | 12,000 | 0.0% | 0.0% | 1.0% | 0.0% | 150 | 0 | 120 | 0 |
| Make Down Tank | Supply Chain PP-3 | Ritman | OH | FC-845 | 100,000 | 35,000 | 20,000 | 0.0% | 0.0% | 1.0% | 0.0% | 350 | 0 | 200 | 0 |
| Make Down Tank | Supply Chain PP-6 | Kaukauna | WI | FC-807 | 28,000 | 8,900 | 7,100 | 0.0% | 0.0% | 1.0% | 0.0% | 89 | 0 | 71 | 0 |
| Make Down Tank | Supply Chain PP-6 | Kaukauna | WI | FC-809 | 24,000 | 8,100 | 6,200 | 0.0% | 0.0% | 1.0% | 0.0% | 81 | 0 | 62 | 0 |
| Make Down Tank | Supply Chain PP-6 | Kaukauna | WI | FC-807A | 14,000 | 3,000 | 2,400 | 0.0% | 0.0% | 1.0% | 0.0% | 30 | 0 | 24 | 0 |
| Make Down Tank | Supply Chain PP-6 | Kaukauna | WI | FC-845 | 100,000 | 35,000 | 20,000 | 0.0% | 0.0% | 1.0% | 0.0% | 350 | 0 | 200 | 0 |
| Make Down Tank | Other | Unspecified | - | FC-807 | 370,000 | 120,000 | 94,000 | 0.0% | 0.0% | 1.0% | 0.0% | 1,200 | 0 | 940 | 0 |
| Make Down Tank | Other | Unspecified | - | FC-809 | 310,000 | 110,000 | 81,000 | 0.0% | 0.0% | 1.0% | 0.0% | 1,100 | 0 | 810 | 0 |
| Make Down Tank | Other | Unspecified | - | FC-807A | 190,000 | 39,000 | 31,000 | 0.0% | 0.0% | 1.0% | 0.0% | 390 | 0 | 310 | 0 |
| Make Down Tank | Other | Unspecified | - | FC-845 | 310,000 | 100,000 | 59,000 | 0.0% | 0.0% | 1.0% | 0.0% | 1,000 | 0 | 590 | 0 |
| Size Press Application | Supply Chain PP-1 | Parchment | MI | FC-807 | 290,000 | 92,000 | 73,000 | 0.0% | 0.0% | 0.1% | 0.0% | 92 | 0 | 73 | 0 |
| Size Press Application | Supply Chain PP-1 | Parchment | MI | FC-809 | 240,000 | 84,000 | 63,000 | 0.0% | 0.0% | 0.1% | 0.0% | 84 | 0 | 63 | 0 |
| Size Press Application | Supply Chain PP-1 | Parchment | MI | FC-807A | 150,000 | 31,000 | 24,000 | 0.0% | 0.0% | 0.1% | 0.0% | 31 | 0 | 24 | 0 |
| Size Press Application | Supply Chain PP-1 | Parchment | MI | FC-845 | 290,000 | 97,000 | 55,000 | 0.0% | 0.0% | 0.1% | 0.0% | 97 | 0 | 55 | 0 |
| Size Press Application | Supply Chain PP-2 | Jay | ME | FC-807 | 270,000 | 86,000 | 69,000 | 0.0% | 0.0% | 0.1% | 0.0% | 86 | 0 | 69 | 0 |
| Size Press Application | Supply Chain PP-2 | Jay | ME | FC-809 | 230,000 | 78,000 | 59,000 | 0.0% | 0.0% | 0.1% | 0.0% | 78 | 0 | 59 | 0 |
| Size Press Application | Supply Chain PP-2 | Jay | ME | FC-807A | 140,000 | 29,000 | 23,000 | 0.0% | 0.0% | 0.1% | 0.0% | 29 | 0 | 23 | 0 |
| Size Press Application | Supply Chain PP-2 | Jay | ME | FC-845 | 120,000 | 39,000 | 22,000 | 0.0% | 0.0% | 0.1% | 0.0% | 39 | 0 | 22 | 0 |
| Size Press Application | Supply Chain PP-3 | Mobile | AL | FC-807 | 190,000 | 62,000 | 50,000 | 0.0% | 0.0% | 0.1% | 0.0% | 62 | 0 | 50 | 0 |
| Size Press Application | Supply Chain PP-3 | Mobile | AL | FC-809 | 170,000 | 57,000 | 43,000 | 0.0% | 0.0% | 0.1% | 0.0% | 57 | 0 | 43 | 0 |
| Size Press Application | Supply Chain PP-3 | Mobile | AL | FC-807A | 100,000 | 21,000 | 17,000 | 0.0% | 0.0% | 0.1% | 0.0% | 21 | 0 | 17 | 0 |
| Size Press Application | Supply Chain PP-3 | Mobile | AL | FC-845 | 120,000 | 41,000 | 23,000 | 0.0% | 0.0% | 0.1% | 0.0% | 41 | 0 | 23 | 0 |
| Size Press Application | Supply Chain PP-4 | Rhinelande | WI | FC-807 | 100,000 | 33,000 | 26,000 | 0.0% | 0.0% | 0.1% | 0.0% | 33 | 0 | 26 | 0 |
| Size Press Application | Supply Chain PP-4 | Rhinelande | WI | FC-809 | 88,000 | 30,000 | 23,000 | 0.0% | 0.0% | 0.1% | 0.0% | 30 | 0 | 23 | 0 |
| Size Press Application | Supply Chain PP-4 | Rhinelande | WI | FC-807A | 54,000 | 11,000 | 8,800 | 0.0% | 0.0% | 0.1% | 0.0% | 11 | 0 | 9 | 0 |
| Size Press Application | Supply Chain PP-4 | Rhinelande | WI | FC-845 | 47,000 | 16,000 | 9,000 | 0.0% | 0.0% | 0.1% | 0.0% | 16 | 0 | 9 | 0 |
| Size Press Application | Supply Chain PP-5 | Ritman | OH | FC-807 | - | - | - | 0.0% | 0.0% | 0.1% | 0.0% | 0 | 0 | 0 | 0 |
| Size Press Application | Supply Chain PP-5 | Ritman | OH | FC-809 | - | - | - | 0.0% | 0.0% | 0.1% | 0.0% | 0 | 0 | 0 | 0 |
| Size Press Application | Supply Chain PP-5 | Ritman | OH | FC-807A | - | - | - | 0.0% | 0.0% | 0.1% | 0.0% | 0 | 0 | 0 | 0 |
| Size Press Application | Supply Chain PP-5 | Ritman | OH | FC-845 | - | - | - | 0.0% | 0.0% | 0.1% | 0.0% | 0 | 0 | 0 | 0 |
| Size Press Application | Supply Chain PP-6 | Kaukauna | WI | FC-807 | 28,000 | 8,800 | 7,100 | 0.0% | 0.0% | 0.1% | 0.0% | 9 | 0 | 7 | 0 |
| Size Press Application | Supply Chain PP-6 | Kaukauna | WI | FC-809 | 24,000 | 8,100 | 6,100 | 0.0% | 0.0% | 0.1% | 0.0% | 8 | 0 | 6 | 0 |
| Size Press Application | Supply Chain PP-6 | Kaukauna | WI | FC-807A | 14,000 | 2,500 | 2,400 | 0.0% | 0.0% | 0.1% | 0.0% | 3 | 0 | 2 | 0 |
| Size Press Application | Supply Chain PP-6 | Kaukauna | WI | FC-845 | 100,000 | 35,000 | 20,000 | 0.0% | 0.0% | 0.1% | 0.0% | 35 | 0 | 20 | 0 |
| Size Press Application | Other | Unspecified | - | FC-807 | 220,000 | 69,000 | 55,000 | 0.0% | 0.0% | 0.1% | 0.0% | 69 | 0 | 55 | 0 |
| Size Press Application | Other | Unspecified | - | FC-809 | 180,000 | 63,000 | 48,000 | 0.0% | 0.0% | 0.1% | 0.0% | 63 | 0 | 48 | 0 |
| Size Press Application | Other | Unspecified | - | FC-807A | 110,000 | 23,000 | 18,000 | 0.0% | 0.0% | 0.1% | 0.0% | 23 | 0 | 18 | 0 |
| Size Press Application | Other | Unspecified | - | FC-845 | 240,000 | 82,000 | 46,000 | 0.0% | 0.0% | 0.1% | 0.0% | 82 | 0 | 46 | 0 |
| Calander Stack Application | Supply Chain PP-1 | Parchment | MI | FC-807 | | | | 0.0% | 0.0% | 0.5% | 0.0% | 0 | 0 | 0 | 0 |
| Calander Stack Application | Supply Chain PP-1 | Parchment | MI | FC-809 | | | | 0.0% | 0.0% | 0.5% | 0.0% | 0 | 0 | 0 | 0 |
| Calander Stack Application | Supply Chain PP-1 | Parchment | MI | FC-807A | | | | 0.0% | 0.0% | 0.5% | 0.0% | 0 | 0 | 0 | 0 |
| Calander Stack Application | Supply Chain PP-1 | Parchment | MI | FC-845 | | | | 0.0% | 0.0% | 0.5% | 0.0% | 0 | 0 | 0 | 0 |
| Calander Stack Application | Supply Chain PP-2 | Jay | ME | FC-807 | | | | 0.0% | 0.0% | 0.5% | 0.0% | 0 | 0 | 0 | 0 |
| Calander Stack Application | Supply Chain PP-2 | Jay | ME | FC-809 | | | | 0.0% | 0.0% | 0.5% | 0.0% | 0 | 0 | 0 | 0 |

Battelle          08/09/1999

Business Sensitive

| Application | Company | Location | State | Product | | | | % | % | % | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Calendar Stack Application | Supply Chain PP-2 | Jay | ME | FC-807A | - | - | - | 0.0% | 0.5% | 0.0% | 0 | 0 | 0 |
| Calendar Stack Application | Supply Chain PP-2 | Jay | ME | FC-845 | - | - | - | 0.0% | 0.5% | 0.0% | 0 | 0 | 0 |
| Calendar Stack Application | Supply Chain PP-3 | Mobile | AL | FC-807 | - | - | - | 0.0% | 0.5% | 0.0% | 0 | 0 | 0 |
| Calendar Stack Application | Supply Chain PP-3 | Mobile | AL | FC-809 | - | - | - | 0.0% | 0.5% | 0.0% | 0 | 0 | 0 |
| Calendar Stack Application | Supply Chain PP-3 | Mobile | AL | FC-807A | - | - | - | 0.0% | 0.5% | 0.0% | 0 | 0 | 0 |
| Calendar Stack Application | Supply Chain PP-3 | Mobile | AL | FC-845 | - | - | - | 0.0% | 0.5% | 0.0% | 0 | 0 | 0 |
| Calendar Stack Application | Supply Chain PP-4 | Rhinelande | WI | FC-807 | - | - | - | 0.0% | 0.5% | 0.0% | 0 | 0 | 0 |
| Calendar Stack Application | Supply Chain PP-4 | Rhinelande | WI | FC-809 | - | - | - | 0.0% | 0.5% | 0.0% | 0 | 0 | 0 |
| Calendar Stack Application | Supply Chain PP-4 | Rhinelande | WI | FC-807A | - | - | - | 0.0% | 0.5% | 0.0% | 0 | 0 | 0 |
| Calendar Stack Application | Supply Chain PP-4 | Rhinelande | WI | FC-845 | - | - | - | 0.0% | 0.5% | 0.0% | 0 | 0 | 0 |
| Calendar Stack Application | Supply Chain PP-5 | Rittman | OH | FC-807 | 85,000 | 27,000 | 22,000 | 0.0% | 0.5% | 0.0% | 140 | 110 | 0 |
| Calendar Stack Application | Supply Chain PP-5 | Rittman | OH | FC-809 | 73,000 | 25,000 | 19,000 | 0.0% | 0.5% | 0.0% | 130 | 95 | 0 |
| Calendar Stack Application | Supply Chain PP-5 | Rittman | OH | FC-807A | 45,000 | 9,200 | 7,300 | 0.0% | 0.5% | 0.0% | 46 | 37 | 0 |
| Calendar Stack Application | Supply Chain PP-5 | Rittman | OH | FC-945 | 100,000 | 35,000 | 20,000 | 0.0% | 0.5% | 0.0% | 180 | 100 | 0 |
| Calendar Stack Application | Supply Chain PP-6 | Kaukauna | WI | FC-807 | - | - | - | 0.0% | 0.5% | 0.0% | 0 | 0 | 0 |
| Calendar Stack Application | Supply Chain PP-6 | Kaukauna | WI | FC-809 | - | - | - | 0.0% | 0.5% | 0.0% | 0 | 0 | 0 |
| Calendar Stack Application | Supply Chain PP-6 | Kaukauna | WI | FC-807A | - | - | - | 0.0% | 0.5% | 0.0% | 0 | 0 | 0 |
| Calendar Stack Application | Supply Chain PP-6 | Kaukauna | WI | FC-845 | - | - | - | 0.0% | 0.5% | 0.0% | 0 | 0 | 0 |
| Calendar Stack Application | Other | Unspecified | - | FC-807 | 120,000 | 40,000 | 32,000 | 0.0% | 0.5% | 0.0% | 200 | 160 | 0 |
| Calendar Stack Application | Other | Unspecified | - | FC-809 | 110,000 | 36,000 | 28,000 | 0.0% | 0.5% | 0.0% | 180 | 140 | 0 |
| Calendar Stack Application | Other | Unspecified | - | FC-807A | 65,000 | 13,000 | 11,000 | 0.0% | 0.5% | 0.0% | 65 | 55 | 0 |
| Calendar Stack Application | Other | Unspecified | - | FC-845 | 62,000 | 21,000 | 12,000 | 0.0% | 0.5% | 0.0% | 110 | 60 | 0 |
| Clay Coating Application | Supply Chain PP-1 | Parchment | MI | FC-807 | - | - | - | 0.0% | 0.5% | 0.0% | 0 | 0 | 0 |
| Clay Coating Application | Supply Chain PP-1 | Parchment | MI | FC-809 | - | - | - | 0.0% | 0.5% | 0.0% | 0 | 0 | 0 |
| Clay Coating Application | Supply Chain PP-1 | Parchment | MI | FC-807A | - | - | - | 0.0% | 0.5% | 0.0% | 0 | 0 | 0 |
| Clay Coating Application | Supply Chain PP-1 | Parchment | MI | FC-845 | - | - | - | 0.0% | 0.5% | 0.0% | 0 | 0 | 0 |
| Clay Coating Application | Supply Chain PP-2 | Jay | ME | FC-807 | - | - | - | 0.0% | 0.5% | 0.0% | 0 | 0 | 0 |
| Clay Coating Application | Supply Chain PP-2 | Jay | ME | FC-809 | - | - | - | 0.0% | 0.5% | 0.0% | 0 | 0 | 0 |
| Clay Coating Application | Supply Chain PP-2 | Jay | ME | FC-807A | - | - | - | 0.0% | 0.5% | 0.0% | 0 | 0 | 0 |
| Clay Coating Application | Supply Chain PP-3 | Mobile | AL | FC-807 | - | - | - | 0.0% | 0.5% | 0.0% | 0 | 0 | 0 |
| Clay Coating Application | Supply Chain PP-3 | Mobile | AL | FC-809 | - | - | - | 0.0% | 0.5% | 0.0% | 0 | 0 | 0 |
| Clay Coating Application | Supply Chain PP-3 | Mobile | AL | FC-807A | - | - | - | 0.0% | 0.5% | 0.0% | 0 | 0 | 0 |
| Clay Coating Application | Supply Chain PP-4 | Mobile | AL | FC-845 | - | - | - | 0.0% | 0.5% | 0.0% | 0 | 0 | 0 |
| Clay Coating Application | Supply Chain PP-4 | Rhinelande | WI | FC-807 | - | - | - | 0.0% | 0.5% | 0.0% | 0 | 0 | 0 |
| Clay Coating Application | Supply Chain PP-4 | Rhinelande | WI | FC-809 | - | - | - | 0.0% | 0.5% | 0.0% | 0 | 0 | 0 |
| Clay Coating Application | Supply Chain PP-4 | Rhinelande | WI | FC-807A | - | - | - | 0.0% | 0.5% | 0.0% | 0 | 0 | 0 |
| Clay Coating Application | Supply Chain PP-5 | Rittman | OH | FC-807 | 56,000 | 18,000 | 15,000 | 0.0% | 0.5% | 0.0% | 90 | 75 | 0 |
| Clay Coating Application | Supply Chain PP-5 | Rittman | OH | FC-809 | 48,000 | 17,000 | 13,000 | 0.0% | 0.5% | 0.0% | 85 | 65 | 0 |
| Clay Coating Application | Supply Chain PP-5 | Rittman | OH | FC-807A | 29,000 | 6,100 | 4,800 | 0.0% | 0.5% | 0.0% | 31 | 24 | 0 |
| Clay Coating Application | Supply Chain PP-5 | Rittman | OH | FC-845 | - | - | - | 0.0% | 0.5% | 0.0% | 0 | 0 | 0 |
| Clay Coating Application | Supply Chain PP-6 | Kaukauna | WI | FC-807 | - | - | - | 0.0% | 0.5% | 0.0% | 0 | 0 | 0 |
| Clay Coating Application | Supply Chain PP-6 | Kaukauna | WI | FC-809 | - | - | - | 0.0% | 0.5% | 0.0% | 0 | 0 | 0 |
| Clay Coating Application | Supply Chain PP-6 | Kaukauna | WI | FC-807A | - | - | - | 0.0% | 0.5% | 0.0% | 0 | 0 | 0 |
| Clay Coating Application | Supply Chain PP-6 | Kaukauna | WI | FC-845 | - | - | - | 0.0% | 0.5% | 0.0% | 0 | 0 | 0 |

Battelle    08/05/1999

F-3

06 141919

Business Sensitive

| Application Name | Location Name | City | State | FC | Product (lbs) | Input Material (Raw Materials) (lbs) | Per Batch |
|---|---|---|---|---|---|---|---|
| Clay Coating Application | Other | Unspecified | MI | FC-807 | 22,000 | 7,000 | 5,600 |
| Clay Coating Application | Other | Unspecified | MI | FC-809 | 19,000 | 6,400 | 4,800 |
| Clay Coating Application | Other | Unspecified | - | FC-807A | 11,000 | 2,300 | 1,900 |
| Clay Coating Application | Other | Unspecified | - | FC-845 | - | - | - |
| Clay Coating Application | Other | Unspecified | - | FC-807 | - | - | - |
| Dryer Section | Supply Chain PP-1 | Parchment | MI | FC-807 | 290,000 | 92,000 | 73,000 |
| Dryer Section | Supply Chain PP-1 | Parchment | MI | FC-809 | 240,000 | 83,000 | 63,000 |
| Dryer Section | Supply Chain PP-1 | Parchment | MI | FC-807A | 150,000 | 31,000 | 24,000 |
| Dryer Section | Supply Chain PP-1 | Parchment | MI | FC-845 | 290,000 | 97,000 | 55,000 |
| Dryer Section | Supply Chain PP-2 | Jay | ME | FC-807 | 270,000 | 86,000 | 68,000 |
| Dryer Section | Supply Chain PP-2 | Jay | ME | FC-809 | 230,000 | 78,000 | 59,000 |
| Dryer Section | Supply Chain PP-2 | Jay | ME | FC-807A | 140,000 | 29,000 | 23,000 |
| Dryer Section | Supply Chain PP-2 | Jay | ME | FC-845 | 120,000 | 39,000 | 22,000 |
| Dryer Section | Supply Chain PP-3 | Mobile | AL | FC-807 | 190,000 | 62,000 | 50,000 |
| Dryer Section | Supply Chain PP-3 | Mobile | AL | FC-809 | 170,000 | 57,000 | 43,000 |
| Dryer Section | Supply Chain PP-3 | Mobile | AL | FC-807A | 100,000 | 21,000 | 17,000 |
| Dryer Section | Supply Chain PP-3 | Mobile | AL | FC-845 | 120,000 | 41,000 | 23,000 |
| Dryer Section | Supply Chain PP-4 | Rhinelande | WI | FC-807 | 100,000 | 33,000 | 26,000 |
| Dryer Section | Supply Chain PP-4 | Rhinelande | WI | FC-809 | 88,000 | 30,000 | 23,000 |
| Dryer Section | Supply Chain PP-4 | Rhinelande | WI | FC-807A | 54,000 | 11,000 | 8,800 |
| Dryer Section | Supply Chain PP-4 | Rhinelande | WI | FC-845 | 47,000 | 16,000 | 9,000 |
| Dryer Section | Supply Chain PP-5 | Rittman | OH | FC-807 | 140,000 | 45,000 | 36,000 |
| Dryer Section | Supply Chain PP-5 | Rittman | OH | FC-809 | 120,000 | 41,000 | 31,000 |
| Dryer Section | Supply Chain PP-5 | Rittman | OH | FC-807A | 74,000 | 15,000 | 12,000 |
| Dryer Section | Supply Chain PP-5 | Rittman | OH | FC-845 | 100,000 | 35,000 | 20,000 |
| Dryer Section | Supply Chain PP-6 | Kaukauna | WI | FC-807 | 27,000 | 8,800 | 7,100 |
| Dryer Section | Supply Chain PP-6 | Kaukauna | WI | FC-809 | 24,000 | 8,100 | 6,100 |
| Dryer Section | Supply Chain PP-6 | Kaukauna | WI | FC-807A | 14,000 | 2,900 | 2,400 |
| Dryer Section | Supply Chain PP-6 | Kaukauna | WI | FC-845 | 100,000 | 35,000 | 20,000 |
| Dryer Section | Other | Unspecified | - | FC-807 | 360,000 | 120,000 | 93,000 |
| Dryer Section | Other | Unspecified | - | FC-809 | 310,000 | 110,000 | 80,000 |
| Dryer Section | Other | Unspecified | - | FC-807A | 190,000 | 39,000 | 31,000 |
| Dryer Section | Other | Unspecified | - | FC-845 | 300,000 | 100,000 | 58,000 |
| Dryer Section | Unknown | Unknown | - | FC-807 | 1,400,000 | 440,000 | 350,000 |
| Dryer Section | Unknown | Unknown | - | FC-809 | 1,200,000 | 400,000 | 310,000 |
| Dryer Section | Unknown | Unknown | - | FC-807A | 720,000 | 150,000 | 120,000 |
| Dryer Section | Unknown | Unknown | - | FC-845 | 1,100,000 | 360,000 | 360,000 |
| Cutting/Trimming | Unknown | Unknown | - | FC-807 | 1,400,000 | 440,000 | 350,000 |
| Cutting/Trimming | Unknown | Unknown | - | FC-809 | 1,200,000 | 400,000 | 310,000 |
| Cutting/Trimming | Unknown | Unknown | - | FC-807A | 720,000 | 150,000 | 120,000 |
| Cutting/Trimming | Unknown | Unknown | - | FC-845 | 1,100,000 | 360,000 | 210,000 |
| Converting | Unknown | Unknown | - | FC-807 | 580,000 | 190,000 | 150,000 |
| Converting | Unknown | Unknown | - | FC-809 | 500,000 | 170,000 | 130,000 |
| End User Paper and Packaging Processing | Pet Food Packages | Gen. U.S. | - | FC-807 | 300,000 | 63,000 | 50,000 |
| End User Paper and Packaging Processing | Pet Food Packages | Gen. U.S. | - | FC-845 | 500,000 | 170,000 | 96,000 |
| End User Paper and Packaging Processing | Food Service Packages | Gen. U.S. | - | FC-807 | 350,000 | 110,000 | 91,000 |
| End User Paper and Packaging Processing | Food Service Packages | Gen. U.S. | - | FC-809 | 300,000 | 100,000 | 79,000 |

Battelle                                      08/08/1999

06 141920

F-4

Business Sensitive

| Source Category | Common Name | Chem | Base | End Material Product (lbs/yr) | Env Release (lbs/yr) | Solid (lbs/yr) | % Air | % Water | % Solid | Air | Water | Solid |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| End User Paper and Packaging Processing | Food Service Packages | Gen. U.S. | FC-807A | 190,000 | 38,000 | 30,000 | 0.0% | 0.0% | 0.0% | 0 | 0 | 0 |
| End User Paper and Packaging Processing | Food Service Packages | Gen. U.S. | FC-845 | 420,000 | 140,000 | 80,000 | 0.0% | 0.0% | 0.0% | 0 | 0 | 0 |
| End User Paper and Packaging Processing | Microwave Popcorn Bags | Gen. U.S. | FC-807 | 270,000 | 87,000 | 69,000 | 0.0% | 0.0% | 0.0% | 0 | 0 | 0 |
| End User Paper and Packaging Processing | Microwave Popcorn Bags | Gen. U.S. | FC-809 | 230,000 | 79,000 | 60,000 | 0.0% | 0.0% | 0.0% | 0 | 0 | 0 |
| End User Paper and Packaging Processing | Microwave Popcorn Bags | Gen. U.S. | FC-807A | 140,000 | 29,000 | 23,000 | 0.0% | 0.0% | 0.0% | 0 | 0 | 0 |
| End User Paper and Packaging Processing | Other | Gen. U.S. | FC-845 | - | - | - | 0.0% | 0.0% | 0.0% | 0 | 0 | 0 |
| End User Paper and Packaging Processing | Other | Gen. U.S. | FC-807 | 130,000 | 41,000 | 33,000 | 0.0% | 0.0% | 0.0% | 0 | 0 | 0 |
| End User Paper and Packaging Processing | Other | Gen. U.S. | FC-809 | 110,000 | 37,000 | 28,000 | 0.0% | 0.0% | 0.0% | 0 | 0 | 0 |
| End User Paper and Packaging Processing | Other | Gen. U.S. | FC-807A | 67,000 | 14,000 | 11,000 | 0.0% | 0.0% | 0.0% | 0 | 0 | 0 |
| End User Paper and Packaging Processing | Other | Gen. U.S. | FC-845 | 130,000 | 43,000 | 25,000 | 0.0% | 0.0% | 0.0% | 0 | 0 | 0 |
| Consumer Paper and Packaging Use | Pet Food Packages | Gen. U.S. | FC-807 | 580,000 | 190,000 | 150,000 | 0.0% | 0.0% | 0.0% | 8 | 0 | 6 |
| Consumer Paper and Packaging Use | Pet Food Packages | Gen. U.S. | FC-809 | 500,000 | 170,000 | 130,000 | 0.0% | 0.0% | 0.0% | 7 | 0 | 5 |
| Consumer Paper and Packaging Use | Pet Food Packages | Gen. U.S. | FC-807A | 300,000 | 63,000 | 50,000 | 0.0% | 0.0% | 0.0% | 3 | 0 | 2 |
| Consumer Paper and Packaging Use | Pet Food Packages | Gen. U.S. | FC-845 | 500,000 | 170,000 | 96,000 | 0.0% | 0.0% | 0.0% | 0 | 0 | 0 |
| Consumer Paper and Packaging Use | Food Service Packages | Gen. U.S. | FC-807 | 350,000 | 110,000 | 91,000 | 0.0% | 0.0% | 0.0% | 4 | 0 | 4 |
| Consumer Paper and Packaging Use | Food Service Packages | Gen. U.S. | FC-809 | 300,000 | 100,000 | 79,000 | 0.0% | 0.0% | 0.0% | 4 | 0 | 3 |
| Consumer Paper and Packaging Use | Food Service Packages | Gen. U.S. | FC-807A | 190,000 | 38,000 | 30,000 | 0.0% | 0.0% | 0.0% | 2 | 0 | 1 |
| Consumer Paper and Packaging Use | Food Service Packages | Gen. U.S. | FC-845 | 420,000 | 140,000 | 80,000 | 0.0% | 0.0% | 0.0% | 0 | 0 | 0 |
| Consumer Paper and Packaging Use | Microwave Popcorn Bags | Gen. U.S. | FC-807 | 270,000 | 87,000 | 69,000 | 6.5% | 6.5% | 6.5% | 5,700 | 5,700 | 4,500 |
| Consumer Paper and Packaging Use | Microwave Popcorn Bags | Gen. U.S. | FC-809 | 230,000 | 79,000 | 60,000 | 6.5% | 6.5% | 6.5% | 5,100 | 5,100 | 3,900 |
| Consumer Paper and Packaging Use | Microwave Popcorn Bags | Gen. U.S. | FC-807A | 140,000 | 29,000 | 23,000 | 6.5% | 6.5% | 6.5% | 1,900 | 1,900 | 1,500 |
| Consumer Paper and Packaging Use | Other | Gen. U.S. | FC-845 | 130,000 | 41,000 | 33,000 | 0.0% | 0.0% | 0.0% | 0 | 0 | 0 |
| Consumer Paper and Packaging Use | Other | Gen. U.S. | FC-807 | 110,000 | 37,000 | 28,000 | 0.0% | 0.0% | 0.0% | 2 | 0 | 2 |
| Consumer Paper and Packaging Use | Other | Gen. U.S. | FC-809 | 67,000 | 14,000 | 11,000 | 0.0% | 0.0% | 0.0% | 1 | 0 | 1 |
| Consumer Paper and Packaging Use | Other | Gen. U.S. | FC-807A | 130,000 | 43,000 | 25,000 | 0.0% | 0.0% | 0.0% | 0 | 0 | 0 |
| Consumer Paper and Packaging Use | Other | Gen. U.S. | FC-807 | - | - | - | 0.0% | 100.0% | 100.0% | 0 | 0 | 0 |
| Paper and Packaging Product Disposal | Recycling | Gen. U.S. | FC-809 | - | - | - | 0.0% | 100.0% | 100.0% | 0 | 0 | 0 |
| Paper and Packaging Product Disposal | Recycling | Gen. U.S. | FC-807A | - | - | - | 0.0% | 100.0% | 100.0% | 0 | 0 | 0 |
| Paper and Packaging Product Disposal | Recycling | Gen. U.S. | FC-845 | - | - | - | 0.0% | 100.0% | 100.0% | 0 | 0 | 0 |
| Paper and Packaging Product Disposal | Incineration | Gen. U.S. | FC-807 | 210,000 | 68,000 | 54,000 | 0.0% | n/a | n/a | - | - | - |
| Paper and Packaging Product Disposal | Incineration | Gen. U.S. | FC-809 | 180,000 | 62,000 | 47,000 | 0.0% | n/a | n/a | - | - | - |
| Paper and Packaging Product Disposal | Incineration | Gen. U.S. | FC-807A | 110,000 | 23,000 | 18,000 | 0.0% | n/a | n/a | - | - | - |
| Paper and Packaging Product Disposal | Incineration | Gen. U.S. | FC-845 | 170,000 | 57,000 | 32,000 | 0.0% | n/a | n/a | - | - | - |
| Paper and Packaging Product Disposal | Landfill | Gen. U.S. | FC-807 | 1,100,000 | 360,000 | 280,000 | 0.0% | 100.0% | 100.0% | 360,000 | 0 | 280,000 |
| Paper and Packaging Product Disposal | Landfill | Gen. U.S. | FC-809 | 950,000 | 320,000 | 250,000 | 0.0% | 100.0% | 100.0% | 320,000 | 0 | 250,000 |
| Paper and Packaging Product Disposal | Landfill | Gen. U.S. | FC-807A | 580,000 | 120,000 | 95,000 | 0.0% | 100.0% | 100.0% | 120,000 | 0 | 95,000 |
| Paper and Packaging Product Disposal | Landfill | Gen. U.S. | FC-845 | 880,000 | 300,000 | 170,000 | 0.0% | 100.0% | 100.0% | 300,000 | 0 | 170,000 |

* The release categories of Air, Water, and Solid refer to the media of the initial release, since aerosols transfers are expected as substances move through the environment. Note, the solid category also includes releases potentially transferred to food products.

06 141921

F-5

Battelle

08/09/1999

CONFIDENTIAL - SUBJECT TO AFFF MDL PROTECTIVE ORDER

06 141922

# Appendix G.
# Performance Chemical Release Estimates

CONFIDENTIAL - SUBJECT TO AFFF MDL
PROTECTIVE ORDER

Business Sensitive

## Table G-1. Performance Chemicals, Releases by Process Step
all quantities are for annual sales (1997)

| Process Step | Location Name | City | State | Input Material Produced (lbs) | Input Material (lbs. FC-Solids) | Input Material (lbs. PFOS) | Losses (% of Input) Air | Water | Solid | FC Releases (lbs.) Air | Water | Solid | PFOS Releases (lbs.) Air | Water | Solid |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Product Distribution | Supply Chain PC-1 | Memphis | TN | FC-129 | 85,000 | 42,000 | 33,000 | 0.0% | 2.9% | 0.0% | 0 | 1,200 | 0 | 0 | 960 | 0 |
| Product Distribution | Supply Chain PC-2 | Sturtevant | WI | FC-129 | 85,000 | 42,000 | 33,000 | 0.0% | 2.9% | 0.0% | 0 | 1,200 | 0 | 0 | 960 | 0 |
| Product Distribution | Supply Chain PC-2 | Sturtevant | WI | FC-170C | 4,700 | 3,800 | 1,600 | 0.0% | 2.9% | 0.0% | 0 | 110 | 0 | 0 | 46 | 0 |
| Product Distribution | Supply Chain PC-3 | Oakville | CT | FC-170C | 24,000 | 19,000 | 8,200 | 0.0% | 2.9% | 0.0% | 0 | 550 | 0 | 0 | 240 | 0 |
| Product Distribution | Supply Chain PC-4 | Merrimack | NH | FC-170C | 24,000 | 19,000 | 8,200 | 0.0% | 2.9% | 0.0% | 0 | 550 | 0 | 0 | 240 | 0 |
| Product Distribution | Supply Chain PC-5 | Brighton | CO | FC-430 | 65,000 | 65,000 | 14,000 | 0.0% | 2.9% | 0.0% | 0 | 1,900 | 0 | 0 | 410 | 0 |
| Product Distribution | Supply Chain PC-6 | Wichita Falls | TX | FC-430 | 65,000 | 65,000 | 14,000 | 0.0% | 2.9% | 0.0% | 0 | 1,900 | 0 | 0 | 410 | 0 |
| Product Distribution | Supply Chain PC-7 | Belle Mead | NJ | FC-138 | 260,000 | 69,000 | 39,000 | 0.0% | 2.9% | 0.0% | 0 | 2,000 | 0 | 0 | 1,100 | 0 |
| Product Distribution | Supply Chain PC-8 | Valdosta | GA | FX-12 | 26,000 | 26,000 | 24,000 | 0.0% | 2.9% | 0.0% | 0 | 750 | 0 | 0 | 700 | 0 |
| Mixing/Blending | Supply Chain PC-1 | Memphis | TN | FC-129 | 83,000 | 41,000 | 32,000 | 0.0% | 7.8% | 0.0% | 0 | 3,200 | 0 | 0 | 2,500 | 0 |
| Mixing/Blending | Supply Chain PC-2 | Sturtevant | WI | FC-129 | 83,000 | 41,000 | 32,000 | 0.0% | 7.8% | 0.0% | 0 | 3,200 | 0 | 0 | 2,500 | 0 |
| Mixing/Blending | Supply Chain PC-2 | Sturtevant | WI | FC-170C | 4,600 | 3,700 | 1,600 | 0.0% | 7.8% | 0.0% | 0 | 290 | 0 | 0 | 130 | 0 |
| Mixing/Blending | Supply Chain PC-3 | Oakville | CT | FC-170C | 23,000 | 18,000 | 8,000 | 0.0% | 7.8% | 0.0% | 0 | 1,400 | 0 | 0 | 630 | 0 |
| Mixing/Blending | Supply Chain PC-4 | Merrimack | NH | FC-170C | 23,000 | 18,000 | 8,000 | 0.0% | 7.8% | 0.0% | 0 | 1,400 | 0 | 0 | 630 | 0 |
| Mixing/Blending | Supply Chain PC-5 | Brighton | CO | FC-430 | 63,000 | 63,000 | 14,000 | 0.0% | 7.8% | 0.0% | 0 | 4,900 | 0 | 0 | 1,100 | 0 |
| Mixing/Blending | Supply Chain PC-6 | Wichita Falls | TX | FC-430 | 63,000 | 63,000 | 14,000 | 0.0% | 7.8% | 0.0% | 0 | 4,900 | 0 | 0 | 1,100 | 0 |
| Mixing/Blending | Supply Chain PC-7 | Belle Mead | NJ | FC-138 | 250,000 | 67,000 | 38,000 | 0.0% | 7.8% | 0.0% | 0 | 5,200 | 0 | 0 | 3,000 | 0 |
| Mixing/Blending | Supply Chain PC-8 | Valdosta | GA | FX-12 | 25,000 | 25,000 | 23,000 | 0.0% | 7.8% | 0.0% | 0 | 2,000 | 0 | 0 | 1,800 | 0 |
| Filling | Supply Chain PC-1 | Memphis | TN | FC-129 | 76,000 | 38,000 | 30,000 | 0.0% | 0.0% | 0.0% | 0 | 0 | 0 | 0 | 0 | 0 |
| Filling | Supply Chain PC-2 | Sturtevant | WI | FC-129 | 76,000 | 38,000 | 30,000 | 0.0% | 0.0% | 0.0% | 0 | 0 | 0 | 0 | 0 | 0 |
| Filling | Supply Chain PC-2 | Sturtevant | WI | FC-170C | 4,200 | 3,400 | 1,400 | 0.0% | 0.0% | 0.0% | 0 | 0 | 0 | 0 | 0 | 0 |
| Filling | Supply Chain PC-3 | Oakville | CT | FC-170C | 21,000 | 17,000 | 7,300 | 0.0% | 0.0% | 0.0% | 0 | 0 | 0 | 0 | 0 | 0 |
| Filling | Supply Chain PC-4 | Merrimack | NH | FC-170C | 21,000 | 17,000 | 7,300 | 0.0% | 0.0% | 0.0% | 0 | 0 | 0 | 0 | 0 | 0 |
| Filling | Supply Chain PC-5 | Brighton | CO | FC-430 | 58,000 | 58,000 | 13,000 | 0.0% | 0.0% | 0.0% | 0 | 0 | 0 | 0 | 0 | 0 |
| Filling | Supply Chain PC-6 | Wichita Falls | TX | FC-430 | 58,000 | 58,000 | 13,000 | 0.0% | 0.0% | 0.0% | 0 | 0 | 0 | 0 | 0 | 0 |
| Filling | Supply Chain PC-7 | Belle Mead | NJ | FC-138 | 230,000 | 62,000 | 35,000 | 0.0% | 0.0% | 0.0% | 0 | 0 | 0 | 0 | 0 | 0 |
| Filling | Supply Chain PC-8 | Valdosta | GA | FX-12 | 23,000 | 23,000 | 21,000 | 0.0% | 0.0% | 0.0% | 0 | 0 | 0 | 0 | 0 | 0 |
| Quality Control | Supply Chain PC-1 | Memphis | TN | FC-129 | 76,000 | 38,000 | 30,000 | 0.0% | 0.0% | 0.0% | 0 | 0 | 4 | 0 | 0 | 3 |
| Quality Control | Supply Chain PC-2 | Sturtevant | WI | FC-129 | 76,000 | 38,000 | 30,000 | 0.0% | 0.0% | 0.0% | 0 | 0 | 4 | 0 | 0 | 3 |
| Quality Control | Supply Chain PC-2 | Sturtevant | WI | FC-170C | 4,200 | 3,400 | 1,400 | 0.0% | 0.0% | 0.0% | 0 | 0 | 0 | 0 | 0 | 0 |
| Quality Control | Supply Chain PC-3 | Oakville | CT | FC-170C | 21,000 | 17,000 | 7,300 | 0.0% | 0.0% | 0.0% | 0 | 0 | 2 | 0 | 0 | 1 |
| Quality Control | Supply Chain PC-4 | Merrimack | NH | FC-170C | 21,000 | 17,000 | 7,300 | 0.0% | 0.0% | 0.0% | 0 | 0 | 2 | 0 | 0 | 1 |
| Quality Control | Supply Chain PC-5 | Brighton | CO | FC-430 | 58,000 | 58,000 | 13,000 | 0.0% | 0.0% | 0.0% | 0 | 0 | 6 | 0 | 0 | 1 |
| Quality Control | Supply Chain PC-6 | Wichita Falls | TX | FC-430 | 58,000 | 58,000 | 13,000 | 0.0% | 0.0% | 0.0% | 0 | 0 | 6 | 0 | 0 | 1 |
| Quality Control | Supply Chain PC-7 | Belle Mead | NJ | FC-138 | 230,000 | 62,000 | 35,000 | 0.0% | 0.0% | 0.0% | 0 | 0 | 6 | 0 | 0 | 4 |
| Quality Control | Supply Chain PC-8 | Valdosta | GA | FX-12 | 23,000 | 23,000 | 21,000 | 0.0% | 0.0% | 0.0% | 0 | 0 | 2 | 0 | 0 | 2 |
| Use | Insecticide Bait Stations | Gen. U.S. | - | FX-12 | 23,000 | 23,000 | 21,000 | 0.0% | 0.0% | 0.0% | 0 | 0 | 0 | 0 | 0 | 0 |
| Use | Alkaline Cleaners | Gen. U.S. | - | FC-129 | 110,000 | 53,000 | 41,000 | 0.0% | 0.0% | 0.0% | 0 | 0 | 0 | 0 | 0 | 0 |
| Use | Floor Polish | Gen. U.S. | - | FC-129 | 41,000 | 20,000 | 16,000 | 0.0% | 0.0% | 0.0% | 0 | 0 | 0 | 0 | 0 | 0 |

06 141923

G-1

Battelle    08/09/1999

| Process Step | Product Name | Qty | Global Target Material Throughput (lbs) | Target Material (Net PFOS/PFOSrel in lbs/md) | Losses (% of input) Air | Water | Solid | PS Releases (lbs) Air | Water | Solid | Global Secondary (lbs) Air | Water | Solid |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Use | Other | Gen. U.S. FC-170C | 4,200 | 3,400 | 1,400 | 0.0% | 0.0% | 0.0% | 0 | 0 | 0 | 0 | 0 | 0 |
| Use | Other | Gen. U.S. FC-129 | 4,600 | 2,300 | 1,800 | 0.0% | 0.0% | 0.0% | 0 | 0 | 0 | 0 | 0 | 0 |
| Use | Coatings | Gen. U.S. FC-170C | 43,000 | 34,000 | 15,000 | 0.0% | 0.0% | 0.0% | 0 | 0 | 0 | 0 | 0 | 0 |
| Use | Coatings | Gen. U.S. FC-430 | 58,000 | 58,000 | 13,000 | 0.0% | 0.0% | 0.0% | 0 | 0 | 0 | 0 | 0 | 0 |
| Use | Carpet and Textile Cleaner | Gen. U.S. FC-138 | 230,000 | 62,000 | 35,000 | 0.0% | 0.0% | 0.0% | 0 | 0 | 0 | 0 | 0 | 0 |
| Disposal | Landfill | Gen. U.S. FX-12 | 19,000 | 19,000 | 18,000 | 0.0% | 0.0% | 100.0% | 0 | 19,000 | 0 | 18,000 | | |
| Disposal | Landfill | Gen. U.S. FC-129 | 130,000 | 62,000 | 49,000 | 0.0% | 0.0% | 100.0% | 0 | 62,000 | 0 | 49,000 | | |
| Disposal | Landfill | Gen. U.S. FC-170C | 39,000 | 31,000 | 13,000 | 0.0% | 0.0% | 100.0% | 0 | 31,000 | 0 | 13,000 | | |
| Disposal | Landfill | Gen. U.S. FC-430 | 48,000 | 48,000 | 10,000 | 0.0% | 0.0% | 100.0% | 0 | 48,000 | 0 | 10,000 | | |
| Disposal | Landfill | Gen. U.S. FC-138 | 190,000 | 51,000 | 29,000 | 0.0% | 0.0% | 100.0% | 0 | 51,000 | 0 | 29,000 | | |
| Disposal | Incineration | Gen. U.S. FX-12 | 4,000 | 4,000 | 3,700 | n/a | n/a | n/a | - | - | - | - | - | - |
| Disposal | Incineration | Gen. U.S. FC-129 | 26,000 | 13,000 | 10,000 | n/a | n/a | n/a | - | - | - | - | - | - |
| Disposal | Incineration | Gen. U.S. FC-170C | 8,000 | 6,400 | 2,700 | n/a | n/a | n/a | - | - | - | - | - | - |
| Disposal | Incineration | Gen. U.S. FC-430 | 9,900 | 9,900 | 2,100 | n/a | n/a | n/a | - | - | - | - | - | - |
| Disposal | Incineration | Gen. U.S. FC-138 | 40,000 | 10,000 | 5,900 | n/a | n/a | n/a | - | - | - | - | - | - |

a The release categories of Air, Water, and Solid refer to the media of initial release. Inter-media transfers are expected as substances move through the environment.

06 141924

G-2

08/09/1999

Battelle

06 141925

# Appendix H.
# Life Cycle Flow Diagrams for Release Estimates

CONFIDENTIAL - SUBJECT TO AFFF MDL
PROTECTIVE ORDER



Business Sensitive

Figure H-1. FC-1367 Life Cycle Release Estimates
(lbs. PFOS eqv.)
*Numbers shown for disposal are based on subtraction of manufacturing and end user release estimates and have not been verified by sampling and analysis.

06 141926

H-1

Battelle

08/09/1999

CONFIDENTIAL - SUBJECT TO AFFF MDL
PROTECTIVE ORDER

3M_AFFF_MDL00019303



**Business Sensitive**

Figure H-2. FC-807 Life Cycle Release Estimates
(lbs. PFOS eqv.)
*Numbers shown for disposal are based on subtraction of manufacturing and end user release estimates and have not been verified by sampling and analysis.

08/09/1999

06 141927

H-2

Battelle

CONFIDENTIAL - SUBJECT TO AFFF MDL
PROTECTIVE ORDER

3M_AFFF_MDL00019304



Figure H-3. FC-809 Life Cycle Release Estimates
(lbs. PFOS eqv.)
*Numbers shown for disposal are based on subtraction of manufacturing and end user release estimates and have not been verified by sampling and analysis.

Battelle

08/09/1999

H-3

06 141928

CONFIDENTIAL - SUBJECT TO AFFF MDL
PROTECTIVE ORDER

*Sue — Sending for inclusion in document*

Attorney Client Privileged. DRAFT

### 3M Manufacturing Releases

The release of sulfonated perfluorochemicals into the environment begins with the manufacturing process. The greatest production volume of the parent fluorochemical product, POSF, occurs at the Decatur, Alabama plant so this facility has been the focus of manufacturing release studies.

The manufacturing process for sulfonated perfluorochemicals is complicated. There are more than 600 manufacturing intermediates associated with the production of POSF and POSF-based products. This translates into hundreds of process steps that require venting or that generate wastewater or solid waste. Although the manufacturing processes attempt to capture, reuse and recycle most fluorochemicals as desired product material, until recently the unique chemistries could not be not be analyzed precisely to confirm side reactions and quantify impurity amounts. Ongoing process optimization activities continuously change the emissions profile. Many sulfonated perfluorochemicals in the losses likely exist at sub-ppm levels.

Information available on losses during manufacturing processes at Decatur is derived from engineering calculations, air emissions modeling, and limited testing. An overall site material balance was developed in the mid- 1990's using the amount of POSF-based solids initially created in the electrochemical cell and the amount of POSF contained in final products sold. The difference was an estimate of *total* losses occurring during processing. The emission factors derived from this balance are used to calculate losses from production throughput. The estimates in Table X reflect the most current information available and combine data derived from several sources and emissions and waste information from 1997, 1998 and 1999

**Table X. Estimated Decatur Annual Releases of PFOS Equivalents.**

| Environmental Medium | POSF-based losses lbs/year | Estimated PFOS Equivalents, lbs/year |
|---|---|---|
| Air emissions | 90,000 | 86,000 |
| Waste Stream Losses | | |
|     Wastes to Incineration | 640,000 | 600,000 |
|     Wastes to Landfills | 400,000 | 380,000 |
|     Wastes to Recycling | 60,000 | 57,000 |
| Total Waste Stream Losses | 1,100,000 | 1,037,000 |
| Losses to River after Wastewater Treatment | 12,000 | 10,200 |
| Total Losses | 1,200,000 | 1,130,000 |

**06 141929**

*- 1of3*

CONFIDENTIAL - SUBJECT TO AFFF MDL
PROTECTIVE ORDER

3M_AFFF_MDL00019306