# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| THE MAYOR AND ALDERMEN OF THE CITY OF SAVANNAH, GEORGIA, ) ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) ) | Civil Action No. 4:25-CV-00058 |
| 3M COMPANY, et al, ) ) ) | |
| Defendants. ) | |

## ENTRY OF APPEARANCE OF COUNSEL

Bates Lovett, of the Office of the City Attorney, hereby enters his appearance as counsel for Plaintiff the Mayor and Aldermen of the City of Savannah, Georgia, in the above captioned matter.

Respectfully submitted this 17th day of March 2025.

                                                   **OFFICE OF THE CITY ATTORNEY**

                                                   ***/s/ R. Bates Lovett***
R. Bates Lovett
Georgia Bar No. 459568
City Hall
2 East Bay Street, 3rd Floor
Savannah, GA 31401
(912) 844-1346 telephone
blovett@savannahga.gov
Counsel for Plaintiff

1

### CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the within and foregoing ENTRY OF APPEARANCE OF COUNSEL upon all parties to this matter by filing the same with the Clerk of Court using the CM/ECF system which will automatically electronically mail notification of such filing to the attorneys of record.

Respectfully submitted this 17th day of March 2025.

                                    **OFFICE OF THE CITY ATTORNEY**

                                    ***/s/ R. Bates Lovett***
R. Bates Lovett
Georgia Bar No. 459568
City Hall
2 East Bay Street, 3rd Floor
Savannah, GA 31401
(912) 844-1346 telephone
blovett@savannahga.gov
Counsel for Plaintiff