# In the United States District Court for the Southern District of Georgia Savannah Division

| | |
|---|---|
| THE MAYOR AND ALDERMEN OF THE CITY OF SAVANNAH, GEORGIA,<br><br>    Plaintiff,<br><br>    v.<br><br>3M COMPANY, et al.,<br><br>    Defendants. | 4:25-CV-058 |

### ORDER

Before the Court is Defendants' motion to stay deadlines pending the resolution of Plaintiff's motion to remand. Dkt. No. 13. Plaintiff does not oppose the motion. After consideration, the motion is **GRANTED**. Defendants' deadline to file responsive pleadings is hereby **STAYED** until fourteen (14) days after the Court issues a ruling on Plaintiff's motion to remand. Defendant JPS Composite Materials Corp.'s separate motion for extension of time, dkt. no. 9, is **DENIED as moot**.

**SO ORDERED** this 20th day of March, 2025.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA