# In the United States District Court for the Southern District of Georgia Savannah Division

| | |
|---|---|
| THE MAYOR AND ALDERMEN OF THE CITY OF SAVANNAH, GEORGIA,<br><br>    Plaintiff,<br><br>    v.<br><br>3M COMPANY, et al.,<br><br>    Defendants. | 4:25-CV-058 |

### ORDER

Plaintiff has filed an emergency motion to remand. Dkt. No. 6. Plaintiff seeks an expedited hearing and briefing schedule. The Court will conduct a hearing on the motion to remand on April 4, 2025, at the federal courthouse annex located at 124 Barnard Street, Savannah, Georgia, at 10 o'clock a.m. Any Defendant wishing to file responses to the remand motion shall do so by March 31, 2025. Reply briefing from Plaintiff is due by April 2, 2025.

**SO ORDERED** this 20th day of March, 2025.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA